AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| RJ as representative of her beneficiary son, et al )<br>*Plaintiff* )<br>v. )<br>Cigna Behavioral Health, Inc., et al. )<br>*Defendant* ) | Case No.   5:20-cv-02255 |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

VIANT, Inc.                                                                        .

Date:   04/22/2020

/s/ Carys A. Arvidson
*Attorney's signature*

Carys A. Arvidson, Bar No.: 306287
*Printed name and bar number*
Phelps Dunbar, LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130
*Address*

carys.arvidson@phelps.com
*E-mail address*

(504) 584-9319
*Telephone number*

(504) 568-9130
*FAX number*