AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| RJ, as the representative of her beneficiary son, et al. <br> *Plaintiff* <br> v. <br> CIGNA BEHAVIORAL HEALTH, INC., et al. <br> *Defendant* | ) <br> ) <br> )  Case No.  5:20-cv-02255-EJD <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Cigna Behavioral Health, Inc.

Date:  05/12/2020

*/s/ Dmitriy Tishyevich*
*Attorney's signature*

Dmitriy Tishyevich SBN 275766
*Printed name and bar number*

McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173-1922
*Address*

dtishyevich@mwe.com
*E-mail address*

(212) 547-5534
*Telephone number*

(212) 547-5444
*FAX number*