# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RJ, as the representative of her beneficiary son, and on behalf of and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CIGNA BEHAVIORAL HEALTH, INC., a Minnesota corporation, and VIANT, INC., a Nevada corporation,<br><br>Defendants. | Case No.  5:20-cv-02255-EJD<br><br>**CIGNA BEHAVIORAL HEALTH, INC.'S ADR CERTIFICATION BY PARTIES AND COUNSEL** |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" (available at cand.uscourts.gov/adr);

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: June 10, 2020         Signed:   */s/ Braden A. Borger*
                                       Braden A. Borger
                                       Senior Managing Counsel, Cigna


Dated: June 10, 2020         Signed:   */s/ Dmitriy Tishyevich*
                                       Dmitriy Tishyevich
                                       MCDERMOTT WILL & EMERY LLP
                                       Attorneys for Cigna Behavioral Health, Inc.

## **ATTESTATION**

I, Dmitriy Tishyevich, am the ECF User whose identification and password are being used to file this ADR Certification. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest under penalty of perjury that the above-named signatories have concurred in the filing of this document.

Dated: June 10, 2020

By: */s/ Dmitriy Tishyevich*
Dmitriy Tishyevich