WILLIAM P. DONOVAN, JR (SBN 155881)
**MCDERMOTT WILL & EMERY LLP**
wdonovan@mwe.com
2049 Century Park East, Suite 3200
Los Angeles, CA  90067-3206
Telephone:     +1 310 277 4110
Facsimile:      +1 310 277 4730

JOSHUA B. SIMON (admitted *pro hac vice*)
WARREN HASKEL (admitted *pro hac vice*)
DMITRIY TISHYEVICH (SBN 275766)
**MCDERMOTT WILL & EMERY LLP**
jsimon@mwe.com
whaskel@mwe.com
dtishyevich@mwe.com
340 Madison Avenue
New York, NY  10173-1922
Telephone:     +1 212 547 5400
Facsimile:      +1 212 547 5444

Attorneys for Defendant
CIGNA BEHAVIORAL HEALTH, INC.

[ADDITIONAL COUNSEL LISTED ON
SIGNATURE PAGE]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RJ, as the representative of her beneficiary son, and on behalf of and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CIGNA BEHAVIORAL HEALTH, INC., a Minnesota corporation, and VIANT, INC., a Nevada corporation,<br><br>Defendants. | Case No.  5:20-cv-02255-EJD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINE TO ANSWER AND BRIEFING SCHEDULE ON MOTIONS TO DISMISS** |

McDermott Will & Emery LLP
ATTORNEYS AT LAW
NEW YORK

Pursuant to Local Rule 6-2, it is stipulated between and among Plaintiff and Defendants Cigna Behavioral Health, Inc. ("Cigna") and Viant, Inc. ("Viant," and together with Cigna, "Defendants"), by and through their respective counsel, as follows:

1.      Whereas, on April 2, 2020, Plaintiff filed a complaint against Defendants in the United States District Court for the Northern District of California, Case No. 20-cv-02255, *RJ v. Cigna Behavioral Health, Inc., et al.* (the "Complaint");

2.      Whereas, the parties, through their respective counsel, stipulated that Defendants' responses to the Complaint were due June 4, 2020, Plaintiff's Oppositions to the Motions to Dismiss were due June 25, 2020, and Defendants' Replies in support of their Motions to Dismiss were due July 9, 2020 (Dkt. 14, 36, 37);

3.      Whereas, on July 9, 2020, the Defendants' Motions to Dismiss were fully briefed;

4.      Whereas, on March 23, 2021, the Court granted in part, and denied in part Defendants' Motions to Dismiss (Dkt. 60);

5.      Whereas, under Federal Rule of Civil Procedure 12, Defendants' responses to the current Complaint would be due on April 6, 2021;

6.      Whereas, this action has been related to *Pacific Recovery Solutions d/b/a Westwind Recovery, et al. v. Cigna Behavioral Health, Inc., et al.*, Case No. 20-cv-02251-EJD, in which the Court dismissed the First Amended Complaint in its entirety;

7.      Whereas, given the amendments Plaintiff plans to make, and the number of different claims anticipated in the Amended Complaint, and the parties' desire to keep these related cases on the same schedule, the parties have conferred and agreed to the below deadline to file an Amended Complaint, and to extend the deadlines to answer and the default deadlines for any motion to dismiss briefing;

8.      Whereas, the parties do not believe that the requested time modifications will affect the schedule of the case;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel and subject to the Court's approval, that:

1.      Defendants do not need to answer the current Complaint;

- 1 -

McDermott Will & Emery LLP
Attorneys At Law
New York

2.      Plaintiff will file her Amended Complaint on or before April 30, 2021;

3.      Defendants' responses, by answer, motion, or otherwise, to the Amended Complaint, are due on May 31, 2021;

4.      If any Defendant moves to dismiss the Amended Complaint, Plaintiff's Oppositions to the Motion(s) to Dismiss are due on or before June 30, 2021; and

5.      Defendants' Replies in support of any respective Motions to Dismiss are due on or before July 21, 2021.

//

//

//

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.


Dated: March 31, 2021            **NAPOLI SHKOLNIK, PLLC**


By:   _/s/ Matthew M. Lavin_
MATTHEW M. LAVIN
WENDY A. MITCHELL
AARON R. MODIANO

**DL LAW GROUP**

DAVID M. LILIENSTEIN
KATIE J. SPIELMAN

Attorneys for Plaintiff


Dated: March 31, 2021            **McDERMOTT WILL & EMERY LLP**


By:   _/s/ Dmitriy Tishyevich_
WILLIAM P. DONOVAN, JR.
JOSHUA B. SIMON
WARREN HASKEL
DMITRIY TISHYEVICH

Attorneys for Defendant
CIGNA BEHAVIORAL HEALTH, INC.

- 2 -

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
NEW YORK

1

2      Dated: March 31, 2021              **PHELPS DUNBAR LLP**

3
                                         By:   _/s/ Errol J. King, Jr._
4                                        ERROL J. KING, JR.
                                         CARYS A. ARVIDSON
5                                        CRAIG L. CAESAR

6                                        Attorneys for Defendant
                                         VIANT, INC.
7
**PURSUANT TO STIPULATION, IT IS SO ORDERED.**
8

9
DATED: _____          _____
10

11                                       The Honorable Edward J. Davila
                                         United States District Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER PURSUANT TO LOCAL RULE 6-2
CASE NO: 5:20-CV-02255

### ATTESTATION

Pursuant to Civil Local Rule 5-1, I, Dmitriy Tishyevich, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the stipulation's content and have authorized the stipulation.


Dated: March 31, 2021            By:   */s/ Dmitriy Tishyevich*
                                        DMITRIY TISHYEVICH

- 4 -