WILLIAM P. DONOVAN, JR (SBN 155881)
**MCDERMOTT WILL & EMERY LLP**
wdonovan@mwe.com
2049 Century Park East, Suite 3200
Los Angeles, CA  90067-3206
Telephone:     +1 310 277 4110
Facsimile:     +1 310 277 4730

JOSHUA B. SIMON (admitted *pro hac vice*)
WARREN HASKEL (admitted *pro hac vice*)
DMITRIY TISHYEVICH (SBN 275766)
**MCDERMOTT WILL & EMERY LLP**
jsimon@mwe.com
whaskel@mwe.com
dtishyevich@mwe.com
340 Madison Avenue
New York, NY  10173-1922
Telephone:     +1 212 547 5400
Facsimile:     +1 212 547 5444

Attorneys for Defendant
CIGNA BEHAVIORAL HEALTH, INC.

[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RJ, as the representative of her beneficiary son SJ; LW as the representative of her beneficiary spouse MW; and, DS, an individual, on behalf of themselves and all others similarly situated,<br><br>   *Plaintiffs*,<br><br>  vs.<br><br>CIGNA BEHAVIORAL HEALTH, a Minnesota Corporation, and MULTIPLAN CORP., a Delaware Corporation,<br><br>   *Defendants*. | Case No.  5:20-cv-02255-EJD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO SUBSTITUTE AND DISMISS DEFENDANTS** |

This Stipulation is entered into by and among Plaintiff RJ, LW, and DS, and on behalf of all others similarly situated (the "Plaintiffs"), and Defendants Cigna Behavioral Health, Inc. ("CBH") and MultiPlan Corp. ("MultiPlan", and with CBH and Plaintiff, the "Parties"), by and through their respective counsel.

Whereas, on April 2, 2020, Plaintiff filed a complaint against CBH and Viant, Inc. in the United States District Court for the Northern District of California, Case No. 20-cv-02255, *RJ v. Cigna Behavioral Health, Inc., et al.* (Dkt. 1);

Whereas, CBH informed Plaintiffs that another Cigna entity, Cigna Health and Life Insurance Company ("CHLIC"), was the entity responsible for administering Plaintiff RJ's claims;

Whereas, Plaintiffs filed a First Amended Complaint on April 30, 2021 (Dkt. 63), that still named CBH, and also replaced Viant, Inc. with MultiPlan Corp.;

Whereas, on a meet and confer on May 18, 2021, counsel for CBH reiterated that CBH was not the proper party, and informed Plaintiffs that CHLIC is the party that contracted with each of Plaintiffs' plan sponsors to provide the administrative services at issue in this litigation to their respective plans;

Whereas, on the same call, counsel for MultiPlan informed Plaintiffs that MultiPlan Corp. was also not the defendant Plaintiffs had likely intended to sue, as MultiPlan, Inc. – not MultiPlan Corp. – is the entity that entered into a contract with Cigna;

Pursuant to Federal Rule of Civil Procedure 15, the parties stipulate and agree that the Complaint in this action shall be deemed amended to substitute CHLIC for CBH, and CBH is hereby dismissed from this action;

Pursuant to Federal Rule of Civil Procedure 15, the parties further stipulate and agree that the Complaint in this action shall be deemed amended to substitute MultiPlan, Inc. for MultiPlan Corp., and MultiPlan Corp. is hereby dismissed from this action;

The parties further stipulate and agree that the caption in this action shall be amended to remove CBH and MultiPlan Corp. as defendants and to substitute CHLIC and MultiPlan, Inc. in their place.

///

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: May 24, 2021          **NAPOLI SHKOLNIK, PLLC**

By:  /s/ *Matthew M. Lavin*
MATTHEW M. LAVIN
WENDY A. MITCHELL
AARON R. MODIANO

**DL LAW GROUP**

DAVID M. LILIENSTEIN
KATIE J. SPIELMAN

Attorneys for Plaintiffs

Dated: May 24, 2021          **MCDERMOTT WILL & EMERY LLP**

By:  /s/ *William P. Donovan, Jr.*
WILLIAM P. DONOVAN, JR.
JOSHUA B. SIMON
WARREN HASKEL
DMITRIY TISHYEVICH

Attorneys for Defendant
CIGNA BEHAVIORAL HEALTH, INC.

Dated: May 24, 2021          **PHELPS DUNBAR LLP**

By:  /s/ *Errol J. King, Jr.*
ERROL J. KING, JR.
CARYS A. ARVIDSON
CRAIG L. CAESAR

Attorneys for Defendant
MULTIPLAN CORP.

JOINT STIPULATION AND [PROPOSED] ORDER TO SUBSTITUTE AND DISMISS DEFENDANTS
CASE NO: 5:20-CV-02255

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: ___May 25, 2021___          _____

The Honorable Edward J. Davila
United States District Judge

JOINT STIPULATION AND [PROPOSED] ORDER TO SUBSTITUTE AND DISMISS DEFENDANTS
CASE NO: 5:20-CV-02255

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1, I, William P. Donovan, Jr., attest that all signatories listed, and on whose behalf the filing is submitted, concur in the stipulation's content and have authorized the stipulation.

Dated: May 24, 2021     By:   */s/ William P. Donovan, Jr.*
                              WILLIAM P. DONOVAN, JR.