UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RJ, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>VIANT, INC., et al.,<br><br>    Defendants. | Case No.  5:20-cv-02255-EJD<br><br>**ORDER DENYING ADMINISTRATIVE MOTION TO MODIFY CASE MANAGEMENT ORDER**<br><br>Re: Dkt. No. 90 |

Upon consideration of Defendants Cigna Health and Life Insurance Company ("Cigna") and MultiPlan, Inc.'s ("MultiPlan," and, together with Cigna, "Defendants") Administrative Motion to Modify the jointly stipulated Case Management Order (Dkt. No. 78), the Court hereby ORDERS that the Motion is **DENIED**.

The Court reminds the parties of their obligations under the Northern District of California Civil Local Rules to act in good faith when they meet and confer (Civ. L.R. 1-5(n)).

**IT IS SO ORDERED.**

Dated: August 10, 2021

EDWARD J. DAVILA
United States District Judge

Case No.: 5:20-cv-02255-EJD
ORDER DENYING ADMINISTRATIVE MOTION TO MODIFY CASE MANAGEMENT ORDER
1