WILLIAM P. DONOVAN, JR (SBN 155881)
**MCDERMOTT WILL & EMERY LLP**
wdonovan@mwe.com
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Telephone:    +1 310 277 4110
Facsimile:    +1 310 277 4730

JOSHUA B. SIMON (admitted *pro hac vice*)
WARREN HASKEL (admitted *pro hac vice*)
DMITRIY TISHYEVICH (SBN 275766)
CAROLINE INCLEDON (admitted *pro hac vice*)
CHELSEA COSILLOS (admitted *pro hac vice*)
**MCDERMOTT WILL & EMERY LLP**
jsimon@mwe.com
whaskel@mwe.com
dtishyevich@mwe.com
cincledon@mwe.com
ccosillos@mwe.com
One Vanderbilt Avenue
New York, NY 10017
Telephone:    +1 212 547 5400
Facsimile:    +1 212 547 5444

Attorneys for Defendant
CIGNA HEALTH AND LIFE INSURANCE
COMPANY

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RJ, as the representative of her beneficiary son SJ; LW as the representative of her beneficiary spouse MW; and, DS, an individual, on behalf of themselves and all others similarly situated,<br><br>    *Plaintiffs*,<br><br>    vs.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY, and MULTIPLAN, INC.,<br><br>    *Defendants*. | Case No.   5:20-cv-02255-EJD<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DEADLINES** |

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES - CASE NO: 5:20-CV-02255

Pursuant to Local Rules 6-2 and 7-12, Plaintiffs RJ, LW, and DS, and Defendants Cigna Health and Life Insurance Company ("Cigna") and MultiPlan, Inc. (collectively, the "Parties") stipulate and agree to the extend the schedule in this case as set forth below, subject to this Court's approval. In further support, the Parties state as follows:

Whereas, the Case Management Order (Dkt. No. 78) states that the Parties will complete document production by April 1, 2022, fact discovery by June 24, 2022, and that any motion for class certification with supporting expert reports will be fully briefed by August 22, 2022;[1]

Whereas, since the Case Management Order was entered, the Parties have been diligently working on discovery and have made substantial progress: Cigna has produced named plaintiffs' administrative files, MultiPlan has produced relevant contracts with Cigna as well as Viant OPR whitepapers, and Plaintiffs have also produced relevant documents;

Whereas, Cigna and MultiPlan have also produced hundreds of thousands of lines of claims data regarding intensive outpatient behavioral health facility claims, and the Parties are in the process of selecting claims to sample pursuant to their claims sampling protocol (Dkt. No. 87);

Whereas, the Parties have served and responded to document requests, Cigna and Plaintiffs have agreed upon search terms for Cigna's TAR review, and MultiPlan has provided Plaintiffs with proposed search terms, all of which activities have required, and will continue to require, substantial coordination and consistent meet and confers between the Parties to resolve areas of disagreement;

Whereas, Cigna and MultiPlan have spent significant time identifying custodians who have responsive information to Plaintiffs' document requests, a process which required interviewing numerous individuals from their respective companies;

Whereas, Defendants have also made substantial progress in collecting relevant sources of information for retrieval and production to Plaintiffs, and Cigna has made several disclosures

---

[1] The schedule also sets forth various other interim deadlines. Dkt. No. 78 at 16-17.

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES - CASE NO: 5:20-CV-02255

pursuant to the Parties' Proposed Stipulated Order re: Use of Technology Assisted Review, which is pending with the Court;

Whereas, although substantial progress has been made on discovery, the Parties believe good cause exists for an extension, and request additional time to complete discovery, and to brief issues related to class certification;

Whereas, Plaintiffs served 122 document requests on Cigna, and 155 document requests on MultiPlan, and the Parties spent several months responding to and then meeting and conferring over these requests;

Whereas, given the documents collected and reviewed thus far, Defendants anticipate that their document productions in this case will be extensive, and, as Cigna has already disclosed to Plaintiffs, its TAR review universe consists of approximately 822,000 documents;

Whereas, the negotiation of the parameters for electronic discovery has also taken a significant amount of time, and although the Parties have reached agreement on a variety of issues, as outlined above, Plaintiffs and MultiPlan are still addressing search terms, and they expect that additional time will be required for MultiPlan's document production;

