January 11, 2023

Hon. Virginia K. DeMarchi
United States Magistrate Judge
Courtroom 2 – 5th Floor
San Jose Courthouse
280 South 1st Street
San Jose, CA 95113

    Re:    Supplemental Submission re Joint Letter Brief (Dkt. 129) in *RJ, et al. v. CHLIC, et al.*, No. 5:20-cv-02255

Dear Judge DeMarchi:

In connection with yesterday's Court hearing on the parties' joint letter outlining their dispute over discovery concerning former MultiPlan employee Thomas Ralston (Dkt. 129, the "Ralston Joint Submission"), Defendants submit the following exhibits containing their discovery requests relevant to this dispute, all dated and served on July 23, 2021:

- Exhibit 1: Cigna's Interrogatories to Plaintiff RJ Nos. 13 ("Please identify all individuals, entities, or agencies with which You have had Communications regarding MultiPlan . . . , and Cigna's relationship with MultiPlan . . . and describe the substance of those Communications.") and 14 ("To the extent not identified above, please identify all individuals, entities, or agencies, including but not limited to any Plan Sponsor or Cigna employees, with whom You (or Your counsel) have communicated regarding the conduct alleged in the Complaint and describe the substance of those Communications."); Cigna's Interrogatories to Plaintiff DS Nos. 13 and 14 (same as those to RJ).

- Exhibit 2: Cigna's Request for Production to Plaintiff RJ Nos. 8 ("All Documents related to Communications between Plaintiff,[1] on one hand, and any third party, on the other hand, regarding MultiPlan, the Cigna Plan, or Plaintiff's out-of-network plan benefits."), 12 ("All Documents and Communications relating to Plaintiff's allegations in the Complaint, including . . . the allegations that Cigna's 'payments were improper underpayments' as alleged in page 72 of the Complaint."), 17 ("All Documents concerning or reflecting any Communications with any individual whom Plaintiff intends to call to testify at trial."); Cigna's Request for Production to Plaintiff DS Nos. 8, 12, and 17 (same as those to RJ).

- Exhibit 3: MultiPlan's Request for Production to Plaintiff RJ Nos. 10 ("Any and all Documents evidencing communications related to the allegations made in the Complaint.") and 12 ("All Documents regarding the reimbursement of claims for

---

[1] "Plaintiff" and "You" are defined in these Interrogatories and Requests for Production as the named plaintiff "including any counsel acting on . . . their behalves." *See* Ex. 1 at 4, Ex. 2 at 3.

1

benefits for You, SJ, other named plaintiffs, or similarly situated persons at issue in the Complaint, including any allegations regarding any reimbursement determinations, out-of-network reimbursement, 'UCR' or out-of-network reimbursement, amounts, rates, fee schedules, methodologies, or other sources to calculate reimbursement of out-of-network claims."); MultiPlan's Request for Production to Plaintiff DS Nos. 10 and 12 (same as RJ).

As noted in the Ralston Joint Submission, despite these requests, Plaintiffs didn't identify Ralston or produce any discovery related to him in response to these requests or in their initial disclosures. In fact, it wasn't after the close of document discovery—when Plaintiffs' counsel's submitted Ralston's affidavit in the *LD* action—that Defendants learned that Plaintiffs' counsel was communicating with Ralston. Defendants immediately subpoenaed Ralston for documents related to his affidavit and allegations in this case, along with documents relating to his relationship with Plaintiffs' counsel, but Ralston didn't produce any such documents. Defendants therefore sent a letter to Plaintiffs on December 19, 2022, specifically requesting this discovery, as outlined on pages 2-3 of the Ralston Joint Submission. A copy of Defendants' December 19 letter is attached as Exhibit 4. At no point during the parties' meet and confers or in the Ralston Joint Submission did Plaintiffs take the position that this discovery wasn't encompassed within Defendants' original discovery requests.

Defendants thank the Court for its time and consideration, and we remain available to address any additional questions that the Court may have.

Respectfully Submitted,

| **PHELPS DUNBAR LLP** | **MCDERMOTT WILL & EMERY LLP** |
|---|---|
| By: /s/ Errol King<br>Errol J. King, Jr.<br>400 Convention Street<br>Suite 1100<br>Baton Rouge, LA 70802-5618<br>Telephone: (225) 346-0285<br><br>*Attorneys for Defendant MultiPlan, Inc.* | By: /s/ Joshua B. Simon<br>Joshua B. Simon<br>One Vanderbilt Avenue<br>New York, NY 10017-3852<br>Telephone: (212) 547-5400<br><br>*Attorneys for Defendant Cigna Health and Life Insurance Company* |