# EXHIBIT 8

| | |
|---|---|
| **From:** | Katie Mannino (2960) |
| **To:** | Eisenbrey, Damon D.; Simon, Joshua; Incledon, Caroline; Modiano, Aaron R.; Reed, Amy; Brittany Holt Alexander (2279); Chris Schneiders; Cosillos, Chelsea; Craig Caesar (1272); David DL; Dellon, Eric; Errol King (2207); Haskel, Warren; Katie DL; Lavin, Matt; Cascario, Natalie L.; Collins, Richard T.; Taylor J. Crousillac (2219); Kelly, Tom E. |
| **Subject:** | RE: RJ et al v CHLIC et al - Ralston Deposition |
| **Date:** | Tuesday, December 20, 2022 11:45:37 AM |

**[ External Email ]**

That works for MultiPlan as well.

_____

**Katie Cicardo Mannino**
225-376-7960
katie.mannino@phelps.com

---

**From:** Eisenbrey, Damon D. <Damon.Eisenbrey@AGG.com>
**Sent:** Tuesday, December 20, 2022 10:44 AM
**To:** Katie Mannino (2960) <Katie.Mannino@phelps.com>; Simon, Joshua <Jsimon@mwe.com>; Incledon, Caroline <Cincledon@mwe.com>; Modiano, Aaron R. <Aaron.Modiano@AGG.com>; Reed, Amy <Amy.Reed@AGG.com>; Brittany Holt Alexander (2279) <Brittany.Alexander@phelps.com>; Chris Schneiders <cschnieders@napolilaw.com>; Cosillos, Chelsea <Ccosillos@mwe.com>; Craig Caesar (1272) <Craig.Caesar@phelps.com>; David DL <David@dllawgroup.com>; Dellon, Eric <Edellon@mwe.com>; Errol King (2207) <Errol.King@phelps.com>; Haskel, Warren <Whaskel@mwe.com>; Katie DL <Katie@DLlawgroup.com>; Lavin, Matt <Matt.Lavin@AGG.com>; Cascario, Natalie L. <Natalie.Cascario@AGG.com>; Collins, Richard T. <Rich.Collins@AGG.com>; Taylor J. Crousillac (2219) <Taylor.Crousillac@phelps.com>; Kelly, Tom E. <Tom.Kelly@AGG.com>
**Subject:** RE: RJ et al v CHLIC et al - Ralston Deposition

11 am ET

---

**From:** Katie Mannino (2960) <Katie.Mannino@phelps.com>
**Sent:** Tuesday, December 20, 2022 11:42 AM
**To:** Simon, Joshua <Jsimon@mwe.com>; Eisenbrey, Damon D. <Damon.Eisenbrey@AGG.com>; Incledon, Caroline <Cincledon@mwe.com>; Modiano, Aaron R. <Aaron.Modiano@AGG.com>; Reed, Amy <Amy.Reed@AGG.com>; Brittany Holt Alexander (2279) <Brittany.Alexander@phelps.com>; Chris Schneiders <cschnieders@napolilaw.com>; Cosillos, Chelsea <Ccosillos@mwe.com>; Craig Caesar (1272) <Craig.Caesar@phelps.com>; David DL <David@dllawgroup.com>; Dellon, Eric <Edellon@mwe.com>; Errol King (2207) <Errol.King@phelps.com>; Haskel, Warren <Whaskel@mwe.com>; Katie DL <Katie@DLlawgroup.com>; Lavin, Matt <Matt.Lavin@AGG.com>; Cascario, Natalie L. <Natalie.Cascario@AGG.com>; Collins, Richard T. <Rich.Collins@AGG.com>; Taylor J. Crousillac (2219) <Taylor.Crousillac@phelps.com>; Kelly, Tom E. <Tom.Kelly@AGG.com>
**Subject:** [EXTERNAL] RE: RJ et al v CHLIC et al - Ralston Deposition

Just to confirm – are we talking about 11 pacific/1 central? If so, then yes – MultiPlan is available.

_____

**Katie Cicardo Mannino**
225-376-7960
katie.mannino@phelps.com

---

**From:** Simon, Joshua <Jsimon@mwe.com>
**Sent:** Tuesday, December 20, 2022 10:35 AM
**To:** Eisenbrey, Damon D. <Damon.Eisenbrey@AGG.com>; Incledon, Caroline <Cincledon@mwe.com>; Modiano, Aaron R. <Aaron.Modiano@AGG.com>; Reed, Amy <Amy.Reed@AGG.com>; Brittany Holt Alexander (2279) <Brittany.Alexander@phelps.com>; Chris Schneiders <cschnieders@napolilaw.com>; Cosillos, Chelsea <Ccosillos@mwe.com>; Craig Caesar (1272) <Craig.Caesar@phelps.com>; David DL <David@dllawgroup.com>; Dellon, Eric <Edellon@mwe.com>; Errol King (2207) <Errol.King@phelps.com>; Haskel, Warren <Whaskel@mwe.com>; Katie DL <Katie@DLlawgroup.com>; Katie Mannino (2960) <Katie.Mannino@phelps.com>; Lavin, Matt <Matt.Lavin@AGG.com>; Cascario, Natalie L. <Natalie.Cascario@AGG.com>; Collins, Richard T. <Rich.Collins@AGG.com>; Taylor J. Crousillac (2219) <Taylor.Crousillac@phelps.com>; Kelly, Tom E. <Tom.Kelly@AGG.com>
**Subject:** RE: RJ et al v CHLIC et al - Ralston Deposition

11am tomorrow works for Cigna. Once Multiplan confirms availability we will send an invite.

