UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RJ, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY et al.,<br><br>　　　　　Defendants. | Case No. 20-cv-02255-EJD   (VKD)<br><br>**FURTHER ORDER RE DISCOVERY DISPUTE RE THOMAS RALSTON** |

During the January 10, 2023 hearing on the parties' dispute concerning defendants' demand for documents concerning Thomas Ralston, the Court asked defendants to file the discovery requests and corresponding objections for the discovery requests at issue. On January 11, 2023, the Court ordered defendants to "file with the Court the discovery requests and corresponding responses that they believe encompass the [requested] documents." *See* Dkt. No. 141 at 4.

On January 11 and 12, 2023, defendants filed two letters identifying and attaching the discovery requests at issue and the corresponding responses. Dkt. Nos. 140, 143. The letters included several additional paragraphs of argument, and attached discovery-related communications with plaintiffs' counsel. *Id.* On January 13, 2023, plaintiffs filed a three-page letter objecting to defendants' submissions and making their own counter-arguments, and included several attachments. Dkt. No. 146.

All told, the parties have collectively submitted over 300-pages of additional material to the Court. The Court will not consider any of it. If, after the parties have conferred further as

required in the Court's January 11, 2023 order, they have any remaining disputes concerning the materials relating to Mr. Ralston, they must file the discovery requests at issue and corresponding objections when they present that dispute for resolution. The Court does not want to read the parties' discovery-related correspondence.

**IT IS SO ORDERED.**

Dated: January 17, 2023

VIRGINIA K. DEMARCHI
United States Magistrate Judge