MATTHEW M. LAVIN (*pro hac vice*)
matt.lavin@agg.com
AARON R. MODIANO (*pro hac vice*)
aaron.modiano@agg.com
**ARNALL GOLDEN GREGORY LLP**
1775 Pennsylvania Ave. NW, Suite 1000
Washington, DC 20006
Telephone: 202.677.4030
Facsimile: 202.677.4031

DAVID M. LILIENSTEIN, SBN 218923
david@dllawgroup.com
KATIE J. SPIELMAN, SBN 252209
katie@dllawgroup.com
**DL LAW GROUP**
345 Franklin Street
San Francisco, CA 94102
Telephone: 415.678.5050
Facsimile: 415.358.8484

Attorneys for Plaintiffs RJ et al.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RJ et al., | Case No. 5:20-cv-002255-EJD |
| Plaintiffs, | Hon. Edward J. Davila |
| v. | **DECLARATION OF AARON R. MODIANO IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE MATERIAL DESIGNATED AS CONFIDENTIAL UNDER SEAL** |
| Cigna Health & Life Insurance, Co., et al., | |
| Defendants. | |

-1-

Case No. 5:20-cv-002255-EJD

DECLARATION OF AARON R. MODIANO IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE MATERIAL DESIGNATED AS CONFIDENTIAL UNDER SEAL

I, Aaron R. Modiano, an attorney, declare under penalty of perjury, that the following is true and correct, based on my personal knowledge:

1. I am an attorney at law duly admitted to practice pro hac vice in this Court. I am of counsel at Arnall Golden Gregory LLP, one counsel of record for Plaintiffs in the instant action.

2. Exhibits 3, 5, 8, 9, 15, 16, 17, 18, 22, and 30 to the Declaration of Aaron R. Modiano in Support of Plaintiffs' Motion for Class Certification ("Modiano Declaration") contain the deposition transcripts that have been designated by Defendants as "CONFIDENTIAL – ATTORNEY'S EYES ONLY" or "CONFIDENTIAL."

3. Exhibits 6, 7, and 24 to the Modiano Declaration contain the reports of Plaintiffs' expert witnesses that reference and discuss material produced by the Defendants as "CONFIDENTIAL – ATTORNEY'S EYES ONLY" or "CONFIDENTIAL."

4. Exhibit 10 to the Modiano Declaration contains the declaration of a former MultiPlan, Inc. employee that references and discusses material produced by the Defendants as "CONFIDENTIAL – ATTORNEY'S EYES ONLY" or "CONFIDENTIAL."

5. Exhibits 4, 20, 25, 27, 28, and 29 to the Modiano Declaration includes excerpts of material produced by the Defendants as "CONFIDENTIAL – ATTORNEY'S EYES ONLY" or "CONFIDENTIAL."

6. Exhibits 1, 2, 19, 21, and 23 to the Modiano Declaration have been designated by Defendant MultiPlan, Inc. as "CONFIDENTIAL – ATTORNEY'S EYES ONLY" or "CONFIDENTIAL."

7. Exhibits 11, 12, 13, 14, and 26 to the Modiano Declaration have been designated by Defendant Cigna Health & Life Insurance, Co. as "CONFIDENTIAL – ATTORNEY'S EYES ONLY" or "CONFIDENTIAL."

8. Plaintiffs' administrative motion seeks to seal only those exhibits—as well as those portions of Plaintiffs' motion for class certification that refer to the designated information—that are either designated as "CONFIDENTIAL," "CONFIDENTIAL – ATTORNEY'S EYES ONLY" or that contain parties' private health information.

-2-

Case No. 5:20-cv-002255-EJD

DECLARATION OF AARON R. MODIANO IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE MATERIAL DESIGNATED AS CONFIDENTIAL UNDER SEAL

9. Plaintiffs are concurrently filing a public redacted version of Plaintiffs' Motion for Class Certification.

10. In connection with Plaintiff's Administrative Motion to File Material Designated as Confidential Under Seal, the parties stipulated, and this court so ordered, that documents designated as "CONFIDENTIAL," "CONFIDENTIAL—ATTORNEY'S EYES ONLY" and documents containing parties' private health information may be sealed. (Dkt. 22).

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct, and I signed this declaration on January 17, 2023 in Miami, Florida.

Dated: January 17, 2023                           ARNALL GOLDEN GREGORY LLP

                                                  */s/ Aaron R. Modiano*
                                          By:     AARON R. MODIANO
                                                  Attorneys for Plaintiffs RJ et al.

-3-

Case No. 5:20-cv-002255-EJD

DECLARATION OF AARON R. MODIANO IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE MATERIAL DESIGNATED AS CONFIDENTIAL UNDER SEAL