UNITED STATES DISTRICT COURT

**CERTIFIED COPY**

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable YVONNE GONZALEZ ROGERS, Judge

| | | |
|---|---|---|
| LD, DB, BW, RH, and CJ on behalf of themselves and all others similarly situated, | ) ) ) ) | **Motions Hearing** |
| Plaintiffs, | ) ) | |
| vs. | ) ) | NO. C 20-02254 YGR |
| UNITED BEHAVIORAL HEALTH, INC., a California corporation, UNITED HEALTHCARE INSURANCE COMPANY, a Connecticut corporation, and MULTIPLAN, INC., a New York corporation, | ) ) ) ) ) ) ) | Pages 1 - 101 |
| Defendants. | ) ) ) | Oakland, California Friday, January 27, 2023 |

<u>REPORTER'S TRANSCRIPT OF PROCEEDINGS</u>

**APPEARANCES:**

```
For Plaintiffs:          Arnall Golden Gregory LLP
                         2100 Pennsylvania Avenue, NW
                         Suite 350S
                         Washington, D.C.  20037
                    BY:  MATTHEW M. LAVIN,
                         AARON R. MODIANO,
                         NICOLE WEMHOFF, ATTORNEYS AT LAW

                         DL Law Group
                         345 Franklin Street
                         San Francisco, California  94102
                    BY:  DAVID M. LILIENSTEIN,
                         KATIE J. SPIELMAN, ATTORNEYS AT LAW


             (Appearances continued next page)


Reported By:        Raynee H. Mercado, CSR No. 8258


    Proceedings reported by electronic/mechanical stenography;
transcript produced by computer-aided transcription.
```

*RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR, CCRR (510) 565-7228*

EXHIBIT 2

**A P P E A R A N C E S (CONT'D.)**

```
For Defendants United    Gibson, Dunn & Crutcher LLP
Behavioral Health and    1050 Connecticut Avenue, N.W.
United Healthcare        Washington, DC  20036-5306
Insurance Co.:      BY:  GEOFFREY SIGLER, ATTORNEY AT LAW


                         Gibson, Dunn & Crutcher LLP
                         333 South Grand Avenue
                         Los Angeles, California  90071-3197
                    BY:  LAUREN M. BLAS,
                         NICOLE MATTHEWS, ATTORNEYS AT LAW



For Defendant            Phelps Dunbar LLP
MultiPlan, Inc.:         II City Plaza
                         400 Convention Street, Suite 1100
                         Baton Rouge, Louisiana  70802
                    BY:  ERROL J. KING,
                         KATIE C. MANNINO, ATTORNEYS AT LAW

                         Phelps Dunbar LLP
                         365 Canal Street Suite 2000
                         New Orleans, Louisiana  70130-6534
                    BY:  CRAIG L. CAESAR, ATTORNEY AT LAW



ALSO PRESENT:

                         McDermott Will & Emery LLP
                         One Vanderbilt Avenue
                         New York, New Yok  10017
                    BY:  WARREN HASKELL, ATTORNEY AT LAW


                         Manning & Kass, Ellrod, Ramirez,
                         Trester LLP
                         One California Street,  Suite 900
                         San Francisco, California  94111
                    BY:  ADAM AFSHAR, ATTORNEY AT LAW



                         --o0o--
```

*RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR, CCRR (510) 565-7228*

1    me did not do that.

2        So you can respond on the specifics in terms of the

3    evidence that you've provided for me --

4            **MR. LAVIN:**  Sure, Your Honor.

5            **THE COURT:**  -- to me suggesting that -- again, it's

6    your -- it's your duty, it's your burden to show me that

7    there's common evidence.

8            **MR. LAVIN:**  Understood, Your Honor.

9        There's also, you know, longer versions of her transcripts

10   with defendants' filings in the case that I believe referred

11   to in our reply brief.  And our expert, Professor Hall,

12   addresses the --

13           **THE COURT:**  So let me say something since you

14   mentioned Hall.  This is the law professor?

15           **MR. LAVIN:**  This -- there's two law professors, one

16   of whom, Professor Lahav, opined on class, and the other,

17   Professor Hall, who opined on reasonable and customary and the

18   methodology of reasonable and customary.

19           **THE COURT:**  Let me deal with Lahav.  The motion to

20   strike is granted.

21       It is -- again, I don't know how many class certs you do.

22   It is entirely inappropriate to provide a law professor or a

23   lawyer -- any lawyer's declaration or claim to be expert

24   opinion on a motion before the court.  You want to hire that

25   professor to write your brief, hire the professor to write

1    your brief.  It is -- frankly I don't know what lawyers are

2    thinking when they do this.

3       It is not an expert opinion to tell me my job.

4              MR. LAVIN:  Understood, Your Honor.  That was not our

5    intention and that was not our belief when she was retained to

6    opine on this, but she was talking about -- she was not trying

7    to give a legal opinion about a topic --

8              THE COURT:  Well, that's what she did.  Her -- the

9    entire report is all about how I must grant class

10   certification because she's done the analysis and she thinks

11   it's appropriate.  Great.  Put pure name in for the court.

12             MR. LAVIN:  Understood, Your Honor.  That was not the

13   intent.  But we understand, Your Honor.

14             THE COURT:  So that motion is granted.

15      And all you lawyers should just take a note.  Don't do

16   that.  It's entirely inappropriate.

17             MR. LAVIN:  Well-taken.

18             THE COURT:  They can write your briefs.

19             MR. LAVIN:  Understood, Your Honor.

20             THE COURT:  All right.  You wanted to talk about

21   Hall.

22             MR. LAVIN:  Well, I was just going to mention that in

23   his rebuttal report, he addresses the plan language and the

24   summary plan descriptions and the reasonable and customary

25   language that -- you know, also Ms. Paradise had testified

```
 1              MR. CAESAR:  Thank you, Your Honor.

 2              MR. SIGLER:  Thank you.

 3          (Proceedings were concluded at 11:27 A.M.)

 4                          --o0o--

 5

 6

 7

 8              CERTIFICATE OF REPORTER

 9

10          I certify that the foregoing is a correct transcript

11   from the record of proceedings in the above-entitled matter.

12   I further certify that I am neither counsel for, related to,

13   nor employed by any of the parties to the action in which this

14   hearing was taken, and further that I am not financially nor

15   otherwise interested in the outcome of the action.

16

17   _____

18       Raynee H. Mercado, CSR, RMR, CRR, FCRR, CCRR

19              Sunday, January 29, 2023

20

21

22

23

24

25
```