WILLIAM P. DONOVAN, JR (SBN 155881)
**MCDERMOTT WILL & EMERY LLP**
wdonovan@mwe.com
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Telephone:    +1 310 277 4110
Facsimile:    +1 310 277 4730

JOSHUA B. SIMON (admitted *pro hac vice*)
WARREN HASKEL (admitted *pro hac vice*)
DMITRIY TISHYEVICH (SBN 275766)
CAROLINE INCLEDON (admitted *pro hac vice*)
CHELSEA COSILLOS (admitted *pro hac vice*)
**MCDERMOTT WILL & EMERY LLP**
jsimon@mwe.com
whaskel@mwe.com
dtishyevich@mwe.com
cincledon@mwe.com
ccosillos@mwe.com
One Vanderbilt Avenue
New York, NY 10017
Telephone:    +1 212 547 5400
Facsimile:    +1 212 547 5444

Attorneys for Defendant
CIGNA HEALTH AND LIFE INSURANCE
COMPANY

McDermott Will & Emery LLP
Attorneys at Law
New York

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RJ, as the representative of her beneficiary son SJ; and, DS, an individual, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>vs.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY, and MULTIPLAN, INC.,<br><br>*Defendants*. | Case No.  5:20-cv-02255-EJD<br><br>**DECLARATION OF WARREN HASKEL IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION FOR CLASS CERTIFICATION** |

I, WARREN HASKEL, hereby declare:

1.      I am a member of the law firm of McDermott Will & Emery LLP, counsel in this action for Defendant Cigna Health and Life Insurance Company ("Cigna").  I respectfully submit this Declaration to provide the Court with the documents cited in Defendants' Opposition to Motion for Class Certification.[1]  I have personal knowledge of the facts set forth in this Declaration, and, if called as a witness, could and would testify competently to such facts under oath.

2.      Attached hereto as Exhibit 1 is a true and correct copy of the excerpted Intuit Inc. Open Access Plus Medical Benefits Qualified High Deductible Health Plan, effective August 1, 2022, Bates No. CIG_RJ00972085 through CIG_RJ00972152.

3.      Attached hereto as Exhibit 2 is a true and correct copy of the excerpted Bobst Group North America Open Access Plus Medical Benefits Plan, effective January 1, 2017, Bates No. CIG_RJ_CLMS00006090 through CIG_RJ_CLMS00006157.

4.      Attached hereto as Exhibit 3 is a true and correct copy of the excerpted Utah Pipe Trades Welfare Trust Fund Open Access Plus Medical Benefits With Medicare Plan, effective January 1, 2020, Bates No. CIG_RJ00596657 through CIG_RJ00596724.

---

[1] As noted below, exhibits attached hereto may contain excerpts of longer documents for ease of the Court's reference.  Cigna can make the full version of any excerpted document available should the Court wish to see it.  In addition, exhibits attached hereto may contain highlighting of pertinent information.  Where it exists, such highlighting has been applied by Cigna and is not reflected in the exhibits' original versions.  Cigna can likewise make the un-highlighted version of any document available should the Court wish to see it.

DECLARATION OF WARREN HASKEL IN SUPPORT OF DEFENDANTS' OPPOSITION TO CLASS CERTIFICATION
CASE NO: 5:20-CV-02255

5.      Attached hereto as Exhibit 4 is a true and correct copy of the excerpted Intuit Inc. Open Access Plus Medical Benefits Qualified High Deductible Health Plan, effective August 1, 2018, Bates No. CIG_RJ00000029 through CIG_RJ00000090.

6.      Attached hereto as Exhibit 5 is a true and correct copy of the excerpted Robert Half International Inc. Open Access Plus Medical Benefits Qualified High Deductible Health Plan $2500, effective January 1, 2022, Bates No. CIG_RJ00099366 through CIG_RJ00099434.

7.      Attached hereto as Exhibit 6 is a true and correct copy of the excerpted Waste Management Health & Welfare Benefits Plan, Bates No. CIG_RJ_CLMS00012160 through CIG_RJ_CLMS00012199.

8.      Attached hereto as Exhibit 7 is a true and correct copy of the Expert Report of Dr. Laurence Baker, Ph.D., dated March 27, 2023.

9.      Attached hereto as Exhibit 8 is a true and correct copy of the Declaration of Sean M. May, Ph.D., dated March 27, 2023.

