| | |
|---|---|
| WILLIAM P. DONOVAN, JR. (SBN 155881)<br>**MCDERMOTT WILL & EMERY LLP**<br>wdonovan@mwe.com<br>2049 Century Park East, Suite 3200<br>Los Angeles, CA 90067-3206<br>Telephone:  +1 310 277 4110<br>Facsimile:  +1 310 277 4730<br><br>JOSHUA B. SIMON (*pro hac vice*)<br>jsimon@mwe.com<br>WARREN HASKEL (*pro hac vice*)<br>whaskel@mwe.com<br>DMITRIY TISHYEVICH (SBN 275766)<br>dtishyevich@mwe.com<br>CAROLINE INCLEDON (*pro hac vice*)<br>cincledon@mwe.com<br>CHELSEA COSILLOS (*pro hac vice*)<br>ccosillos@mwe.com<br>**MCDERMOTT WILL & EMERY LLP**<br>One Vanderbilt Avenue<br>New York, NY 10017<br>Telephone:  +1 212 547 5400<br>Facsimile:  +1 212 547 5444<br><br>*Attorneys for Cigna Health & Life Insurance Co.* | ERROL J. KING, JR. (*pro hac vice*)<br>errol.king@phelps.com<br>CRAIG L. CAESAR (*pro hac vice*)<br>craig.caesar@phelps.com<br>KATHERINE C. MANNINO (*pro hac vice*)<br>katie.mannino@phelps.com<br>TAYLOR J. CROUSILLAC (*pro hac vice*)<br>taylor.crousillac@phelps.com<br>BRITTANY H. ALEXANDER (*pro hac vice*)<br>brittany.alexander@phelps.com<br>**PHELPS DUNBAR LLP**<br>II City Plaza<br>400 Convention Street, Suite 1100<br>Baton Rouge, Louisiana 70802<br>Telephone: (225) 376-0207<br><br>DENNIS B. KASS (SBN 137263)<br>dennis.kass@manninkass.com<br>ADAM D. AFSHAR (SBN 330630)<br>adam.afshar@manningkass.com<br>**MANNING & KASS, ELLROD,<br>RAMIREZ, TRESTER LLP**<br>801 South Figueroa Street, 15th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 624-6900<br>Facsimile: (213) 624-6999<br><br>*Attorneys for MultiPlan, Inc.* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RJ, as the representative of her beneficiary son; DS, an individual, and on behalf of and all others similarly situated,<br><br>              Plaintiffs,<br><br>  vs.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY, and MULTIPLAN, INC.,<br><br>             Defendant. | Case No.: 5:20-cv-02255-EJD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUR-REPLY** |

Having reviewed Defendants' Administrative Motion for Leave to File Sur-Reply, and any other papers filed in support or opposition thereof, and good cause existing, the Court hereby GRANTS Defendants leave to file a sur-reply.  Defendants' proposed sur-reply, as submitted with their Administrative Motion for Leave to File Sur-Reply, is hereby recognized as Defendants' sur-reply, and through that filing, is hereby deemed as officially filed on the docket in accordance with this Order.

**IT IS SO ORDERED.**

Dated: _____, 2023

Honorable Edward J. Davila
United States District Judge