# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RJ, as the representative of her beneficiary son SJ, and DS, an individual, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY, and MULTIPLAN, INC.,<br><br>*Defendants.* | Case No. 5:20-cv-02255-EJD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL EXCERPTED AND/OR REDACTED VERSIONS OF EXHIBITS 3, 5, 8-10, 15, 17-18, 22, AND 30 TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, AND EXHIBITS 9, AND 10-13 TO PLAINTIFFS' REPLY**<br><br>Hon. Edward J. Davila<br><br>Hearing:  None set |

The Court, having considered its prior Orders ruling on Plaintiffs' two Administrative Motions to Seal filed in connection with Plaintiffs' Motion for Class Certification and Plaintiffs' Reply in Support of its Motion for Class Certification (Dkts. 209, 211), which denied Plaintiffs' motions to seal to the extent they sought to file entire deposition transcripts and a declaration by Thomas Ralston in its entirety, and which invited Plaintiffs to re-file redacted and/or excerpted versions of those documents, and having further considered Defendants' Administrative Motion to Seal Excerpted and/or Redacted Versions of Exhibits 3, 5, 8-10, 15, 17-18, 22, and 30 to Plaintiffs' Motion for Class Certification, and Exhibits 9, and 10-13 to Plaintiffs' Reply, orders the following documents SEALED as described below:

In particular, the Court ORDERS as follows:

| Description | Portions to be Sealed | Designation and Basis for Sealing | Ruling |
|---|---|---|---|
| Exhibit 3 to Plaintiffs' administrative motion to file confidential documents under seal in Plaintiffs' Motion for Class Certification – Deposition Tr. of Gabriel Smith | Entire excerpted transcript | Contains and discusses information and documents designated Confidential and Confidential – Attorneys' Eyes Only by Cigna pursuant to the Stipulated Protective Order as they contain and discuss confidential and proprietary information that will cause Cigna financial and competitive harm if disclosed | |
| Exhibit 5 to Plaintiffs' administrative motion to file confidential documents under seal in Plaintiffs' Motion for Class Certification – Deposition Tr. of Michael Battistoni | Entire excerpted transcript | Contains and discusses information and documents designated Confidential and Confidential – Attorneys' Eyes Only by Cigna pursuant to the Stipulated Protective Order as they contain and | |

| Description | Portions to be Sealed | Designation and Basis for Sealing | Ruling |
|---|---|---|---|
| | | discuss confidential and proprietary information that will cause Cigna financial and competitive harm if disclosed | |
| Exhibit 8 to Plaintiffs' administrative motion to file confidential documents under seal in Plaintiffs' Motion for Class Certification - Deposition Tr. of Karen Beckstead | Entire excerpted transcript | Contains and discusses information and documents designated Confidential – Attorneys' Eyes Only by MultiPlan pursuant to the Stipulated Protective Order as they contain and discuss confidential and proprietary information that will cause MultiPlan financial and competitive harm if disclosed | |
| Exhibit 9 to Plaintiffs' administrative motion to file confidential documents under seal in Plaintiffs' Motion for Class Certification - Deposition Tr. of Kathy Praxmarer | Entire excerpted transcript | Contains and discusses information and documents designated Confidential – Attorneys' Eyes Only by MultiPlan pursuant to the Stipulated Protective Order as they contain and discuss confidential and proprietary information that will cause MultiPlan financial and competitive harm if disclosed | |
| Exhibit 10 to Plaintiffs' administrative motion to file confidential documents under seal in Plaintiffs' Motion for Class Certification - Declaration of Thomas Ralston | ¶¶ 13-39, 41-42, and n.1 | Contains and discusses information designated Confidential and Confidential – Attorneys' Eyes Only by MultiPlan pursuant to the Stipulated Protective Order as | |

| Description | Portions to be Sealed | Designation and Basis for Sealing | Ruling |
|---|---|---|---|
| | | they contain and discuss confidential and proprietary information that will cause MultiPlan financial and competitive harm if disclosed | |
| Exhibit 15 to Plaintiffs' administrative motion to file confidential documents under seal in Plaintiffs' Motion for Class Certification - Deposition Tr. of Rachel Murphy | Entire excerpted transcript | Contains and discusses information and documents designated Confidential and Confidential – Attorneys' Eyes Only by Cigna pursuant to the Stipulated Protective Order as they contain and discuss confidential and proprietary information that will cause Cigna financial and competitive harm if disclosed

