ERROL J. KING, JR.*
CRAIG L. CAESAR*
KATHERINE C. MANNINO*
TAYLOR J. CROUSILLAC*
BRITTANY HOLT ALEXANDER*
   *admitted *pro hac vice*
**PHELPS DUNBAR LLP**
errol.king@phelps.com
craig.caesar@phelps.com
katie.mannino@phelps.com
taylor.crousillac@phelps.com
brittany.alexander@phelps.com
II City Plaza
400 Convention Street, Suite 1100
Baton Rouge, LA 70802
Telephone:   +1 225 376 0207
Facsimile:   +1 225 381 9197

DENNIS B. KASS (SBN 137263)
ADAM D. AFSHAR (SBN 330630)
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
One California Street, Suite 900
San Francisco, California 94111
Telephone: (415) 217-6900
dennis.kass@manninkass.com
adam.afshar@manningkass.com

*Attorneys for Defendant MultiPlan, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RJ, as the representative of her beneficiary son SJ, and DS, an individual, on behalf of themselves and all others similarly situated,<br><br>       *Plaintiffs,*<br><br>   v.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY, and MULTIPLAN, INC.,<br><br>       *Defendants.* | Case No. 5:20-cv-02255-EJD<br><br>**DECLARATION OF ERROL J. KING, JR. IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL** |

1

I, ERROL J. KING. JR., hereby declare and state as follows:

1. I am a partner at Phelps Dunbar LLP, one of the law firms representing MultiPlan, Inc. in this action.

2. I have been a licensed attorney since 1986. I am a member in good standing of the state bar of Louisiana and am also admitted to practice in the federal district courts in Louisiana, as well in the United States Court of Appeal for the First, Third, Fifth, and Ninth Circuits, as well as the United States Supreme Court.

3. I have a longstanding relationship with MultiPlan and represent it in many legal matters. I was asked by MultiPlan to represent it in this matter as well; accordingly, I filed an application to appear *pro hac vice* which was approved by this Court.

4. I make this declaration in support of Defendants' efforts to maintain certain documents in the record under seal as explained more fully in Defendants' Administrative Motion to Seal Excerpted and/or Redacted Versions of Exhibits 3, 5, 8-10, 15, 17-18, 22, and 30 to Plaintiffs' Motion for Class Certification, and Exhibits 9 and 10-13 to Plaintiffs' Reply in Support of Class Certification.

5. I make the statements in this declaration based upon my personal knowledge and information acquired during my representation of MultiPlan and involvement in this case, and I would testify truthfully to them if called on to do so.

6. Attached to my declaration are the sealed excerpted Exhibits 3, 5, 8, 9, 15, 17-18, 22, and 30 to Plaintiffs' Motion for Class Certification, and sealed excerpted Exhibits 9-13 to Plaintiffs' Reply in Support of Class Certification.

7. Also attached to my declaration is a redacted version of the Declaration of Thomas P. Ralston, Exhibit 10 to Plaintiffs' Motion for Class Certification, and a sealed, highlighted version of this Declaration.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury and the laws of the United States and the State of California that the foregoing statements are true and correct, and that this

1  Declaration was executed on the 29th day of December, 2023, in Baton Rouge, Louisiana.

2

3
*/s/ Errol J. King, Jr.*
Errol J. King, Jr.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28