WILLIAM P. DONOVAN, JR. (SBN 155881)
**McDERMOTT WILL & EMERY LLP**
wdonovan@mwe.com
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Telephone:   +1 310 277 4110
Facsimile:   +1 310 277 4730

JOSHUA B. SIMON (*pro hac vice*)
WARREN HASKEL (*pro hac vice*)
DMITRIY TISHYEVICH (SBN 275766)
CAROLINE INCLEDON (*pro hac vice*)
CHELSEA COSILLOS (*pro hac vice*)
jsimon@mwe.com
whaskel@mwe.com
dtishyevich@mwe.com
cincledon@mwe.com
ccosillos@mwe.com
**McDERMOTT WILL & EMERY LLP**
One Vanderbilt Avenue
New York, NY 10017
Telephone:   +1 212 547 5400
Facsimile:   +1 212 547 5444

*Attorneys for Defendant Cigna Health & Life Insurance Co.*

ERROL J. KING, JR. (*pro hac vice*)
CRAIG L. CAESAR (*pro hac vice*)
KATHERINE C. MANNINO (*pro hac vice*)
TAYLOR J. CROUSILLAC (*pro hac vice*)
BRITTANY H. ALEXANDER (*pro hac vice*)
errol.king@phelps.com
craig.caesar@phelps.com
katie.mannino@phelps.com
taylor.crousillac@phelps.com
brittany.alexander@phelps.com
**PHELPS DUNBAR LLP**
II City Plaza
400 Convention Street, Suite 1100
Baton Rouge, Louisiana 70802
Telephone: (225) 376-0207

DENNIS B. KASS (SBN 137263)
ADAM D. AFSHAR (SBN 330630)
dennis.kass@manningkass.com
adam.afshar@manningkass.com
**MANNING & KASS, ELLROD, RAMIREZ, TRESTER LLP**
801 South Figueroa Street, 15th Floor
Los Angeles, CA 90017
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

*Attorneys for Defendant MultiPlan, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RJ, as the representative of her beneficiary son SJ, and DS, an individual, on behalf of themselves and all others similarly situated,<br><br>              *Plaintiffs,*<br><br>       v.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY, and MULTIPLAN, INC.,<br><br>              *Defendants.* | Case No. 5:20-cv-02255-EJD<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL** |

Defendants respectfully submit this response to Plaintiffs' Administrative Motion to Seal. (Dkt. No. 215, the "Motion."), in which Plaintiffs moved for the entry of several thousands of pages of deposition exhibits—of which Plaintiffs cite only about one hundred pages in their briefs—and for the first time raised concerns with certain of Cigna's confidentiality designations. Because Defendants have already filed redacted excerpts of **all** deposition transcripts (Dkt. No. 212), Plaintiffs' motion is moot, and its piecemeal attempt to address its overbroad approach to its exhibits can be disregarded.

## ARGUMENT

On December 27, 2023, the Court issued two Orders ruling on Plaintiffs' two Administrative Motions to Seal filed in connection with Plaintiffs' Motion for Class Certification and Plaintiffs' Reply in Support of its Motion for Class Certification. (Dkt. Nos. 209, 211, the "Orders"). In the Orders, the Court denied, without prejudice, Plaintiffs' motion to seal deposition transcripts and a declaration by Thomas Ralston in their entirety and ordered Plaintiffs to file another administrative motion to file the transcripts with appropriate redactions, or to file excerpted versions of these transcripts under seal. (Dkt. Nos. 209 at 3, 211 at 2.)

