UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RJ, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY, et al.,<br><br>　　　　Defendants. | Case No. 20-cv-02255-EJD<br><br>**ORDER GRANTING STIPULATED ADMINISTRATIVE MOTION TO SEAL**<br><br>Re: ECF Nos. 220, 221 |

On December 27, 2023, the Court issued an order granting in part and denying in part Plaintiffs' request to file under seal certain exhibits to their moving and reply papers filed in support of their motion for class certification. *See* ECF Nos. 209, 211. Specifically, the Court denied without prejudice Plaintiffs' request to seal in their entirety Exhibits 3, 5, 8–10, 15–18, 22, and 30 to Plaintiffs' motion for class certification ("Motion Exhibits"), as well as Exhibits 2, 3, and 9–13 to Plaintiffs' reply in support of its motion for class certification ("Reply Exhibits"). *See id.* Subsequently, Plaintiffs and Defendants each filed a motion to seal related to the Motion Exhibits and Reply Exhibits. *See* ECF Nos. 212, 215. On January 22, 2024, the Court issued an order granting the sealing requests with respect to Motion Exhibits 8–10, 16, 18, and 22 and Reply Exhibits 2, 3, 11, and 12, and denying without prejudice the sealing requests with respect to Motion Exhibits 3, 5, 15, 17, and 30 and Reply Exhibits 9, 10, and 13. *See* ECF No. 219.

On January 29, 2024, Plaintiffs filed a stipulated administrative motion to seal portions of Motion Exhibits 3, 5, 15, 17, and 30 and Reply Exhibits 9, 10, and 13. *See* ECF Nos. 220 (proposed public versions); 221 (sealed copies). Each of the exhibits at issue has been designated

Case No.: 20-cv-02255-EJD
ORDER GRANTING STIPULATED ADMINISTRATIVE MOTION TO SEAL

1

confidential by Defendants, who assert that the documents—consisting of deposition transcripts of Defendants' fact and expert witnesses—contain personal health information as well as confidential and proprietary information that would cause financial and competitive harm if disclosed. *See* ECF No. 212, at 4–7 (citing declarations describing sensitive nature of information and competitive disadvantages that could result from disclosure). The Court finds that compelling reasons to exist to seal such confidential information. *See, e.g.*, *In re Elec. Arts, Inc.*, 298 F. App'x 568, 569 (9th Cir. 2008) (finding compelling reasons for sealing "business information that might harm a litigant's competitive strategy," including confidential contract terms); *In re Google Location Hist. Litig.*, No. 5:18-cv-05062-EJD, 514 F. Supp. 3d 1147, 1162 (N.D. Cal. Jan. 25, 2021) ("Compelling reasons may exist to seal 'trade secrets, marketing strategies, product development plans, detailed product-specific financial information, customer information, internal reports[.]'"); *Kumandan v. Google LLC*, No. 19-cv-04286, 2022 WL 17971633, at *1 (N.D. Cal. Nov. 17, 2022) (listing cases sealing personal information under compelling reasons standard).

Further, having reviewed the parties' proposed redactions, the Court finds that the current sealing requests are narrowly tailored to capture only sealable material. *See* Civ. L.R. 79-5(a). Accordingly, the Court GRANTS the parties' stipulated administrative motion to seal portions of Motion Exhibits 3, 5, 15, 17, and 30 and Reply Exhibits 9, 10, and 13, and accepts the parties' proposed redactions to these exhibits. *See* ECF Nos. 220-3–220-10.

As previewed in the Court's January 22, 2024 order, the Court now requests that the parties file, within 10 days of the entry of this order, a public version of Plaintiffs' motion for class certification and all exhibits, and likewise with Defendants' opposition and Plaintiffs' reply.

**IT IS SO ORDERED.**

Dated: January 30, 2024

EDWARD J. DAVILA
United States District Judge

Case No.: 20-cv-02255-EJD
ORDER GRANTING STIPULATED ADMINISTRATIVE MOTION TO SEAL
2