Whereas, the Parties also anticipate needing additional time to collect and review claims samples pursuant to the parties' Claims Sampling Protocol, given that negotiation of the parameters for the claims data reports used to identify these samples took longer than anticipated to negotiate and process, including because this data came from multiple claims systems;

Whereas, given this history, the Parties believe an additional extension of the remaining deadlines is necessary and appropriate;

Whereas, the Parties believe that an extension of six (6) months would ensure that there is sufficient time to complete discovery and brief class certification and would be in the best interests of all Parties;

Whereas, this Court has not previously extended any of the deadlines that are the subject of this stipulation, though the Court has granted some other proposed joint stipulated extensions

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES - CASE NO: 5:20-CV-02255

of deadlines, including the deadlines in connection with the briefing schedules for the motions to dismiss, and the deadline to file a claims sampling protocol (*see* Dkt. Nos. 36, 62, 83);

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel and subject to the Court's approval, that the Parties agree to extend the case schedule as follows:

| New Deadline | Event |
|---|---|
| September 30, 2022 | Completion of party document production, including production of named plaintiffs' claims files, custodian discovery, and claims samples |
| October 14, 2022 | All requests for admission must be served |
| October 28, 2022 | Disclosure of party privilege logs |
| October 28, 2022 | Service of 30(b)(6) deposition notices for class certification topics |
| November 22, 2022 | Completion of 30(b)(6) depositions for class certification topics |
| December 2, 2022 | Motion for class certification with any supporting expert reports |
| December 22, 2022 | Close of all fact discovery |
| January 20, 2023 | Opposition to class certification with any supporting expert reports |
| February 22, 2023 | Reply in support of motion for class certification |
| TBD | Complete merits expert reports |
| TBD | Motions for summary judgment |
| TBD | Pretrial conference and trial to be scheduled after ruling on class certification motion |

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: February 2, 2022        **ARNALL GOLDEN GREGORY LLP**

By:   *Matt M. Lavin*
MATTHEW M. LAVIN
AARON R. MODIANO

**DL LAW GROUP**

DAVID M. LILIENSTEIN
KATIE J. SPIELMAN

Attorneys for Plaintiffs

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES - CASE NO: 5:20-CV-02255

Dated: February 2, 2022          **MCDERMOTT WILL & EMERY LLP**

By: *Dmitriy Tishyevich*
WILLIAM P. DONOVAN, JR.
JOSHUA B. SIMON
WARREN HASKEL
DMITRIY TISHYEVICH

Attorneys for Defendant
CIGNA HEALTH AND LIFE INSURANCE COMPANY

Dated: February 2, 2022          **PHELPS DUNBAR LLP**

By: *Errol J. King, Jr.*
ERROL J. KING, JR.
CARYS A. ARVIDSON
CRAIG L. CAESAR

Attorneys for Defendant
MULTIPLAN, INC.

# [~~PROPOSED~~] ORDER

Having considered the Parties Joint Stipulation and [Proposed] Order to Extend Deadlines, the Court HEREBY ORDERS as follows:

| Revised Date | Event |
| --- | --- |
| September 30, 2022 | Completion of party document production, including production of named plaintiffs' claims files, custodian discovery, and claims samples |
| October 14, 2022 | All requests for admission must be served |
| October 28, 2022 | Disclosure of party privilege logs |
| October 28, 2022 | Service of 30(b)(6) deposition notices for class certification topics |
| November 22, 2022 | Completion of 30(b)(6) depositions for class certification topics |
| December 2, 2022 | Motion for class certification with any supporting expert reports |
| December 22, 2022 | Close of all fact discovery |
| January 20, 2023 | Opposition to class certification with any supporting expert reports |
| February 22, 2023 | Reply in support of motion for class certification |
| TBD | Complete merits expert reports |
| TBD | Motions for summary judgment |
| TBD | Pretrial conference and trial to be scheduled after ruling on class certification motion |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: February 3, 2022

The Honorable Edward J. Davila
United States District Judge

**ATTESTATION**

Pursuant to Civil Local Rule 5-1, I, Dmitriy Tishyevich, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the stipulation's content and have authorized the stipulation.

Dated: February 2, 2022         By:   *Dmitriy Tishyevich*
                                      DMITRIY TISHYEVICH

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES - CASE NO: 5:20-CV-02255