JOSHUA SIMON
Partner
**McDermott Will & Emery LLP**  One Vanderbilt Avenue, New York, NY 10017-3852
**Tel** +1 212 547 5630     **Mobile** +1 917 856 3095     **Email** jsimon@mwe.com
Website | vCard | Twitter | LinkedIn

---

**From:** Eisenbrey, Damon D. <Damon.Eisenbrey@AGG.com>
**Sent:** Tuesday, December 20, 2022 11:11 AM
**To:** Incledon, Caroline <Cincledon@mwe.com>; Modiano, Aaron R. <Aaron.Modiano@AGG.com>; Reed, Amy <Amy.Reed@AGG.com>; Brittany Holt <Brittany.alexander@phelps.com>; Chris Schneiders <cschnieders@napolilaw.com>; Cosillos, Chelsea <Ccosillos@mwe.com>; Craig Caesar <craig.caesar@phelps.com>; David DL <David@dllawgroup.com>; Dellon, Eric <Edellon@mwe.com>; Errol King <errol.king@phelps.com>; Haskel, Warren <Whaskel@mwe.com>; Katie DL <Katie@DLlawgroup.com>; Katie Mannino <katie.mannino@phelps.com>; Lavin, Matt <Matt.Lavin@AGG.com>; Cascario, Natalie L. <Natalie.Cascario@AGG.com>; Collins, Richard T. <Rich.Collins@AGG.com>; Simon, Joshua <Jsimon@mwe.com>; Taylor Crousillac <taylor.crousillac@phelps.com>; Kelly, Tom E. <Tom.Kelly@AGG.com>
**Subject:** RE: RJ et al v CHLIC et al - Ralston Deposition

**[ External Email ]**

Caroline,

Plaintiffs dispute each of the points raised in your below letter.  A substantive response will

follow under separate cover, which will also address multiple deficiencies with Cigna's discovery responses and productions – including Cigna's failure to produce its joint defense agreement with Phelps Dunbar LLP and Gibson, Dunn & Crutcher LLP, and all related communications and documents.

As you know, our office is taking two depositions in this action today.  As such, we are not able to meet and confer today via phone or in writing.  Contrary to your letter, the parties have until Thursday, December 29th (seven days after the close of discovery) to bring any discovery disputes to the attention of the Court.  Accordingly, the parties have sufficient time this week to meet and confer before filing a joint letter.

We are available to meet and confer tomorrow at 11 am and Friday between 11 am and 2 pm.  Please feel free to circulate calendar invites in accordance with our stated availability.

Regards,

**Damon D. Eisenbrey**
**Partner**

Arnall Golden Gregory LLP
1775 Pennsylvania Avenue NW, Suite 1000
Washington, DC 20006
p: 202.677.4071
Damon.Eisenbrey@agg.com | bio | linkedin | vcard | website

---

**From:** Incledon, Caroline <Cincledon@mwe.com>
**Sent:** Monday, December 19, 2022 2:37 PM
**To:** Modiano, Aaron R. <Aaron.Modiano@AGG.com>; Reed, Amy <Amy.Reed@AGG.com>; Brittany Holt <Brittany.alexander@phelps.com>; Chris Schneiders <cschnieders@napolilaw.com>; Cosillos, Chelsea <Ccosillos@mwe.com>; Craig Caesar <craig.caesar@phelps.com>; Eisenbrey, Damon D. <Damon.Eisenbrey@AGG.com>; David DL <David@dllawgroup.com>; Dellon, Eric <Edellon@mwe.com>; Errol King <errol.king@phelps.com>; Haskel, Warren <Whaskel@mwe.com>; Katie DL <Katie@DLlawgroup.com>; Katie Mannino <katie.mannino@phelps.com>; Lavin, Matt <Matt.Lavin@AGG.com>; Cascario, Natalie L. <Natalie.Cascario@AGG.com>; Collins, Richard T. <Rich.Collins@AGG.com>; Simon, Joshua <Jsimon@mwe.com>; Taylor Crousillac <taylor.crousillac@phelps.com>; Kelly, Tom E. <Tom.Kelly@AGG.com>
**Subject:** [EXTERNAL] RJ et al v CHLIC et al - Ralston Deposition

Counsel,

Please see the attached letter.

CAROLINE INCLEDON
Associate
**McDermott Will & Emery LLP**  One Vanderbilt Avenue, New York, NY 10017-3852
**Tel** +1 212 547 5598    **Email** cincledon@mwe.com
**Website** | **vCard** | **Twitter** | **LinkedIn**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This message is a PRIVATE communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Our Privacy Policy explains how we may use your personal information or data and any personal information or data provided or made available to us. Thank you.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Please visit http://www.mwe.com/ for more information about our Firm.