10.     Attached hereto as Exhibit 9 is a true and correct copy of the excerpted transcript of the deposition of Plaintiffs' expert Ronald Luke of Research & Planning Consultants, LP, taken in this case on March 17, 2023.

11.     Attached hereto as Exhibit 10 is a true and correct copy of the excerpted transcript of the deposition of Mario Vangeli, a Managing Director in Provider Contracting at Cigna, who served as Cigna's corporate representative witness for Rule 30(b)(6) deposition topics regarding certain agreements, fees, and meetings between Cigna and MultiPlan, taken in this case on November 4, 2022.

12.     Attached hereto as Exhibit 11 is a true and correct copy of the Declaration of Sean Crandell in Support of Defendants' Opposition to Plaintiffs' Motion for Class Certification, dated March 22, 2023.

DECLARATION OF WARREN HASKEL IN SUPPORT OF DEFENDANTS' OPPOSITION TO CLASS CERTIFICATION
CASE NO: 5:20-CV-02255

13.     Attached hereto as Exhibit 12 is a true and correct copy of a document titled Viant Facility U&C Review Outpatient Review (OPR) Module, dated September 2018, Bates No. MPI-000081 through MPI-000089.

14.     Attached hereto as Exhibit 13 is a true and correct copy of the excerpted transcript of the deposition of Terri Cothron, who works in National Ancillary & Non-Par Management at Cigna and who served as Cigna's corporate representative witness for Rule 30(b)(6) deposition topics regarding explanations of benefits, explanations of payment, Patient Advocate Department letters, and balance billing policies, as well as Viant OPR as part of Bill Negotiation Services, taken in this case on November 8, 2022.

15.     Attached hereto as Exhibit 14 is a true and correct copy of a signed agreement between Viant and Maryland Addiction Recovery Center for services provided to a member of a Cigna-serviced plan, dated September 13, 2018, Bates No. CIG_RJ_CLMS00000427.

16.     Attached hereto as Exhibit 15 is a true and correct copy of the excerpted Innovative Management & Technology Approaches, Inc. Open Access Plus HRA Plan, effective June 1, 2016, Bates No. CIG_RJ_CLMS00003667 through CIG_RJ_CLMS00003761.

17.     Attached hereto as Exhibit 16 is a true and correct copy of Administrative Services Only Agreement Between International Paper and Cigna Connecticut General Life Insurance Company, effective January 1, 2019, Bates No. CIG_RJ00001069 through CIG_RJ00001122.

18.     Attached hereto as Exhibit 17 is a true and correct copy of the excerpted Episcopal Church Medical Trust Open Access Plus (OAP), Open Access Plus – In-Network (OAP-IN), and Consumer-Directed Health Plan 20 (CDHP-20) Plan, effective January 1, 2018, Bates No. CIG_RJ_CLMS00011735 through CIG_RJ_CLMS00011837.

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
NEW YORK

DECLARATION OF WARREN HASKEL IN SUPPORT OF DEFENDANTS' OPPOSITION TO CLASS CERTIFICATION
CASE NO: 5:20-CV-02255

19.     Attached hereto as Exhibit 18 is a true and correct copy of the excerpted Freddie Mac Medical Plan, effective January 1, 2018, Bates No. CIG_RJ_CLMS00006610 through CIG_RJ_CLMS00006746.

20.     Attached hereto as Exhibit 19 is a true and correct copy of an Explanation of Benefits for a member of a Cigna-serviced plan, dated June 15, 2021, Bates No. CIG_RJ_CLMS00001392 through CIG_RJ_CLMS00001395.

21.     Attached hereto as Exhibit 20 is a true and correct copy of a Provider Explanation of Benefits to High Watch Recovery Center for services provided to a member of a Cigna-serviced plan, dated June 15, 2021, Bates No. CIG_RJ_CLMS00002335 through CIG_RJ_CLMS00002337.

22.     Attached hereto as Exhibit 21 is a true and correct copy of an Explanation of Benefits for Named Plaintiff DS, dated October 12, 2019, Bates No. CIG_RJ00001391 through CIG_RJ00001396.

23.     Attached hereto as Exhibit 22 is a true and correct copy of a Patient Advocate Department letter to a member of a Cigna-serviced plan, dated June 6, 2018, Bates No. CIG_RJ00673149.

24.     Attached hereto as Exhibit 23 is a true and correct copy of a Patient Advocate Department letter to SJ, the beneficiary of Named Plaintiff RJ, dated May 21, 2019, Bates No. PRJ0000043 through PRJ0000069.