Contains information regarding Plaintiffs' highly sensitive, private PHI and PII that is protected by HIPAA | |
| Exhibit 17 to Plaintiffs' administrative motion to file confidential documents under seal in Plaintiffs' Motion for Class Certification - Deposition Tr. of Terri Cothron | Entire excerpted transcript | Contains and discusses information and documents designated Confidential and Confidential – Attorneys' Eyes Only by Cigna pursuant to the Stipulated Protective Order as they contain and discuss confidential and proprietary information that will cause Cigna financial and | |

| Description | Portions to be Sealed | Designation and Basis for Sealing | Ruling |
|---|---|---|---|
| | | competitive harm if disclosed | |
| Exhibit 18 to Plaintiffs' administrative motion to file confidential documents under seal in Plaintiffs' Motion for Class Certification - Deposition Tr. of Monica Armstrong | Entire excerpted transcript | Contains and discusses information and documents designated Confidential – Attorneys' Eyes Only by MultiPlan pursuant to the Stipulated Protective Order as they contain and discuss confidential and proprietary information that will cause MultiPlan financial and competitive harm if disclosed | |
| Exhibit 22 to Plaintiffs' administrative motion to file confidential documents under seal in Plaintiffs' Motion for Class Certification - Deposition Tr. of Sean Crandell | Entire excerpted transcript | Contains and discusses information and documents designated Confidential – Attorneys' Eyes Only by MultiPlan pursuant to the Stipulated Protective Order as they contain and discuss confidential and proprietary information that will cause MultiPlan financial and competitive harm if disclosed | |
| Exhibit 30 to Plaintiffs' administrative motion to file confidential documents under seal in Plaintiffs' Motion for Class Certification - Deposition Tr. of Keith Jones | Entire excerpted transcript | Contains and discusses information and documents designated Confidential and Confidential – Attorneys' Eyes Only by Cigna pursuant to the Stipulated Protective Order as they contain and discuss confidential and proprietary information | |

| Description | Portions to be Sealed | Designation and Basis for Sealing | Ruling |
|---|---|---|---|
| | | that will cause Cigna financial and competitive harm if disclosed | |
| Exhibit 9 to Plaintiffs' administrative motion to file confidential documents under seal in Plaintiffs' Reply in Support of its Motion for Class Certification - Deposition Tr. of Sean May | Entire excerpted transcript | Contains and discusses information and documents designated Confidential and Confidential – Attorneys' Eyes Only by Cigna pursuant to the Stipulated Protective Order as they contain and discuss confidential and proprietary information that will cause Cigna financial and competitive harm if disclosed | |
| Exhibit 10 to Plaintiffs' administrative motion to file confidential documents under seal in Plaintiffs' Reply in Support of its Motion for Class Certification - Deposition Tr. of Laurence Baker | Entire excerpted transcript | Contains and discusses information and documents designated Confidential and Confidential – Attorneys' Eyes Only by Cigna pursuant to the Stipulated Protective Order as they contain and discuss confidential and proprietary information that will cause Cigna financial and competitive harm if disclosed | |
| Exhibit 11 to Plaintiffs' administrative motion to file confidential documents under seal in Plaintiffs' Reply in Support of its Motion for Class Certification - Deposition Tr. of Ronald Luke | Entire excerpted transcript | Contains and discusses information and documents designated Confidential and Confidential – Attorneys' Eyes Only by | |

| Description | Portions to be Sealed | Designation and Basis for Sealing | Ruling |
|---|---|---|---|
| | | Cigna pursuant to the Stipulated Protective Order as they contain and discuss confidential and proprietary information that will cause Cigna financial and competitive harm if disclosed | |
| Exhibit 12 to Plaintiffs' administrative motion to file confidential documents under seal in Plaintiffs' Reply in Support of its Motion for Class Certification - Deposition Tr. of Brian Piper | Entire excerpted transcript | Contains and discusses information and documents designated Confidential and Confidential – Attorneys' Eyes Only by Cigna pursuant to the Stipulated Protective Order as they contain and discuss confidential and proprietary information that will cause Cigna financial and competitive harm if disclosed | |
| Exhibit 13 to Plaintiffs' administrative motion to file confidential documents under seal in Plaintiffs' Reply in Support of its Motion for Class Certification - Deposition Tr. of Sean Petree | Entire excerpted transcript | Contains and discusses information and documents designated Confidential and Confidential – Attorneys' Eyes Only by Cigna pursuant to the Stipulated Protective Order as they contain and discuss confidential and proprietary information that will cause Cigna financial and competitive harm if disclosed | |

[PROPOSED] ORDER, CASE NO.: 5:20-CV-02255

| Description | Portions to be Sealed | Designation and Basis for Sealing | Ruling |
|---|---|---|---|
|  |  | Contains information regarding Plaintiffs' highly sensitive, private PHI and PII that is protected by HIPAA |  |

**IT IS SO ORDERED.**

Dated: _____          _____
                                                                                   Hon. Edward J. Davila