Because almost all of the exhibits in question contained the confidential information of Defendants, not Plaintiffs, Defendants moved to seal redacted excerpts of these exhibits, consistent with the Court's order providing that option. (Dkt. No. 212.) On January 2, 2024, however, Plaintiffs filed their own motion for sealing, in which they attached redacted versions of certain of the deposition transcripts in questions but not others, raising for the first time that Cigna's "unreasonabl[e]" confidentiality designations prevented them from making any redactions. (Dkt. No. 215.) But Cigna provided Plaintiffs its confidentiality designations for deposition transcripts many months, and in many cases **well over a year ago**, and it outlined its basis for sealing and redacting these depositions in its Statements in Support of Plaintiffs' Administrative Motions to Seal and supporting affidavits, justifying the sealing of these documents. (Dkt. Nos. 158, 184.) Though Plaintiffs had ample opportunity to oppose or respond to Defendants' confidentiality designations or Motion to Seal with respect to these transcripts, they never did so. If Plaintiffs did not agree with

1  Defendants' designations or sealing of these materials, the time to have raised such objections was
2  months ago.
3      In any event, because Defendants have already submitted redacted excerpts of all exhibits at
4  issue, Plaintiffs' Motion is moot, and its attempt to raise issues now with Defendants' confidentiality
5  designations is both untimely and unnecessary. The Court should therefore grant Defendants'
6  administrative motion to seal and deny Plaintiffs' motion as moot.

## CONCLUSION

Defendants respectfully request that the Court grant Defendants' Administrative Motion to Seal Excerpted and/or Redacted Versions of Exhibits 3, 5, 8-10, 15, 17-18, 22, and 30 to Plaintiffs' Motion for Class Certification, and Exhibits 9, and 10-13 to Plaintiffs' Reply (Dkt. No. 212), and deny as moot Plaintiffs' Administrative Motion to Seal. (Dkt. No. 215.)

Dated: January 8, 2024                         Respectfully submitted,

By: /s/ Craig L. Caesar                        By: /s/ Warren Haskel
   Craig L. Caesar (admitted *pro hac vice*)      Warren Haskel (admitted *pro hac vice*)

DENNIS B. KASS (SBN 137263)                    WILLIAM P. DONOVAN, JR. (SBN 155881)
ADAM D. AFSHAR (SBN 330630)
**MANNING & KASS**                             **McDERMOTT WILL & EMERY LLP**
**ELLROD, RAMIREZ, TRESTER LLP**               wdonovan@mwe.com
One California Street, Suite 900               2049 Century Park East, Suite 3200
San Francisco, California 94111                Los Angeles, CA 90067-3206
Telephone: (415) 217-6900                      Telephone:+1 310 277 4110
dennis.kass@manninkass.com                     Facsimile: +1 310 277 4730
adam.afshar@manningkass.com

ERROL J. KING, JR.*                            JOSHUA B. SIMON*
CRAIG L. CAESAR*                               WARREN HASKEL*
KATHERINE C. MANNINO*                          DMITRIY TISHYEVICH (SBN 275766)
TAYLOR J. CROUSILLAC*                          CAROLINE INCLEDON*
BRITTANY HOLT ALEXANDER*                       CHELSEA COSILLOS*
*admitted *pro hac vice*                       *admitted *pro hac vice*
**PHELPS DUNBAR LLP**                          **MCDERMOTT WILL & EMERY LLP**
errol.king@phelps.com                          jsimon@mwe.com
craig.caesar@phelps.com                        whaskel@mwe.com
katie.mannino@phelps.com                       dtishyevich@mwe.com
taylor.crousillac@phelps.com                   cincledon@mwe.com
brittany.alexander@phelps.com                  ccosillos@mwe.com
II City Plaza                                  One Vanderbilt Avenue
400 Convention Street, Suite 1100              New York, NY 10017
Baton Rouge, LA 70802                          Telephone:+1 212 547 5400
                                               Facsimile: +1 212 547 5444

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
LOS ANGELES

Telephone: +1 225 376 0207
Facsimile: +1 225 381 9197

*Attorneys for Defendant MultiPlan, Inc.*

*Attorneys for Defendant Cigna Health and Life Insurance Company*

DEFENDANTS' RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL
CASE NO. 5:20-CV-02255-EJD

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

Pursuant to Civil Local Rule 5-1(h)(3) of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the signatories to this document.

Dated: January 8, 2024

/s/ *Warren Haskel*
Warren Haskel