25.     Attached hereto as Exhibit 24 is a true and correct copy of a draft Patient Advocate Department letter, Bates No. CIG_RJ00662904.

26.     Attached hereto as Exhibit 25 is a true and correct copy of the Declaration of Thomas Hathorn Regarding Subpoena Issued to Boardwalk Recovery Center, Bates No. CIG_RJ00972153 through CIG_RJ00972155.

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
NEW YORK

27.     Attached hereto as Exhibit 26 is a true and correct copy of the Declaration of Catherine Bucheger Regarding Subpoena Issued to Cedar Point Recovery, LLC D/B/A Cedar Point Recovery, dated November 3, 2022, Bates No. CIG_RJ00972172 through CIG_RJ00972175.

28.     Attached hereto as Exhibit 27 is a true and correct copy of the excerpted Summit Estate Case Log from Cigna's Special Investigations Unit, Bates No. CIG_RJ00972172 through CIG_RJ00681329.

29.     Attached hereto as Exhibit 28 is a true and correct copy of the excerpted transcript of the deposition of Wendy Gompper of Cigna, a Business Project Manager in Provider Contracts at Cigna, who served as Cigna's corporate representative witness for Rule 30(b)(6) deposition topics regarding Viant OPR for Maximum Reimbursement Charge calculation methodologies, taken in this case on October 21, 2022.

30.     Attached hereto as Exhibit 29 is a true and correct copy of the excerpted transcript of the deposition of Jo-Ann Lebel, formerly a Provider Contracting Manager at Cigna, taken in this case on November 29, 2022.

31.     Attached hereto as Exhibit 30 is a true and correct copy of the excerpted transcript of the deposition of Plaintiffs' expert Brian Piper of Research & Planning Consultants, LP, taken in this case on March 14, 2023.

32.     Attached hereto as Exhibit 31 is a true and correct copy of the excerpted transcript of the deposition of Plaintiffs' expert Mark Hall, taken in this case on March 13, 2023.

33.     Attached hereto as Exhibit 32 is a true and correct copy of the excerpted Intuit Inc. Open Access Plus Medical Benefits Qualified High Deductible Health Plan, effective August 1, 2021, Bates No. CIG_RJ00857381 through CIG_RJ00857448.

34.     Attached hereto as Exhibit 33 is a true and correct copy of the excerpted transcript of the deposition of Gabriel Smith, a Senior Product Manager in Non-Par Cost Containment at Cigna,

who served as Cigna's corporate representative witness for Rule 30(b)(6) deposition topics regarding plans, Administrative Services Only agreements, disclosures to plan sponsors, plan sponsor fees, and correspondence to members regarding savings associated with Viant OPR, taken in this case on November 11, 2022.

35.     Attached hereto as Exhibit 34 is a true and correct copy of the excerpted Altria OAP Coinsurance Medical, Vision, Dental and EAP Plan, effective July 1, 2012, Bates No. CIG_RJ_CLMS00007304 through CIG_RJ_CLMS00007367.

36.     Attached hereto as Exhibit 35 is a true and correct copy of the excerpted JPMorgan Chase & Co Core Medical Plan, effective January 1, 2021, Bates No. CIG_RJ_CLMS00009310 through CIG_RJ_CLMS00009486.

37.     Attached hereto as Exhibit 36 is a true and correct copy of the excerpted 2018 FedEx Summary Plan Description, Bates No. CIG_RJ_CLMS00010609 through CIG_RJ_CLMS00010823.

38.     Attached hereto as Exhibit 37 is a true and correct copy of the excerpted Morgan Stanley Summary Plan Description, effective January 1, 2017, Bates No. CIG_RJ_CLMS00006158 through CIG_RJ_CLMS00006365.

39.     Attached hereto as Exhibit 38 is a true and correct copy of the excerpted Nucor Summary Plan Description, effective January 1, 2018, Bates No. CIG_RJ_CLMS00008707 through CIG_RJ_CLMS00008800.

40.     Attached hereto as Exhibit 39 is a true and correct copy of the excerpted MILA Summary Plan Description, Bates No. CIG_RJ_CLMS00011278 through CIG_RJ_CLMS00011393.

41.     Attached hereto as Exhibit 40 is a true and correct copy of the excerpted United Technologies UTC Choice Medical Plan Summary Plan Description, effective January 1, 2016, Bates No. CIG_RJ_CLMS00008075 through CIG_RJ_CLMS00008202.

McDermott Will & Emery LLP
Attorneys At Law
New York

42.     Attached hereto as Exhibit 41 is a true and correct copy of the excerpted BAE Systems, Inc. Medical Benefits Health Plus Plan with Health Reimbursement Account, effective January 1, 2016, Bates No. CIG_RJ_CLMS00012847 through CIG_RJ_CLMS00012969.

43.     Attached hereto as Exhibit 42 is a true and correct copy of the excerpted Lockheed Martin Corporation Group Benefits Plan, effective January 1, 2017, Bates No. CIG_RJ00079480 through CIG_RJ00079586.

44.     Attached hereto as Exhibit 43 is a true and correct copy of the Prudential Advisors Summary Plan Description, Bates No. CIG_RJ00253305 through CIG_RJ00253486.

45.     Attached hereto as Exhibit 44 is a true and correct copy of the excerpted Impossible Foods Inc. Open Access Plus Plan, effective January 1, 2019, Bates No. CIG_RJ00000577 through CIG_RJ00000646.

46.     Attached hereto as Exhibit 45 is a true and correct copy of an Explanation of Benefits for Named Plaintiff DS, dated November 8, 2019, Bates No. CIG_RJ00001445 through CIG_RJ00001450.

47.     Attached hereto as Exhibit 46 is a true and correct copy of the excerpted Honeywell International Inc. High Deductible Health Plan effective January 1, 2018, Bates No. CIG_RJ_CLMS00006366 through CIG_RJ_CLMS00006533.

48.     Attached hereto as Exhibit 47 is a true and correct copy of the excerpted 2021 Federal Reserve Health Benefits Program Plan, Bates No. CIG_RJ00243846 through CIG_RJ00243999.

49.     Attached hereto as Exhibit 48 is a true and correct copy of the excerpted Starwood Hotels & Resorts Worldwide, Inc. Medical, Dental, Vision, Health Reimbursement Arrangement and Health Savings Account Plan, effective April 1, 2016, Bates No. CIG_RJ00141878 through CIG_RJ00141954.

50.     Attached hereto as Exhibit 49 is a true and correct copy of the excerpted Genworth North America Corporation Open Access Plus In-Network LocalPlus IN Platinum Plan, effective January 1, 2020, Bates No. CIG_RJ00453797 through CIG_RJ00453880.

51.     Attached hereto as Exhibit 50 is a true and correct copy of the excerpted Headwater Companies LLC Open Access Plus Medical Benefits Qualified High Deductible Health Plan, effective January 1, 2018, Bates No. CIG_RJ00166838 through CIG_RJ00166912.

52.     Attached hereto as Exhibit 51 is a true and correct copy of the excerpted 2019 Waste Management Summary Plan Description, Bates No. CIG_RJ00364111 through CIG_RJ00364287.

53.     Attached hereto as Exhibit 52 is a true and correct copy of the excerpted Schlumberger Base Plan Benefits Plan, effective January 1, 2016, Bates No. CIG_RJ00216779 through CIG_RJ00216814.

54.     Attached hereto as Exhibit 53 is a true and correct copy of the excerpted NextEra Energy, Inc. and its Participating Affiliates Health and Welfare Benefits Plan, effective January 1, 2018, Bates No. CIG_RJ_CLMS00010824 through CIG_RJ_CLMS00011012.

55.     Attached hereto as Exhibit 54 is a true and correct copy of the decision by the U.S. District Court for the Northern District of California in *LD v. United Behavioral Health*, 4:20-cv-02254-YGR, entered January 12, 2022 as Docket 116.

56.     Attached hereto as Exhibit 55 is a true and correct copy of the excerpted transcript of the deposition of Rachel Murphy of Cigna, a Quality Review and Audit Senior Supervisor at Cigna, who served as Cigna's corporate representative witness for Rule 30(b)(6) deposition topics regarding Cigna's policies and procedures verification of benefits / preauthorization calls, taken in this case on December 20, 2022.

57.     Attached hereto as Exhibit 56 is a true and correct copy of the excerpted certified transcript of a call recording produced at Bates No. CONFIDENTIAL_SBH000682.

McDermott Will & Emery LLP
Attorneys At Law
New York

58.     Attached hereto as Exhibit 57 is a true and correct copy of the excerpted certified transcript of a call recording produced at Bates No. CONFIDENTIAL_SBH000699.

59.     Attached hereto as Exhibit 58 is a true and correct copy of the excerpted certified transcript of a call recording produced at Bates No. CONFIDENTIAL_SBH000690.

60.     Attached hereto as Exhibit 59 is a true and correct copy of excerpted verification of benefits forms from Summit Estate for SJ, the beneficiary of Named Plaintiff RJ, dated March 4, 2019 and January 2, 2020, and an excerpted assignment of benefits from SJ to Summit Estate, dated April 1, 2020, Bates No. SUMMIT 00162 through SUMMIT 00440.

61.     Attached hereto as Exhibit 60 is a true and correct copy of an excerpted verification of benefits form from Summit Estate for Named Plaintiff DS, dated August 22, 2019, Bates No. SUMMIT 00001 through SUMMIT 00161.

62.     Attached hereto as Exhibit 61 is a true and correct copy of a letter from Creyna Franco to whom it may concern, dated July 2, 2019, Bates No. PRJ0001804 through PRJ0001805.

63.     Attached hereto as Exhibit 62 is a true and correct copy of the excerpted transcript of the deposition of Creyna Franco, a Senior Auditor at Summit Estate, taken in this case on November 16, 2022.

64.     Attached hereto as Exhibit 63 is a true and correct copy of the excerpted transcript of the deposition of Named Plaintiff DS, taken in this case on October 1, 2022.

65.     Attached hereto as Exhibit 64 is a true and correct copy of a PDF of a spreadsheet regarding disclaimers that are plated during the course of verifications of benefits calls, Bates No. CIG_RJ00857380.

66.     Attached hereto as Exhibit 65 is a true and correct copy of a verification of benefits form from Resurgence California, LLC, dated January 10, 2020, Bates No. RBH000388.

67. Attached hereto as Exhibit 66 is a true and correct copy of a verification of benefits form from MC1 Healthcare, LLC d/b/a Mountainside Treatment Center, dated June 3, 2020, Bates No. MTC000383 through MTC000386.

68. Attached hereto as Exhibit 67 is a true and correct copy of the excerpted certified transcript of a call recording produced at Bates No. CONFIDENTIAL_SBH000696.

69. Attached hereto as Exhibit 68 is a true and correct copy of an email chain with correspondents Terri Cothron, Mike Battistoni, and Kevin Williams, with emails sent from August 15, 2018 through September 27, 2018, Bates No. CIG_RJ00674347 through CIG_RJ00674350.

70. Attached hereto as Exhibit 69 is a true and correct copy of an email chain with correspondents Kevin Williams, Tom Ralston, Karen Beckstead, and William Benesch, dated emails sent from September 20, 2018 through September 27, 2018, Bates No. MPI-C0003432 through MPI-C0003435.

71. Attached hereto as Exhibit 70 is a true and correct copy of a letter from Salvatore C. Badala to Errol King and Josh Simon, dated January 18, 2023 and enclosing Tom Ralston – 4HI invoices.

72. Attached hereto as Exhibit 71 is a true and correct copy of the excerpted transcript of the deposition of Thomas Ralston, Volume II, taken in this case on December 16, 2022.

73. Attached hereto as Exhibit 72 is a true and correct copy of an email from "SethCooper5@protonmail.com" to "mtabak@MultiPlan.com" and "Dale.White@MultiPlan.com," dated September 30, 2021, which was Exhibit 13 at the deposition of Thomas Ralston, taken in this case on December 16, 2022.

74. Attached hereto as Exhibit 73 is a true and correct copy of the excerpted transcript of the deposition of Joan Borsten Vidov, Executive Director of Summit Estate, taken in this case on November 16, 2022.

McDermott Will & Emery LLP
Attorneys At Law
New York

75.      Attached hereto as Exhibit 74 is a true and correct copy of an excerpted assignment of benefits from Named Plaintiff DS to Summit Estate, dated September 20, 2019, Bates No. SUMMIT 00739 through SUMMIT 01076.

76.      I understand that, according to Cigna's internal systems containing information regarding the status of members' benefits plan coverage, SJ ceased to be enrolled in a Cigna-serviced plan as of February 28, 2023, and DS ceased to be enrolled in a Cigna-serviced plan as of November 30, 2022.

I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: March 27, 2023

Warren Haskel

DECLARATION OF WARREN HASKEL IN SUPPORT OF DEFENDANTS' OPPOSITION TO CLASS CERTIFICATION
CASE NO: 5:20-CV-02255