# EXHIBIT 30
# Filed as Redacted Exhibit

Case 5:20-cv-02255-EJD    Document 224-32    Filed 02/09/24    Page 2 of 103
Keith Jones                                          December 15, 2022
RJ, et al. v. Cigna Health and Life Insurance Comp

Page 1

1                UNITED STATES DISTRICT COURT
                      OAKLAND DIVISION
2           NORTHERN DISTRICT OF CALIFORNIA

3

    RJ, et al.

4

                    Plaintiffs,

5

          v.    CASE NO. 5:20-cv-02255-EJD

6

    Cigna Health and Life Insurance Company,

7   et al.

8                    Defendants.

9   VIDEOTAPED VTC
    DEPOSITION OF:    KEITH JONES

10                   (Appearing by VTC)

11  DATE:            December 15, 2022

12  TIME:            10:03 a.m.

13  LOCATION:        Zoom Videoconference

14  TAKEN BY:        Counsel for the Plaintiffs

15  REPORTED BY:     Susan M. Valsecchi, Registered
                     Professional Reporter, CRR

16                   (Appearing by VTC)
    _____

17

18

19

20

21

22

23

24

25

Keith Jones                                                December 15, 2022

RJ, et al. v. Cigna Health and Life Insurance Comp

---

Page 2

1  APPEARANCES OF COUNSEL:
2    ATTORNEYS FOR PLAINTIFFS
       RJ, et al.:
3
     ARNALL GOLDEN GREGORY LLP
4    BY:  AARON R. MODIANO
          (Appearing by VTC)
5      1775 Pennsylvania Avenue NW
       Suite 1000
6      Washington, DC  20006
       202-677-4030
7      aaron.modiano@agg.com
8
     ATTORNEYS FOR DEFENDANT
9    Cigna Health and Life Insurance
     Company:
10
     MCDERMOTT WILL AND EMERY LLP
11   BY:  WARREN HASKEL
          CHELSEA COSILLOS
12        (Appearing by VTC)
       340 Madison Avenue
13     New York, NY  10173
       212-547-5333
14     whaskel@mwe.com
       ccosillos@mwe.com
15
16   ATTORNEYS FOR THE DEFENDANT
     MULTIPLAN:
17
     PHELPS DUNBAR, LLP
18   BY:  BRITTANY HOLT ALEXANDER
          (Appearing by VTC)
19     II City Plaza 400 Convention Street
       Suite 1100
20     Baton Rouge, LA  70802
       225-376-0279
21     brittany.alexander@phelps.com
22
     ALSO PRESENT VIA VTC:
23     Jaysun Loushin, Concierge
       Caleb Guice, Videographer
24
25
       (INDEX AT REAR OF TRANSCRIPT)

---

Page 3

1        THE VIDEOGRAPHER:  Today's date is
2    December 15th, 2022, and the time is 10:03
3    a.m. Eastern.  This will be the remote video
4    deposition of Keith Jones.  Will counsel
5    please identify themselves for the record
6    and state any objection to the witness being
7    sworn remotely.
8        MR. MODIANO:  Aaron Modiano from Arnall
9    Golden Gregory for the Plaintiffs.  No
10   objection.
11       MR. HASKEL:  Warren Haskel, McDermott
12   Will & Emery LLP.  With me today is Chelsea
13   Cosillos on behalf of Cigna and the witness.
14   No objections.
15       MS. ALEXANDER:  Brittany Alexander of
16   Phelps Dunbar here on behalf of MultiPlan,
17   and no objections.
18       THE VIDEOGRAPHER:  The court reporter
19   will please swear in the witness.
20       THE COURT REPORTER:  The attorneys
21   participating in this deposition acknowledge
22   that I am not physically present in the
23   deposition room and that I will be reporting
24   this deposition remotely.
25       They further acknowledge that in lieu

---

Page 4

1    of an oath administered in person, I will
2    administer the oath remotely.
3        The parties further agree that if the
4    witness is testifying from a state where I
5    am not a notary that the witness may be
6    sworn in by an out-of-state notary.
7        If any party has an objection to this
8    manner of reporting, please state it now.
9        [NO RESPONSE]
10       THE COURT REPORTER:  Hearing none, I
11   will proceed.
12       Mr. Jones, would you please raise your
13   right hand to be sworn.  Do you solemnly
14   swear to tell the truth, the whole truth,
15   and nothing but the truth, so help you God?
16       THE WITNESS:  I do.
17       THE COURT REPORTER:  Thank you.
18              KEITH JONES
19   being first duly sworn, testified as follows:
20              EXAMINATION
21   BY MR. MODIANO:
22       Q.  Okay.  So all the preliminary now
23   having been done, good morning, Mr. Jones.  My name
24   is Aaron Modiano.  I believe you just heard me
25   introduce myself.  I'm with Arnall Golden Gregory.

---

Page 5

1    I'm here representing the Plaintiffs in this
2    matter.  It's nice to meet you.
3        A.  Good morning.
4        Q.  And I just want to go over a few ground
5    rules, you know, before we kind of get into the
6    meat of the deposition.  And I also just want to
7    say at the beginning, and this applies to anybody,
8    if you need a break or would like to take a break
9    at any time during this deposition, just let me
10   know; I'm happy to.  I don't want anyone to be
11   uncomfortable or have to -- you know, happy to take
12   a break whenever any -- any -- whenever one is
13   needed.  So I just wanted to let you know that at
14   the beginning.  The only thing I will say is if
15   I've asked a question, just to -- unless you've
16   been instructed not to answer, to please answer it
17   before we take the break just so we don't leave it
18   pending.
19       Is that all right?
20       A.  Yes.
21       Q.  Okay.
22       MS. ALEXANDER:  Aaron, if I could --
23   I'm so sorry, I didn't mean to interrupt.  I
24   didn't know if you were done.  But I just
25   wanted to say before you started your line

---

2 (Pages 2 - 5)

Keith Jones
December 15, 2022
RJ, et al. v. Cigna Health and Life Insurance Comp

Page 6

1    of questioning, as we've agreed to in prior
2    depositions, and in order to streamline
3    things, I wanted to see if it was all right
4    if objections that are posed by Cigna's
5    counsel could be applicable to MultiPlan, as
6    well, in lieu of me objecting independently.
7        MR. MODIANO:  Yeah, no objection.
8        MS. ALEXANDER:  Okay.  Perfect.  Thank
9    you.  Sorry to interrupt you.
10       MR. MODIANO:  Sure, no problem.
11   BY MR. MODIANO:
12       Q.   And, so, Mr. Jones, we actually just
13   got to my next point, which was that we have a
14   court reporter here who's taking everything down
15   and they can't take down sort of head nods, you
16   know, uh-huhs, uh-uhs, that sort of thing, so I
17   would just ask that, you know, when you answer a
18   question, that if it's a yes or a no, that it just
19   be clearly like a yes, no, and such.  And you
20   answered yes before, so you seem well -- well able
21   to do that.  Is that all right?
22       A.   Yes, it is.
23       Q.   Okay, Thanks.  And if you don't
24   understand any question that I've asked, just
25   please let me know and I'm happy to rephrase it,

Page 7

1    Otherwise I'm going to under -- I'm going to assume
2    that you've understood my question.
3        Is that all right?
4        A.   Yes, it is.
5        Q.   Okay.  And you -- you do understand
6    that you are here under oath today and it's as if
7    you were appearing at trial.
8        A.   Yes, I understand that.
9        Q.   Okay.  And Ms. Alexander mentioned
10   objections, so I would just ask that -- or state
11   that you may hear objections raised during this
12   deposition; and unless your attorney specifically
13   asks you not to answer, that you answer my
14   question.  Is that all right?
15       A.   Yes, I understand that.
16       Q.   Okay.  Have you taken any medication or
17   do you have any conditions that could prevent you
18   from understanding my questions or testifying
19   truthfully today?
20       A.   No, I have not.
21       Q.   And do you have any health, medical, or
22   other conditions that would prevent you from
23   understanding my questions or testifying truthfully
24   today?
25       A.   No, I do not.

Page 8

1        Q.   Okay.  And have you ever been deposed
2    before?
3        A.   Yes, I have.
4        Q.   And what matter was that in?
5        A.   It was a matter with Cigna relating to
6    emergency service claims for our individual and
7    family plans with a provider.
8        Q.   Okay.  And how long ago was that?
9        A.   Approximately one year ago.
10       Q.   Okay.  And did it involve an in-network
11   provider, an out-of-network provider, both?
12       A.   It involved an out-of-network provider.
13       Q.   Okay.  And was this a -- do you know if
14   this was -- this case was in state or federal
15   court?  If you know.
16       A.   I don't technically know.
17       Q.   Okay.  And do you remember the name of
18   the case?
19       A.   The case was between Tenet and Cigna.
20       Q.   Okay.  And we're going to -- I'm
21   jumping slightly ahead.  I know -- we're going to
22   be discussing Viant OPR today.
23            Was Viant OPR at all involved in your
24   testimony in that case?
25       A.   To my knowledge, I don't remember

Page 9

1    touching on Viant OPR in that case.
2        Q.   Okay.  How about Viant IPR?
3        A.   I don't recall touching on IPR either.
4        Q.   Okay.  And any other depositions that
5    you can -- that you've -- that you can recall?
6        A.   No other depositions.
7        Q.   Okay.  Have you ever been called to
8    testify, you know, in a courtroom?
9        A.   No, I have not.
10       Q.   Okay.  And do you have any devices in
11   front of you that are open, anything like that,
12   other than your computer that we're taking the
13   deposition on?
14       A.   The only other device is my phone,
15   which is off to the side.
16       Q.   Okay.  And is there anybody else in the
17   room with you?
18       A.   There is no one else in the room with
19   me.
20       Q.   Okay.  And I think that's pretty much
21   it for ground rules, yep.  So -- oh, and do you
22   have one screen or two screens?
23       A.   I have my laptop screen and a regular
24   monitor right above it.  Both are showing the same
25   thing.

3 (Pages 6 - 9)

Keith Jones
December 15, 2022
RJ, et al. v. Cigna Health and Life Insurance Comp

Page 10

1    Q.  Okay.  The only reason I ask that is,
2  since we're all virtual, the exhibits that are
3  going to be posted, you know, will be -- you know,
4  you'll have to open them on your computer, so I
5  just wanted to, you know, make sure that you'd be
6  able to do that without a problem.  Is that -- will
7  that be -- will you be able to do that with
8  relative ease, the exhibits -- to see the exhibits?
9    A.  I believe so.
10    Q.  Okay.  And if there's an issue with it
11  and we need to take a break and sort something, let
12  me know; I'm happy to.
13    A.  Okay.
14       MR. MODIANO:  Okay.  So I've put up one
15    exhibit already.  If you could pull that
16    up -- I just marked it Exhibit 1 -- I would
17    appreciate it.
18       THE WITNESS:  I see the exhibit.
19       (JONES EXHIBIT 1, November 21, 2022,
20    Amended Notice of Deposition, was marked for
21    identification.)
22  BY MR. MODIANO:
23    Q.  Okay.  Amended Notice of Deposition, do
24  you see that one?
25    A.  Yes, I see that's the exhibit's title.

Page 11

1    Q.  Okay.  And have you seen this document
2  before?
3    A.  I believe I've seen it as part of
4  deposition prep.
5    Q.  Okay, so -- and is it your
6  understanding that you're appearing here today
7  pursuant to Plaintiff's Amended Notice of
8  Deposition?
9    A.  Yes, that is my understanding.
10    Q.  Okay.  And you mentioned deposition
11  prep.  So can you tell me what you did to -- what
12  you did for deposition prep?
13    A.  I worked with my counsel to understand
14  the type and nature of exhibits that I might see
15  here today in the deposition.
16    Q.  Okay.  And I'm not going to ask you any
17  questions about conversations you had with your
18  attorney.  I don't want to know about anything
19  privileged.  I just want to make that clear.  So
20  when you referred to documents, did you review
21  documents with your -- as part of your deposition
22  prep?
23    A.  What do you consider a document?
24    Q.  Anything -- you know, a piece -- an
25  e-mail, a piece of paper, any -- you know,

Page 12

1  basically any -- a computer file -- anything like
2  that.
3    A.  I reviewed all of those types of
4  documents.
5    Q.  Okay.  And which documents did you
6  review, if you recall?
7       MR. HASKEL:  And I just object to that
8    as attorney work product.  To the extent
9    that any refreshed his recollection, you
10    could ask him if he recalls those, but the
11    actual selection of documents is work
12    product.
13       MR. MODIANO:  I disagree and I don't
14    think it's supported, but not worth arguing
15    that right now.
16  BY MR. MODIANO:
17    Q.  So did the documents you reviewed
18  refresh your recollection as to any matters?
19    A.  Yes, they did.
20    Q.  Okay.  And what were those matters?
21    A.  The documents I reviewed spanned quite
22  a wide length of time, so there were many e-mails
23  or analyses or documents that I have seen before
24  and had forgotten about in the intervening years.
25    Q.  Okay.  And how did those refresh your

Page 13

1  recollection?
2       MR. HASKEL:  Object to form.
3       THE WITNESS:  Rereading them, in most
4    instances, allowed me to recall the general
5    context.
6  BY MR. MODIANO:
7    Q.  Okay.  And what was the general context
8  that you recalled?
9       MR. HASKEL:  Object to form.
10       THE WITNESS:  The context varied widely
11    based on the document I looked at.
12  BY MR. MODIANO:
13    Q.  And do you recall any of the details of
14  the context that you recall now?
15       MR. HASKEL:  Object to form.
16       THE WITNESS:  Can you rephrase that?
17  BY MR. MODIANO:
18    Q.  Sure.  I'm just trying to ask if you
19  can give me more specificity about how your --
20  about what your recollection was refreshed as to.
21       MR. HASKEL:  Object to form.
22       THE WITNESS:  Refreshed as to specific
23    analysis that my team or I have done,
24    refreshed in respect to work that I have
25    done that was used in other -- other

4 (Pages 10 - 13)

Keith Jones
December 15, 2022
RJ, et al. v. Cigna Health and Life Insurance Comp

Page 14

1    documents.
2  BY MR. MODIANO:
3      Q.  Okay.  And did you meet with your
4  attorneys prior to this deposition?
5      A.  I met with Warren and Chelsea.
6      Q.  Okay.  Was this an in-person meeting or
7  virtual?  Both?
8      A.  A virtual meeting.
9      Q.  Okay.  And about how long was this
10  meeting, or meetings?
11      A.  A handful of hours.
12      Q.  Okay.  And when did this meeting occur?
13      MR. HASKEL:  Object to form.
14      THE WITNESS:  This meeting occurred
15  yesterday and in the weeks leading up to
16  today.
17  BY MR. MODIANO:
18      Q.  So do you recall approximately how many
19  times you met with your counsel prior to your
20  deposition today?
21      MR. HASKEL:  Object to form.  You can
22  answer.
23      THE WITNESS:  I recall three times.
24  BY MR. MODIANO:
25      Q.  Okay.  Do you recall if you've reviewed

Page 15

1  any prior deposition transcripts from this case?
2      A.  I have not.
3      Q.  Okay.  Did you speak with anyone at
4  MultiPlan -- so not their counsel, but anyone at
5  MultiPlan -- regarding your deposition today?
6      A.  No, I did not.
7      Q.  Okay.  Have you spoken with or
8  corresponded with anyone at Cigna other than your
9  counsel regarding your deposition today?
10      A.  My supervisor is aware that I'm in a
11  deposition.  Other than that, no.
12      Q.  Have you spoken with anybody else other
13  than counsel about your deposition today?
14      A.  No.
15      MR. MODIANO:  Okay.  And I'll bring up
16  this.  I'm just bringing up the next
17  exhibit.
18      MR. HASKEL:  So while Aaron is doing
19  that, Keith, you'll probably have to refresh
20  it.
21      And, Aaron, if you could just let us
22  know after you've done that, and we'll start
23  the incessant clicking to get it up there.
24      MR. MODIANO:  Always fun, yeah.
25      Introduce.

Page 16

1      Okay, it says it's loaded, so just
2  please let me know when you get Exhibit 2
3  up.
4      THE WITNESS:  Exhibit 2 is up.
5      (JONES EXHIBIT 2, LinkedIn Profile of
6  Keith Jones, was marked for identification.)
7  BY MR. MODIANO:
8      Q.  Okay.  And I can represent to you that
9  this is just a copy of a LinkedIn profile page that
10  says -- titled "Keith Jones, CPA."
11      Does this look like -- do you -- does
12  this look like your LinkedIn profile page?
13      A.  This looks like the content in my
14  LinkedIn profile page.
15      Q.  Okay.  And if you've had a chance to
16  review it or if you need another moment, that's
17  fine, but can you tell me if it looks like it's
18  current and accurate?
19      A.  It is accurate with the exception that
20  my title is now business analytics director.
21      Q.  Okay.  Still at Evernorth?
22      A.  Still at Evernorth.
23      Q.  And when did your title change?
24      MR. HASKEL:  Object to form.
25      THE WITNESS:  Approximately

Page 17

1      September 15th of 2022.
2  BY MR. MODIANO:
3      Q.  Okay.  And has your role changed in
4  connection with the title change?
5      A.  No, it has not.
6      Q.  Okay.  And it says you are a CPA.
7  That's Certified Public Accountant, correct?
8      A.  Correct.
9      Q.  Okay.  So where are you certified?
10      A.  I am registered as a Certified Public
11  Accountant in Connecticut.
12      Q.  Okay.  And is that registration
13  current?
14      A.  It is current.
15      Q.  Okay.  And are there -- do you have to
16  take continuing education courses as part of that
17  registration or to keep that registration current?
18      A.  I do not need to take education
19  course -- continuing education courses to maintain
20  registration.
21      Q.  Okay.  Do you have to do -- what do you
22  do?  What -- excuse me, let me start that question
23  again.  What do you have to do in Connecticut to
24  keep that registration current?
25      MR. HASKEL:  Objection, form,

5 (Pages 14 - 17)

Keith Jones                                December 15, 2022
RJ, et al. v. Cigna Health and Life Insurance Comp

Page 18

1  foundation.  You can answer.
2      THE WITNESS:  To keep the registration
3  current, I have to annually pay a
4  registration fee.
5  BY MR. MODIANO:
6      Q.  Okay.  And have you ever been
7  registered as a CPA in any other state or
8  jurisdiction other than Connecticut?
9      A.  No, I have not.
10     Q.  Okay.  And if you recall, when were --
11  when did you first register as a CPA in
12  Connecticut?
13     A.  I was first registered as a CPA in July
14  of 2002.
15     Q.  Okay.  And do you recall what you had
16  to do to register as a CPA, or what the
17  requirements were?
18     A.  To be registered as a CPA, I had to
19  have a bachelor's degree, pass four parts of an
20  exam administered by the State Board of
21  Accountancy.  I had to have three years of
22  practical experience under a licensed Certified
23  Public Accountant.  And I had to pass an ethics
24  exam in order to be registered as a CPA.
25     Q.  Okay.  And so if I -- if I scroll to

Page 19

1  the bottom of the exhibit, under "Education" where
2  it says Messiah College, Bachelor of Science,
3  Accounting, is that the bachelor's degree that
4  satisfied that requirement?
5      A.  Yes, it is.
6      Q.  Okay.  And it shows that you were there
7  from 1995 to 1999.  Is that accurate?
8      A.  It is accurate.
9      Q.  And where is Messiah College?
10     A.  Messiah College is in Grantham,
11  Pennsylvania, which is a suburb of Harrisburg,
12  Pennsylvania.
13     Q.  Okay.  And above that it shows Scully &
14  Wolf, LLP.  So is that an accounting firm?
15     A.  It was an accounting firm while I
16  worked there.
17     Q.  Okay.  And I see you have a few points
18  about your role there.  Could you just, you know,
19  in your own words, give me a brief overview of what
20  your role at Scully & Wolf consisted of, what your
21  duties were, what you did?
22     A.  My role was to lead audits of
23  municipalities, largely, which included managing,
24  or at least providing guidance to, a small staff of
25  junior accountants as we did transaction testing on

Page 20

1  location at various municipal clients in
2  Connecticut.
3      Q.  Okay.  And did you start as a junior
4  accountant or did you come in as a senior
5  accountant at Scully & Wolf?
6      A.  I started as a staff accountant, which
7  is the title they give to first-year accountants
8  out of college.
9      Q.  Okay.  And when did you -- when were
10  you given the title senior accountant?  Or, you
11  know, approximately how many years?  I'm not
12  looking for the exact date.
13     A.  Yeah, after staff accountant, there was
14  another title, which I'm calling junior accountant.
15  I don't recall exactly what the title was.  It was
16  after that that I became a senior accountant, so
17  probably, you know, by my third audit season.
18     Q.  Okay.  And I see the acronym GAAP
19  there.  That's -- is that generally accepted
20  accounting principles, what that stands for?
21     A.  Yes, that is what GAAP stands for.
22     Q.  And what are generally accepted
23  accounting principles?  You know, just, in your own
24  words, what would you consider that to be?
25     A.  Generally accepted accounting

Page 21

1  principles are the framework and parameters that
2  accountants use to govern how transactions are
3  recorded and reported, how one would handle
4  accounting treatment for certain types of
5  transactions.  Again, they -- they govern the use
6  of accounting and -- and sort of all areas of
7  financial recording.
8      Q.  Okay.  And is there an ethics component
9  to that?
10     A.  There's an ethics component to
11  obtaining your CPA.
12     Q.  Okay, okay.  And I also see one of
13  the -- under there it says, "Participated in
14  special assignments, including fraud investigation,
15  fixed asset system implementation, and annual tax"
16  product -- excuse me -- "projects."
17         I'm just curious, when you say fraud
18  investigation, what that would have comprised of,
19  if you recall?
20     A.  Fraud investigation included
21  transactional testing and transaction matching for
22  a municipality in Connecticut where the town's tax
23  collector embezzled funds from the town.
24     Q.  And you didn't get deposed in that
25  matter?  I'm being a little funny there; don't

6 (Pages 18 - 21)

Keith Jones                                    December 15, 2022
RJ, et al. v. Cigna Health and Life Insurance Comp

Page 22

1  worry about it.  I'm just -- I think that's
2  interesting.  I can -- you don't have to answer
3  that question.
4        Under -- and right above that, I see
5  that you have a title of account -- your first
6  title under sort of the broader heading of "Cigna"
7  is accounting manager from April 2005 to October
8  2012.  Do you see that on Page 1?
9      A.  Yes, I see that.
10     Q.  Okay.  So did you go straight to Cigna
11  from Scully & Wolf?
12     A.  I did.
13     Q.  Okay.  And had you done any work in the
14  healthcare or insurance fields before you went to
15  Cigna?
16     A.  No, I did not.
17     Q.  Okay.  So can you tell me a bit about
18  your role as accounting manager at Cigna, just in
19  your own words?
20     A.  As an accounting manager at Cigna, I
21  managed a team of people who did the GAAP and STAT
22  record and report functions for our HMO book of
23  business.
24     Q.  Okay.  And what is STAT?
25     A.  STAT means statutory reporting in

Page 23

1  accordance with national and state-level reporting
2  requirements.
3      Q.  Okay.  And did you receive training on
4  those reporting requirements?
5        MR. HASKEL:  Object to form.
6        THE WITNESS:  I received on-the-job
7      training.  I had access to electronic forms
8      with descriptions of all of the reporting
9      boxes --
10 BY MR. MODIANO:
11     Q.  Okay.
12     A.  -- and had --
13     Q.  I'm sorry, I didn't mean to interrupt.
14     A.  -- internal manuals.
15     Q.  Okay.  So when you say on-the-job
16  training, do you recall if it was more of a -- was
17  it a formal class or informal one-on-ones?  Or can
18  you just tell me more about the on-the-job
19  training, please.
20     A.  Class time training would be rare.
21  Most of the time it was desk-level one-on-one.
22     Q.  Okay, great.  Would that usually have
23  been with your supervisor, or someone else?
24     A.  It would usually be with a peer more
25  than anyone else.

Page 24

1      Q.  Okay.  And a peer in the -- also an
2  accountant or -- like in the same department as you
3  or -- I'm just trying to get a sense of who would
4  have provided the training.
5      A.  Over my course of time in the HMO
6  accounting area, there were several peers of mine
7  who managed -- who likewise managed teams.  So a
8  peer manager and I would collaborate or share
9  knowledge.
10     Q.  Okay.  And you also mentioned training
11  manuals.  If you know, do you know who or what
12  department prepared the training manuals?
13     A.  I do not know.
14     Q.  Okay.  Do you recall where they were
15  stored?  You know, it's like were they printed?
16  Were they electronic?  You know, just where would
17  you go to find them?
18     A.  There were some that were printed in
19  binders.  Most were electronic.
20     Q.  And do you know if they were regularly
21  updated?
22        MR. HASKEL:  Object to form.
23        THE WITNESS:  I don't recall the update
24      frequency.
25 BY MR. MODIANO:

Page 25

1      Q.  Okay.  And were you ever responsible
2  for updating any of the manuals, or providing
3  training to any of your peers in this role?
4      A.  I would provide training to my direct
5  reports.  I would provide training to my peers and
6  the department, if needed, because of a global
7  change in the process of filling out a schedule.
8      Q.  Okay.  And on the -- the third -- third
9  bullet, or dash, on Page 2, it says, "Adjunct
10  member of Shared Services Accounting outsourcing
11  project team."
12        Can you tell me what's meant by shared
13  services accounting?
14     A.  In accounting, we began to identify as
15  groups of individuals who would perform accounting
16  functions, which we termed shared services
17  accounting, versus chief accounting officers for
18  businesses who would be the beneficiary of the
19  accounting work we did.  As part of the record and
20  report accounting function, we also outsourced
21  portions of our record to report accounting
22  function.
23     Q.  Okay.  And if you recall when you say
24  outsourced, would they have been outsourced to an
25  accounting firm, or what type of entity would they

7 (Pages 22 - 25)

Keith Jones                                           December 15, 2022
RJ, et al. v. Cigna Health and Life Insurance Comp

Page 26

1  have been outsourced to?
2      A.  They were outsourced to a global
3  service provider based in India.
4      Q.  Okay.
5          THE COURT REPORTER:  I'm sorry, I
6      didn't hear that last phrase.
7          "They were outsourced to a global
8      service provider..."
9          Last couple words?
10         THE WITNESS:...based in India.
11         THE COURT REPORTER:  Thank you.
12 BY MR. MODIANO
13     Q.  And then later on in that same
14 paragraph it says, "implementation of the Close
15 Tracker web application."
16         Can you tell me what's meant by Close
17 Tracker web application?
18     A.  The Close Tracker web application was
19 designed by the global service provider to track
20 and house the discrete steps of the -- of the
21 accounting close, or closing the books.
22     Q.  Okay.  And do you recall the name of
23 the global services provider that you used?
24     A.  It was Genpact.
25     Q.  For the benefit of our court reporter,

Page 27

1  if you know how to spell it, would you mind?
2      A.  G-e-n-p-a-c-t.
3      Q.  Thank you.
4          And then above your role as accounting
5  manager, still under "Cigna," I see manager
6  financial planning and analysis.
7          So, again, without -- I see that the
8  word legal is mentioned, so I'm just going to say,
9  again, I don't want any discussion or conversations
10 you had with legal.  That would be protected as
11 attorney/client.
12         But without getting anything -- without
13 getting into any of that, can you give me an
14 overview of what your role was as a manager of
15 financial planning and analysis?
16     A.  I received earnings projections from
17 our various healthcare legal entities.  I had to
18 consolidate them and supply expected earnings and
19 cash-flow projections to internal constituents that
20 needed to know cash-flow projections for the work
21 that they did.
22     Q.  Okay.  And what -- who would those
23 people or departments you provided those
24 projections to be?
25     A.  One constituent was capital planning.

Page 28

1  They aggregated all of the different divisions
2  within Cigna to help the corporation understand
3  what it could expect to see in cash flow for the
4  year in order to make dividend plans for the
5  corporation or other investments using Cigna's
6  capital.
7          It involved providing cash flow
8  projections to our investment area who would invest
9  our liquidity in order to generate interest income
10 for the company.  And tax needed to know earnings
11 projections so that they could project income tax
12 expense, or tax expense generally.
13     Q.  Okay.  And how would you obtain the
14 data or information that you needed in order to
15 provide this information or these reports to
16 these -- those stakeholders.
17         MR. HASKEL:  Object to form.
18         THE WITNESS:  I would receive reports
19     primarily from the HMO accounting area when
20     they had concluded their financial close.
21 BY MR. MODIANO:
22
23 Confidential
24
25

Page 29

1
2 Confidential
3
4
5
6
7
8
9
10
11     Q.  Any others?
12     A.  I don't recall.
13     Q.  Okay.  Do you know if -- never mind,
14 I'll -- I see where it says "Achieve capital
15 efficiency" right below that.
16         Can you tell me what's meant by capital
17 efficiency?
18     A.  Achieving capital efficiency, to me,
19 means making sure that we don't have too little or
20 too -- too much reserves on the books, that we are
21 at a high level carrying the appropriate amount of
22 liabilities and receivables, and if they need to be
23 released, that could either generate cash flow or
24 potentially reduce cash flow.
25     Q.  Okay.  And then, above that Cigna

8 (Pages 26 - 29)

Keith Jones                                                    December 15, 2022
RJ, et al. v. Cigna Health and Life Insurance Comp

Page 30

1  experience, you have "Evernorth."
2       So my first question is, can you tell
3  me how -- if you know -- and I don't mean the
4  strict legal relationship -- but as a practical
5  working matter what the relationship in your role
6  was, you know, going from Cigna to Evernorth.
7       Are you -- you know, how is -- how is
8  Evernorth related to Cigna in your experience?
9       MR. HASKEL:  Object to form.
10      THE WITNESS:  Evernorth is a subsidiary
11      of Cigna Corp.  The change to Evernorth was
12      approximately a couple years ago.
13      Functionally it has meant no difference
14      to the work I do or how I conduct my work as
15      a business analytics director.
16 BY MR. MODIANO:
17      Q.  Has it at all changed, the people
18  that -- the people or the departments you would
19  provide your work product to or your reports to?
20      A.  Largely, no.  My internal customers
21  have remained the same throughout the transition.
22      Q.  Okay.  So can you -- actually that
23  you've -- the transition occurred, I gather, around
24  October of 2014, just based on the dates listed
25  here.

Page 31

1       Would you mind telling me about your
2  role as a -- I don't -- I think you called it --
3  was it analyst, you said, was your role?  So if you
4  could tell me about your role at Evernorth over the
5  past eight years, I would appreciate it.
6       MR. HASKEL:  Object to form.
7       THE WITNESS:  The change to Evernorth
8       was more recent.
9  BY MR. MODIANO:
10      Q.  Oh, okay.
11      A.  Call it two years ago.  Prior to
12  Evernorth coming into existence, you know, that
13  would have said Cigna, okay?
14      Q.  Okay, understood.
15      A.  It has meant no change in function or
16  practice to the role that I perform.
17      My job as a business analytics director
18  is to lead a team of people who support the non-par
19  out-of-network business area with financial
20  analysis, and, in addition, support accounting and
21  finance with earnings projections for Cigna's
22  shared savings programs.
23      Q.  Okay.  So when you say non-par, can you
24  tell me what you mean by non-par?
25      A.  I use the term non-par to mean

Page 32

1  non-participating provider.
2       Q.  So does that mean a provider that's not
3  participating in Cigna's network, or something
4  else?
5       MR. HASKEL:  Object to form.
6       THE WITNESS:  It means a provider who
7       is not participating in Cigna's network for
8       a specific plan, noting that Cigna has
9       different network setups that plans can
10      choose from.
11 BY MR. MODIANO:
12      Q.  Okay.  And you also mentioned, I
13  believe, shared savings plan -- was it shared
14  savings plan?  Was that the phrase you used?
15      A.  The words I said were shared savings
16  program.
17      Q.  Program.  Sorry, wrong P.
18
19
20
21
22
23
24
25

Confidential

Page 33

1
2
3
4
5
6
7
8
9

Confidential

10      MR. MODIANO:  Okay.
11      THE COURT REPORTER:  One second.  Last
12  two words, please?
13      THE WITNESS:  Billed charge on the
14  non-par claim.
15      THE COURT REPORTER:  Non-par claim.
16      THE WITNESS:  Yes.
17      THE COURT REPORTER:  Thank you.
18 BY MR. MODIANO:
19
20
21
22
23
24
25

Confidential

9 (Pages 30 - 33)

Keith Jones
December 15, 2022
RJ, et al. v. Cigna Health and Life Insurance Comp

Page 34

Confidential

Page 36

Confidential

Page 35

Confidential

Page 37

Confidential

14    Q.  Is that a department or a description,
15  or what is that?
16    A.  It would generally refer to a
17  department.
18    Q.  Okay.  And what is the department that
19  you work in in Evernorth?
20    A.  Excuse me.  I work in network
21  analytics, which is an area within digital and
22  analytics, which is within IT.
23    Q.  Okay.  And who's your direct
24  supervisor, or supervisors, if there's more than
25  one?

10 (Pages 34 - 37)

Keith Jones
December 15, 2022
RJ, et al. v. Cigna Health and Life Insurance Comp

Page 38

1    A.   My direct supervisor is Karen Veilleux.
2    Q.   And just for the record, would you mind
3 spelling the last name?
4    A.   Sure.  I believe it is V-E-I-L-L-E-U-X.
5    Q.   Yeah, I never would have guessed that
6 one.  And how many direct reports do you have?
7    A.   I think five.
8    Q.   Okay.  And would you mind giving me
9 their names?
10    A.   Sure.  Paul Morrill.  Liz Carroll.
11 Rodie Favis, Chip Eason, Teresa Hendewich.



Page 39

Page 40

Page 41

17    MR. MODIANO:  Okay.  And I think I'm
18 good there.  I'm going to put up another
19 exhibit.
20    MR. HASKEL:  If you're going to move on
21 to another exhibit, would now be a good time
22 to take a break?  We've been going about an
23 hour.
24    MR. MODIANO:  Sure.  Like I said,
25 whenever people want, I'm happy to.  We can

11 (Pages 38 - 41)

Keith Jones
December 15, 2022
RJ, et al. v. Cigna Health and Life Insurance Comp

Page 42

1    go off the record.
2        THE VIDEOGRAPHER:  The time is 11:08.
3    We are now off the record.
4        (A brief recess was held.)
5        THE VIDEOGRAPHER:  The time is 11:17.
6    We are back on the record.
7        MR. MODIANO:  And I have just uploaded
8    Exhibit 3, so if you could just let me know
9    when you see that, Mr. Jones.
10       THE WITNESS:  I see Exhibit 3.
11       (JONES EXHIBIT 3, February 22, 2016,
12    Managing Cost for Improved Savings
13    Presentation; Bates CIG_RJ00813735, was
14    marked for identification.)
15    BY MR. MODIANO:
16       Q.  Oh, okay.  It looks like a PowerPoint
17    deck that's titled "Managing Cost For Improved
18    Savings."
19        Do you see that?
20       A.  I see that.
21       Q.  And it's dated February 22nd, 2016, and
22    it looks like you're one of the authors; is that
23    correct?
24       A.  Yes, I was one of the presenters.
25       Q.  Okay.

Page 43

1        MR. HASKEL:  And just -- Adam, if
2    you're going to be asking about this
3    document, obviously, just for the record,
4    Mr. Jones, you should take the time to
5    review it and make sure you have all of the
6    time you need to make sure you look through
7    the document.
8        MR. MODIANO:  Yeah, no, you beat me to
9    it.  I just wanted to make sure it was him
10    before we got into anything.
11       MR. HASKEL:  Okay.
12    BY MR. MODIANO:
13       Q.  Okay, so, yeah, no, if you could just
14    kind of -- it's 26 pages, but if you could scroll
15    through it and just sort of familiarize yourself a
16    little with it -- a little bit with it, and then I
17    will have a couple questions, if you don't mind.
18       A.  Sure.  It may take a minute for me to
19    do that.
20       Q.  Uh-huh.
21       A.  Okay.
22       Q.  Okay.  And the other three authors or
23    presenters, I see a Kim Hendrickson, a Sarah
24    Morabito, and a Tom Runkle.  Do you recall who --
25    who they are, or who they were?

Page 44

1       A.  Yes, I do.
2       Q.  And please elaborate.
3       A.  Sarah Morabito used to report to me as
4    the finance lead for non-par cost containment.
5        Kim Hendrickson and Tom Runkle were
6    part of the service ops cost containment area,
7    which is -- begins on Page 12 of this PowerPoint.
8       Q.  Okay.  And what is service ops?  When
9    you say that, what do you mean by that?
10       A.  At a high level, since I don't manage
11    those programs, my understanding is that service
12    ops cost containment are things like complex claim
13    review, certain, you know, diagnostic edits on
14    claims, once claims have been paid, so they
15    largely, but not exclusively, occur after claim --
16    a claim has been paid.
17       Q.  Okay.  And we can go to the fifth
18    slide, which is the one that's titled "Non-Par Cost
19    Containment," if you wouldn't mind going to that
20    one.
21       A.  I see that one.
22       MR. HASKEL:  And just so we're all --
23    you're -- this is Bates ending 739?
24       MR. MODIANO:  Yes, that's exactly
25    right.

Page 45

1    BY MR. MODIANO:
2       Q.  Mr. Jones, sometimes you may hear
3    either myself or one of the other attorneys refer
4    to a document by its Bates number.  That's the
5    number in the lower right-hand corner of the
6    document.  I just said 5 because I thought it might
7    be easier to scroll through it that way.  But
8    that's what that's referring to.
9       A.  Yes, I see slide 5.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



Veritext Legal Solutions
800.808.4958                                    770.343.9696

Keith Jones                                      December 15, 2022
RJ, et al. v. Cigna Health and Life Insurance Comp



Veritext Legal Solutions
800.808.4958                                        770.343.9696

Keith Jones                                                    December 15, 2022
RJ, et al. v. Cigna Health and Life Insurance Comp



Veritext Legal Solutions
800.808.4958                                                    770.343.9696



Keith Jones
December 15, 2022
RJ, et al. v. Cigna Health and Life Insurance Comp



Veritext Legal Solutions
800.808.4958
770.343.9696

Keith Jones                                    December 15, 2022
RJ, et al. v. Cigna Health and Life Insurance Comp



Page 62

1
2
3                                            -
4                                           to
5
6
7
8
9                                          ue.
10
11                                          d
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 64

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 63

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 65

1
2
3   BY MR. MODIANO:
4
5
6
7
8
9
10
11
12
13
14
15
16      Q.   Okay.  And do you recall who those
17   clients are?
18      A.   I don't off the top of my head.
19      Q.   For any of them, even if not all five?
20      A.   I would have to ask a team member who
21   exactly those five were.
22      Q.   Okay.  And if you were to ask, who
23   would you ask?
24         MR. HASKEL:  Object to form.  Calls for
25      speculation.

17 (Pages 62 - 65)

Keith Jones                                              December 15, 2022
RJ, et al. v. Cigna Health and Life Insurance Comp

Page 66

1      THE WITNESS:  I would ask Teresa
2   Hendewich on my team.
3   BY MR. MODIANO:
4      Q.   Okay.  And what is her role on your
5   team?
6      A.   She is a manager under me.  One of the
7   duties she has taken on is to calculate the percent
8   of savings for these five clients.



Veritext Legal Solutions
800.808.4958                                          770.343.9696

Keith Jones                                    December 15, 2022
RJ, et al. v. Cigna Health and Life Insurance Comp



Page 72

25   MR. MODIANO:  Okay.  So I can move on

Page 73

1    to -- I'm moving on to another exhibit.
2    We're at another hour.  Are people good or
3    should we keep going?
4         MR. HASKEL:  Probably, it's -- it now
5    is about lunch and the way -- the time
6    you've been spending on each exhibit, rather
7    than cut you off at exhibits, this might be
8    a good time to just take our lunch break
9    now.
10        MR. MODIANO:  Sure.  Let's go off the
11   record and we can figure out how long you
12   want.
13        THE VIDEOGRAPHER:  The time is 12:18.
14   We are now off the record.
15        (A brief recess was held.)
16        THE VIDEOGRAPHER:  The time is 12:52.
17   We are back on the record.
18        MR. MODIANO:  Okay.  Welcome back,
19   Mr. Jones.  I've just posted another
20   exhibit -- if you could just let me know
21   when you have it up -- marked as Exhibit 4.
22        THE WITNESS:  I have it up.

Keith Jones
December 15, 2022
RJ, et al. v. Cigna Health and Life Insurance Comp

Page 74

1    Confidential
2  BY MR. MODIANO:
3       Q.   If you could just, you know, read
4  through that.  It's just two pages.  If you could
5  just read through it, and then let me know when
6  you've had a chance.
7       A.   I will do that right now.
8            I've read the e-mail.
9       Q.   Okay.  I just had a couple of questions
10 on it.  And starting with the e-mail that -- well,
11 first let me say, having read the e-mail, do you
12 have your recollection refreshed as to the events
13 it's discussing?
14           MR. HASKEL:  Objection to form.
15           THE WITNESS:  Yeah, I mean, I've read
16           it and this was a pretty long time ago.
17 BY MR. MODIANO:
18 Confidential
19
20
21
22
23
24
25



Page 76

Confidential

Page 75

Confidential

Page 77

Confidential

Veritext Legal Solutions
800.808.4958                                                    770.343.9696

Keith Jones                                    December 15, 2022
RJ, et al. v. Cigna Health and Life Insurance Comp



Veritext Legal Solutions
800.808.4958                                    770.343.9696

Keith Jones                                    December 15, 2022
RJ, et al. v. Cigna Health and Life Insurance Comp



Keith Jones                                    December 15, 2022
RJ, et al. v. Cigna Health and Life Insurance Comp



Page 86

Page 88

```
10      MR. MODIANO:  Okay.  That's pretty much
11  all I was asking.  I just wanted to get a
12  sense of scale.  And I can move to another
13  exhibit.
14      (JONES EXHIBIT 5, November 30, 2017,
15  e-mail between Abby Damboise and Keith
16  Jones; Bates CIG_RJ00813792, was marked for
17  identification.)
18 BY MR. MODIANO:
19      Q.  I've just added an Exhibit 5.  If you
20  could -- when it loads, if you could just give it a
21  read through -- it's an e-mail -- and just let me
22  know when you've been able to, please.
23      A.  Okay, I've read it.
24      Q.  And it looks like it's an e-mail from
25  Abby Damboise, or however they pronounce their
```

Page 87

Page 89

```
 1  name, to you; is that correct?
 2      A.  That is correct.
 3      Q.  And is Abby someone who reports to you,
 4  or reported to you, you know, on 11/30/17?
 5      A.  Abby did not report to me.
 6      Q.  Okay.  I see in her signature it says
 7  "National Segment Finance."
 8      So do you know what her role was when
 9  she sent this e-mail to you?
10      A.  She was the finance lead for our
11  national accounts segment.
12      Q.  Okay.  Do you know if she's still with
13  Cigna or Evernorth?
14      A.  She is still with Cigna.
15      Q.  Still in finance?
16      A.  I've lost track of her specific
17  organization in the company.
```

Veritext Legal Solutions
800.808.4958                                    770.343.9696

Keith Jones                                                    December 15, 2022
RJ, et al. v. Cigna Health and Life Insurance Comp

Page 90

1  Confidential
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 91

1  Confidential
2
3
4
5
6
7
8
9
10                                                          as
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 92

1  Confidential
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 93

1  Confidential
2
3
4
5
6       MR. HASKEL:  Object to form.
7       THE WITNESS:  Could you restate that
8    question for me?
9  BY MR. MODIANO:
10      Q.   Sure, I -- I'm just trying to
11  understand when they're -- when they're taken as an
12  expense for your -- for purposes of your reporting.
13      MR. HASKEL:  Object to form,
14    foundation.
15      THE WITNESS:  What is the "they" you're
16    referring to?
17  BY MR. MODIANO:
18  Confidential
19
20
21
22
23
24
25

24 (Pages 90 - 93)

Keith Jones
December 15, 2022
RJ, et al. v. Cigna Health and Life Insurance Comp



Page 94

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Confidential

Page 96

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Confidential

Page 95

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Confidential

Page 97

1
2
3
4
5
6
7
8
9
10
11
12    A.  I know what Abby is referring to.
13
14    Confidential Attorney's Eyes Only
15
16
17
18
19
20
21
22
23
24
25

25 (Pages 94 - 97)

Keith Jones
RJ, et al. v. Cigna Health and Life Insurance Comp
December 15, 2022

Page 98

Confidential Attorney's Eyes Only

[BLACK REDACTION BLOCK — lines 1–6]

7    Q.  Okay.  And so do you or does anyone on
8 your team either look at or ask for plan language
9 when you're performing analysis like this or some
10 of the other -- or any of the analyses we've kind
11 of been talking about so far?
12        MR. HASKEL:  Objection, form.
13    Objection to the extent it calls for a legal
14    conclusion.
15        THE WITNESS:  Requesting plan language
16    for the analysis we do is not something that
17    happens.
18 BY MR. MODIANO:
19    Q.  Okay.  Is it something you've -- that
20 you can recall ever doing?
21        MR. HASKEL:  Objection, form.
22    Objection, calls for a legal conclusion.
23    You can answer.
24
25 Confidential

Page 99

Confidential
2        MR. MODIANO:  Okay.  I'm going to move
3    to another exhibit.
4        (JONES EXHIBIT 6, October 2018 e-mails
5    Between Keith Jones and Debra Thelen; Bates
6    CIG_RJ00817910, was marked for
7    identification.)
8 BY MR. MODIANO:
9    Q.  I have just introduced Exhibit 6,
10 Plaintiff's Exhibit 6, if you could -- when it
11 pulls up for you, if you could just give it a read
12 and let me know when you have had a chance to.
13    A.  Okay, I have read it.
14    Q.  I wanted to start towards the bottom
15 where it looks like it's a -- actually, first, this
16 is just something I'm curious about.
17        For a lot of times when I've seen
18 people's e-mail addresses, there's four characters
19 after.  I'm just wondering if you knew what they
20 stood for or how they were assigned?
21    A.  Can you give me an example?
22    Q.  Sure.  Where it says "Jones, Keith R
23 B7NC" and "Lebel, Jo-Ann S" is HHHH.  I'm just
24 curious what those four are, if you know.  And
25 that's just truly because I'm curious.

Page 100

1    A.  Those alphanumerics are routing
2 locations so that -- every place or sort of area
3 within any Cigna building has a unique set of
4 alphanumerics.  So it's like a routing code or a
5 mail stop.
6    Q.  Sure.  Kind of like your own internal
7 IP address?
8    A.  A little more generic than that.
9    Q.  Okay.  I was just curious because I've
10 seen them a lot.  I --
11    A.  Okay.
12    Q.  I wasn't expecting you to be an expert
13 on them; I just had wondered.  But -- and towards
14 the bottom where it says "Jones, Keith R B7NC" at
15 4:40 p.m., it looks like there's a -- the question
16 that you're asking to Jo-Ann Lebel -- and is it
17 Lebel or Lebel, by the way?  I just want to
18 pronounce it correctly, if you know.
19    A.  I've referred to her as Jo-Ann Lebel.
20    Q.  Lebel, okay.  My question is, can you
21 tell me what it is you were asking in that line
22 that starts "follow up"?
23        MR. HASKEL:  Object to form.
24
25 Confidential

Page 101

Confidential

[BLACK REDACTION BLOCK — lines 1–21]

22        MR. HASKEL:  Objection to form.
23        THE WITNESS:  I understood that for
24    MRC1 purposes, for outpatient facility
25    claims, the Viant dataset is used as the

26 (Pages 98 - 101)

Keith Jones                                         December 15, 2022
RJ, et al. v. Cigna Health and Life Insurance Comp

Page 102

1    reference.
2  BY MR. MODIANO:
3      Q.   So is that what you're referring to
4  when, right below, it says, "So basically the OPR
5  program is getting the capture"?
6          MR. HASKEL:  Object to form,
7  foundation.
8          THE WITNESS:  Can you say the question
9  again?
10 BY MR. MODIANO:
11     Q.   Well, just because you -- the reply
12 from you below says, "Ok -- learn something new
13 every day.  So basically the OPR program is getting
14 the capture."
15         I was trying -- I wanted to understand,
16 if you could, what you meant when you said, "So,
17 basically, the OPR program is getting the capture."
18     A.   At the time, I was questioning if she
19 meant that the claims were getting captured in the
20 bill negotiation service that uses the Viant OPR
21 reference data.
22 Confidential Attorney's Eyes Only
23
24
25

Page 103

1  Confidential Attorney's Eyes Only
2
3
4
5
6
7
8
9
10
11
12
13
14
15     Q.   Okay.  And then if you go to the -- if
16 you could go to the top of the e-mail for me,
17 please.
18     A.   Page 1 or still on Page 2?
19     Q.   No, sorry, the -- the top of Page 1,
20 the e-mail that looks like it's from you to Debra
21 Thelen -- I don't know how she pronounces it --
22 10/26/2018.
23         MR. HASKEL:  I think it's Thelen.
24         MR. MODIANO:  Thelen?  Okay.
25         MR. HASKEL:  Thelen, hard T.

Page 104

1          MR. MODIANO:  Thelen?
2          MR. HASKEL:  Yes.
3  BY MR. MODIANO:
4      Q.   People always mispronounce my name so I
5  try to get it correctly.  I imagine, Mr. Jones, you
6  don't have that issue.
7      A.   Thankfully, no.  I see the e-mail.
8
9  Confidential
10
11
12
13
14
15
16
17
18
19
20
21 BY MR. MODIANO:
22     Q.   If you want to read through the other
23 parts, go ahead, too.  I'm just trying to
24 understand it.
25     A.   Okay.  I've reread it.  The question

Page 105

1  again?
2
3  Confidential
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

27 (Pages 102 - 105)

Keith Jones
December 15, 2022
RJ, et al. v. Cigna Health and Life Insurance Comp



Page 106

Confidential

Page 107

Confidential

Page 108

Confidential

2    MR. MODIANO:  Okay.  Let me -- I'll
3  bring up another exhibit.
4        (JONES EXHIBIT 7, May 2018 e-mails
5  between Trisha Rawlings, Taralyn Ball, and
6  Keith Jones; Bates CIG_RJ00024228, was
7  marked for identification.)
8        MR. MODIANO:  I'm going to open another
9  exhibit.  We've been going about another
10  hour.  Are -- I just saw you coughing.  Are
11  you good or do you want to take a break, or
12  anyone?  I'm good.
13        MR. HASKEL:  About how long do you
14  think this next exhibit is going to be?
15        MR. MODIANO:  It includes a playbook,
16  so I'm going to have a bunch of questions.
17        MR. HASKEL:  Why don't we take a break
18  here?
19        MR. MODIANO:  Okay.  If you want to go
20  off the record.
21        THE VIDEOGRAPHER:  The time is 1:57.
22  We are now off the record.
23        (A brief recess was held.)
24        THE VIDEOGRAPHER:  The time is 2:07.
25  We are back on the record.

Page 109

1  BY MR. MODIANO:
2      Q.  Okay.  Thanks very much.  And
3  Mr. Jones, I put up Exhibit 7.  I don't know if you
4  can see it.
5      A.  I can.
6      Q.  I would just ask you to -- to look
7  through the first two pages, which are e-mails, and
8  then if you could just give a skim through the --
9  the attachment, which is titled "NonPar
10  Cost-Containment 2019 Sales Playbook."
11        Just -- if you want to read the
12  whole -- I don't want you to read 50 pages on
13  the -- you know, on the record.
14        MR. HASKEL:  I'll say, Mr. Jones, you
15  should read as much as you need to to be
16  able to -- be able to testify, you know,
17  comfortably that you understand and have a
18  handle on this document.
19        MR. MODIANO:  All I'm thinking, if it's
20  all 50 pages, that we go off the record, but
21  otherwise, I'm fine with it.
22        MR. HASKEL:  Well, I don't think that's
23  appropriate, but he'll take as much time as
24  he needs.
25        THE WITNESS:  Okay.  I've read it.

28 (Pages 106 - 109)

Keith Jones                                            December 15, 2022
RJ, et al. v. Cigna Health and Life Insurance Comp

Page 110

1    I've got to pause to take a cough, though.
2       All right.  I'm back.
3       MR. MODIANO:  If you need to get some
4    water, that's okay too.
5       THE WITNESS:  I'm good, thank you.
6  BY MR. MODIANO:
7    Q.  Sure.  Okay.  So on Page 3 of the
8  document, so Bates ending in 230, the document is
9  titled non -- "NonPar Cost-Containment 2019 Sales
10 Playbook."
11      Is this a document that you're familiar
12 with?
13   A.  I am familiar with this document.
14   Q.  Okay.  So broadly speaking, can you
15 tell me what it is?
16      MR. HASKEL:  Object to form.
17      THE WITNESS:  Broadly speaking, it's an
18   internal use document, and I think the
19   intentions are laid out in the "Welcome"
20   paragraph on 231.
21 BY MR. MODIANO:



Page 112

8    Q.  I want to go up to the e-mails now,
9  the -- let's go to Bates 228, which is the first
10 page of the document, please.
11   A.  I'm there.

Page 113

23      MR. HASKEL:  Objection to form.
24      THE WITNESS:  I didn't understand the
25 question that well.

29 (Pages 110 - 113)

Keith Jones                                    December 15, 2022
RJ, et al. v. Cigna Health and Life Insurance Comp

Page 114

1  BY MR. MODIANO:
2      Q.  Sure.  You've described -- you've
3  described enhanced claims, so I'm just asking if
4  you -- a little bit more clarity on the definition
5  of enhanced, if that's something that refers to --
6  if that's something that's within the MRC2 program
7  or if it's something else.  I'm just trying to
8  understand a little more about the enhanced.
9          MR. HASKEL:  Object to form.  Asked and
10     answered.  I'm not sure what you're trying
11     to get at, Aaron.
12         THE WITNESS:  Enhanced claims are
13     claims -- for example, emergency service
14     claims or claims that are surprise bills,
15     for example, where the member has gone
16     out-of-network unintentionally.
17  BY MR. MODIANO:
18     Q.  Okay.  I -- let me -- I'm trying to ask
19  a different question.
20
21
22  Confidential
23
24
25

Page 115

1
2  Confidential
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20  BY MR. MODIANO:
21  Confidential Attorney's Eyes Only
22
23
24
25

Page 116

1  Confidential Attorney's Eyes Only
2
3
4
5
6
7
8
9
10
11     Q.  Okay.  So if I'm understanding you
12  correctly, the first just treats a claim as a claim
13  and the second is -- is the total dollars of the
14  claims and the adjustment, a count versus a sum,
15  basically?
16         MR. HASKEL:  Object to form.
17         THE WITNESS:  Yes.  Yes, one is
18     counting claims, one is summing charges.
19  BY MR. MODIANO:
20     Q.  Okay, thanks.  That's just what I
21  wanted to understand.
22         And if you go to -- I think it's 2-3 --
23  yes.  If you go to the page of the playbook that
24  has Bates number that ends in 232.
25     A.  Okay.

Page 117

1  Confidential Attorney's Eyes Only
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

30 (Pages 114 - 117)

Keith Jones                                                    December 15, 2022
RJ, et al. v. Cigna Health and Life Insurance Comp



Page 118
Confidential Attorney's Eyes Only

6  BY MR. MODIANO:

Confidential

Page 119
Confidential

Page 120
Confidential

4  BY MR. MODIANO:
5      Q.  Okay.  If we go forward a bit more.
6  Let's go to the Bates ending 238.
7      A.  I'm there.

Confidential Attorney's Eyes Only

Page 121
Confidential Attorney's Eyes Only

23  BY MR. MODIANO:
24      Q.  Okay.  And if we'd go two pages ahead
25  to Bates ending 240.  Just let me know when you're

31 (Pages 118 - 121)

Keith Jones                                          December 15, 2022
RJ, et al. v. Cigna Health and Life Insurance Comp

Page 122

1  there.
2      A.  240, I am here.



Page 123

Page 124

Page 125

32 (Pages 122 - 125)

Keith Jones                                    December 15, 2022
RJ, et al. v. Cigna Health and Life Insurance Comp



Page 126

Page 128

1  terminology that's being used here.

Page 127

10      MR. MODIANO:  Okay.  I'm going to move
11  to another exhibit, I think.  Yeah, I'm
12  going to move -- move on from this one.
13      (JONES EXHIBIT 8, March and April 2021
14  e-mails between Keith Jones, Teresa
15  Hendewich, and Jo-Ann Lebel, Bates
16  CIG_RJ00824143, was marked for
17  identification.)
18  BY MR. MODIANO:
19      Q.  I have just introduced Plaintiffs'
20  Exhibit 8.  If you could just pull it up and have a
21  look through it and let me know when you've been
22  able to.
23      A.  Okay.  I've scanned it.
24      Q.  Okay.  All right.  First couple
25  questions are just to understand some of the

Page 129

33 (Pages 126 - 129)

Keith Jones                                                December 15, 2022
RJ, et al. v. Cigna Health and Life Insurance Comp



Veritext Legal Solutions
800.808.4958                                                770.343.9696

Keith Jones                                December 15, 2022
RJ, et al. v. Cigna Health and Life Insurance Comp



Page 134

Confidential

Page 135

Confidential

Confidential Attorney's Eyes Only

Page 136

Confidential Attorney's Eyes Only

3      MR. MODIANO:  Okay.  I think I
4  understand.  I appreciate that.  I'm going
5  to put up a new exhibit.
6      (JONES EXHIBIT 9, ECP NonPar Variance
7  Analysis: 1Q16 Results Spreadsheet,
8  CIG_RJ00813783, was marked for
9  identification.)
10 BY MR. MODIANO:
11     Q.  I have introduced a -- a new exhibit.
12 It won't let me stamp it because it's a -- a native
13 Excel file.  It was produced to us this way and --
14 but I can give the Bates number for the record, if
15 I can just click back here.  It is CIG_RJ00813783.
16     MR. HASKEL:  And Aaron is this -- was
17 this an individual document or was it
18 attached to an e-mail?
19     MR. MODIANO:  I don't have it as a --
20 as an attachment.  I have it -- it's just a
21 series of documents that were all produced
22 as natives.  But I do -- my recollection is
23 that Mr. Jones was the -- identified as the
24 author or the custodian of the document in
25 the metadata.

Page 137

1      THE COURT REPORTER:  And what exhibit
2  number will this be?
3      MR. MODIANO:  9.
4      THE COURT REPORTER:  Thank you.
5      MR. MODIANO:  Sorry.
6      THE COURT REPORTER:  That's okay.
7  BY MR. MODIANO:
8      Q.  So just if you could let me know when
9  you are able to open the document.
10     A.  I have opened the document.  There
11 appear to be two worksheets.
12     Q.  And I'm just going to ask you about the
13 first one, the "ACCT DIST."
14     A.  Okay.

Confidential

Veritext Legal Solutions
800.808.4958                                              770.343.9696

Keith Jones                                        December 15, 2022
RJ, et al. v. Cigna Health and Life Insurance Comp



Veritext Legal Solutions
800.808.4958                                        770.343.9696

Confidential [redacted]

(JONES EXHIBIT 10, Nonpar Scorecard: Book of Business Spreadsheet, Bates CIG_RJ00818794, was marked for identification.)

THE WITNESS: I have pulled up the Excel. There appear to be six tabs or six worksheets.

BY MR. MODIANO:

Confidential [redacted]

Confidential [redacted]

BY MR. MODIANO:

Q. And -- so the -- where it says

Confidential [redacted]

Confidential [redacted]

Confidential [redacted]

Keith Jones

December 15, 2022

RJ, et al. v. Cigna Health and Life Insurance Comp



Page 146

Confidential

Page 147

Confidential

15   MR. MODIANO:  Okay.  I'm going to move
16 on to -- which one?  Okay.  I'm going to
17 move on to a new exhibit.
18   MR. HASKEL:  We've been going for
19 almost an hour and 20.  Would now be a good
20 time to take a break?
21   MR. MODIANO:  Yeah, absolutely.  Happy
22 to.
23   THE VIDEOGRAPHER:  The time is 3:27.
24 We are now off the record.
25   (A brief recess was held.)

Page 148

1    THE VIDEOGRAPHER:  The time is 3:37.
2  We are back on the record.
3    (JONES EXHIBIT 11, May 2016 e-mails
4  between Annette Parrotti, Paul McCann, Lisa
5  Fraser, and Others; Bates CIG_RJ00621060,
6  was marked for identification.)
7 BY MR. MODIANO:
8    Q.  Okay.  Thanks.  And I've just
9 introduced what I've marked as Exhibit 11.  So if
10 you could pull that up and then -- it's an e-mail,
11 an e-mail chain.  If you could have a look through
12 it and let me know when you've been able to.
13    A.  I have it.  I will now look through it.
14    MR. HASKEL:  As you happen to be doing
15 this, but just for the record, while we're
16 waiting, CIG -- Exhibit 11, as I have it, is
17 CIG_RJ00621060 through 67.
18    MR. MODIANO:  Okay.
19    THE WITNESS:  Okay.  I've scanned the
20 e-mail.
21 BY MR. MODIANO:
22    Q.  Okay.  I guess -- I wanted to first ask
23 you a question with an e-mail from Annette
24 Parrotti.  You're one of the recipients on the page
25 that's ending Bates in 064.  It's Page 5 of 8.

Page 149

1    A.  Okay.  I'm there.
2 Confidential Attorney's Eyes Only

38 (Pages 146 - 149)

Keith Jones                                          December 15, 2022
RJ, et al. v. Cigna Health and Life Insurance Comp



**Page 150**

Confidential Attorney's Eyes Only

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Page 151**

Confidential Attorney's Eyes Only

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Page 152**

Confidential Attorney's Eyes Only

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Page 153**

Confidential Attorney's Eyes Only

1
2
3
4      MR. MODIANO:  Okay.  We'll move on to
5  another exhibit.
6      (JONES EXHIBIT 12, November 2018,
7  e-mails between Keith Jones, Terri Cothron,
8  and Mark Zipadelli; Bates CIG_RJ00845317,
9  was marked for identification.)
10 BY MR. MODIANO:
11    Q.  Okay.  I've just introduced Plaintiffs'
12 Exhibit 12.  It's CIG_RJ00845317 through 8, just
13 two pages.  You can just pull it up and have a look
14 through and tell me when you have, please.
15    A.  Okay.  I've read it.
16
17 Confidential
18
19
20
21
22
23
24
25

Veritext Legal Solutions
800.808.4958                                          770.343.9696

Keith Jones                                    December 15, 2022
RJ, et al. v. Cigna Health and Life Insurance Comp



Veritext Legal Solutions
800.808.4958                                              770.343.9696

Keith Jones                                December 15, 2022
RJ, et al. v. Cigna Health and Life Insurance Comp



Page 158

Page 160

```
 1        MR. MODIANO:  Okay.  I will bring in a
 2   new exhibit.  Let me introduce this.
 3        (JONES EXHIBIT 13, March and April
 4   2016, e-mails between Terri Cothron, Keith
 5   Jones, David Cannon, and Others; Bates
 6   CIG_RJ00806057, was marked for
 7   identification.)
 8   BY MR. MODIANO:
 9      Q.  I have just introduced Plaintiffs' 13,
10   and I will get the Bates numbers.  It's Bates
11   CIG_RJ00806057 through 806071.  And I would -- so
12   that's 15 pages, and I would just ask that you pull
13   it up and take a look through it.  I'm not going to
14   ask you about everything, but take as much time as
15   you need to feel comfortable with it, please.
16      A.  Okay.
17          Okay, I've scanned it.
18
19
20
21
22
23
24
25
```

Page 159

Page 161

Veritext Legal Solutions
800.808.4958                                770.343.9696

Keith Jones                                                    December 15, 2022
RJ, et al. v. Cigna Health and Life Insurance Comp



Page 162

Confidential

Page 163

Confidential

Page 164

Confidential

12    MR. MODIANO: Okay. I think that's all
13  I needed to ask you about there.
14    Yeah, I don't need to ask about
15  anything else on this.
16    I'm going to introduce this one.
17    (JONES EXHIBIT 14, Spreadsheet; Bates
18  CIG_RJ00825583, was marked for
19  identification.)
20    MR. MODIANO: I've just introduced
21  Plaintiffs' 14. It's an Excel spreadsheet.
22  The Bates number for it is CIG_RJ00825583.
23  And I don't know if it was attached to an
24  e-mail, but Mr. Jones is shown as the author
25  of the spreadsheet in the metadata.

Page 165

1    MR. HASKEL: Well, I -- I think, Aaron,
2  that that might be misleading, given he may
3  not be the author of a spreadsheet if he's
4  the person who had an e-mail sent to him.
5  He's not the -- necessarily the author. So
6  you're saying he may be the custodian --
7    MR. MODIANO: I'm saying the metadata
8  field that showed up with us said author,
9  but he's -- anything he needs to clarify,
10  I'm happy to have him do, you know --
11    MR. HASKEL: Yeah. I think the problem
12  is he can't clarify if you don't give him a
13  complete document. And just seeing that
14  this says 16a leads me to believe that this
15  is part of a family. So I, again, object to
16  asking questions about a document taken out
17  of context because you're not providing the
18  full family.
19    MR. MODIANO: The 16a is just an
20  internal note. That has nothing to do with
21  how it was provided.
22    MR. HASKEL: All right.
23    MR. MODIANO: But just please let me
24  know when you have it up, Mr. Jones, and
25  you've had a chance to take a look at it.

42 (Pages 162 - 165)

Keith Jones
December 15, 2022
RJ, et al. v. Cigna Health and Life Insurance Comp

Page 166

1      THE WITNESS:  I have it up.  I'm
2   looking at it now.
3 BY MR. MODIANO:
4      Q.   And when you've had a chance to just
5 familiarize yourself a little bit with it, just
6 please let me know.
7      A.   There are four sheets here.
8      Q.   Uh-huh.
9      A.   Okay.
10     Q.   Looking at this spreadsheet, does it
11 refresh your recollection as to what's contained in
12 it or what the spreadsheet is -- the contents of
13 the spreadsheet?
14     MR. HASKEL:  Object to form.
15     THE WITNESS:  I'm a little fuzzy on
16   this one.  I -- I don't know -- I don't even
17   know if I authored it or not.
18 BY MR. MODIANO:
19
20   Confidential
21
22
23
24
25

Page 168

1   look through it, and let me know when you've
2   been able to do so.
3      THE WITNESS:  Okay.  I've read through
4   this.
5 BY MR. MODIANO:
6   Confidential Attorney's Eyes Only
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 167

1
2   Confidential
3
4
5
6
7
8
9
10
11
12
13
14     MR. MODIANO:  Okay, okay.  We can move
15   on from this one.
16     Okay.  I'm going to introduce this.
17     (JONES EXHIBIT 15, April and June 2021
18   e-mails between Teresa Hendewich, Debra
19   Thelen, Keith Jones, and Others; Bates
20   CIG_RJ00822377, was marked for
21   identification.)
22     MR. MODIANO:  Okay.  I've just
23   introduced Plaintiffs' Exhibit 15.  It's
24   CIG_RJ00822377 through 822390.  So if you
25   could just, you know, bring it up and have a

Page 169

1   Confidential Attorney's Eyes Only
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17 BY MR. MODIANO:
18
19
20   Confidential
21
22
23
24
25



43 (Pages 166 - 169)



**Page 170**

1  **Confidential**
2
3  BY MR. MODIANO:
4  **Confidential Attorney's Eyes Only**
5
(lines 5-25 redacted)

**Page 171**

1  **Confidential Attorney's Eyes Only**
2
(lines 2-15 redacted)
16     MR. MODIANO:  Okay, okay.  I don't
17  think I need to ask any more about that one.
18  Can we go off for five minutes?  Because I
19  think I'm pretty close to the end of
20  everything I want to ask; I just want to go
21  through my notes.
22     MR. HASKEL:  Sure.
23     THE VIDEOGRAPHER:  The time is 4:28.
24  We are off the record.
25     (A brief recess was held.)

**Page 172**

1     THE VIDEOGRAPHER:  The time is 4:38.
2  We are back on the record.
3     (JONES EXHIBIT 16, December 18, 2018,
4  e-mail between Debra Thelen, Michael
5  Battistoni, Keith Jones, and Others; Bates
6  CIG_RJ00660992, was marked for
7  identification.)
8     MR. MODIANO:  It's an e-mail and the
9  attachment, so I'm just uploading this.
10  And -- it's updated.  I just need to get
11  back to the Exhibit Share.  I'm not sure
12  where it went.  Sorry, my Exhibit Share
13  seems to have disappeared on me.  Here we
14  are.
15     Okay.  I've just introduced Plaintiffs'
16  Exhibit 16.  If you could let me know when
17  you've had a chance to open that and take a
18  look at it, please.
19     MR. HASKEL:  And what I have, Aaron,
20  is -- is a one-page document.  I don't see
21  the attachment.
22     MR. MODIANO:  I was going to put that
23  up as 17 and ask him about it next.
24     MR. HASKEL:  All right.  So just for
25  the record, 16 is 660992?

**Page 173**

1     MR. MODIANO:  Yep.
2  BY MR. MODIANO:
3     Q.  Have you had a chance to look at the
4  e-mail, Mr. Jones.  Oh, sorry.
5     A.  Yep, I have.
6  **Confidential**
(lines 7-25 redacted)

Keith Jones                                    December 15, 2022
RJ, et al. v. Cigna Health and Life Insurance Comp



Page 174

19     (JONES EXHIBIT 17, Spreadsheet; Bates
20     CIG_RJ00660993, was marked for
21     identification.)
22  BY MR. MODIANO:
23     Q.  Okay.  And if you wanted to open
24  Exhibit 17, that's the attachment, the Excel
25  attachment.  It was produced natively, so that's

Page 175

1  why they're two separate exhibits, but that's
2  RJ00660993.
3     A.  All right.  I've pulled up the Excel.
4     Q.  Okay.  So if you could just, you know,
5  sort of take a look through it and its tabs, if you
6  don't mind.  Just, you know, acquaint yourself with
7  the spreadsheet, and then I'll have a couple of
8  questions for you.
9     A.  Excuse me.  Okay.  I've reviewed it.

Veritext Legal Solutions
800.808.4958                                    770.343.9696

Keith Jones
December 15, 2022
RJ, et al. v. Cigna Health and Life Insurance Comp



Veritext Legal Solutions
800.808.4958
770.343.9696

Keith Jones                                      December 15, 2022
RJ, et al. v. Cigna Health and Life Insurance Comp

Page 182

Confidential

Page 183

Confidential

5    MR. MODIANO: Okay. I don't have any
6  more questions, but I thank you for
7  appearing and taking the time.
8    MR. HASKEL: I don't have any.
9  Brittany, anything on your end?
10    MS. ALEXANDER: I don't have any
11  questions. Thank you.
12    MR. MODIANO: All right. Thanks very
13  much. Thank you, Susan. Thank you, Kevin.
14  Can we go off the report.
15    THE VIDEOGRAPHER: The time is five
16  o'clock. This concludes the remote
17  deposition. We are now off the record.
18    (The witness, after having been advised
19  of his right to read and sign this
20  transcript, does not waive that right.)
21    (The deposition was concluded at 5:00
22  p.m.)

Page 184

CERTIFICATE OF REPORTER

3    I, Susan M. Valsecchi, Registered
4  Professional Reporter and Notary Public for
5  the State of South Carolina at Large, do
6  hereby certify that the foregoing transcript
7  is a true, accurate, and complete record.
8    I further certify that I am neither
9  related to nor counsel for any party to the
10  cause pending or interested in the events
11  thereof.
12    Witness my hand, I have hereunto
13  affixed my official seal this 22nd day of
14  December, 2022 at Columbia, Richland County,
15  South Carolina.

_____
Susan M. Valsecchi, RPR, CRR
My Commission expires
December 4, 2024

Page 185

I N D E X

                          Page    Line

KEITH JONES                    4       18
EXAMINATION                    4       20
BY MR. MODIANO
CERTIFICATE OF REPORTER        184     1


E X H I B I T S
                          Page    Line
JONES EXHIBIT 1, November 21,   10    19
2022, Amended Notice of
Deposition
JONES EXHIBIT 2, LinkedIn       16     5
Profile of Keith Jones
JONES EXHIBIT 3, February 22,   42    11
2016, Managing Cost for
Improved Savings Presentation;
Bates CIG_RJ00813735
JONES EXHIBIT 4, February 10,   73    23
2016, e-mails between Keith
Jones, Sarah Morabito, and
Jeffery Thomas; Bates

47 (Pages 182 - 185)

Keith Jones                                          December 15, 2022
RJ, et al. v. Cigna Health and Life Insurance Comp

Page 186

1  CIG_RJ00813761
2  JONES EXHIBIT 5, November 30,    88    14
3  2017, e-mail between Abby
4  Damboise and Keith Jones;
5  Bates CIG_RJ00813792
6  JONES EXHIBIT 6, October 2018    99    4
7  e-mails Between Keith Jones
8  and Debra Thelen; Bates
9  CIG_RJ00817910
10 JONES EXHIBIT 7, May 2018    108    4
11 e-mails between Trisha
12 Rawlings, Taralyn Ball, and
13 Keith Jones; Bates
14 CIG_RJ00024228
15 JONES EXHIBIT 8, March and    127    13
16 April 2021 e-mails between
17 Keith Jones, Teresa Hendewich,
18 and Jo-Ann Lebel, Bates
19 CIG_RJ00824143
20 JONES EXHIBIT 9, ECP NonPar    136    6
21 Variance Analysis: 1Q16
22 Results Spreadsheet,
23 CIG_RJ00813783
24 JONES EXHIBIT 10, Nonpar    142    3
25 Scorecard: Book of Business

Page 187

1  Spreadsheet, Bates
2  CIG_RJ00818794
3  JONES EXHIBIT 11, May 2016    148    3
4  e-mails between Annette
5  Parrotti, Paul McCann, Lisa
6  Fraser, and Others; Bates
7  CIG_RJ00621060
8  JONES EXHIBIT 12, November    153    6
9  2018, e-mails between Keith
10 Jones, Terri Cothron, and Mark
11 Zipadelli; Bates
12 CIG_RJ00845317
13 JONES EXHIBIT 13, March and    160    3
14 April 2016, e-mails between
15 Terri Cothron, Keith Jones,
16 David Cannon, and Others;
17 Bates CIG_RJ00806057
18 JONES EXHIBIT 14, Spreadsheet;    164    17
19 Bates CIG_RJ00825583
20 JONES EXHIBIT 15, April and    167    17
21 June 2021 e-mails between
22 Teresa Hendewich, Debra
23 Thelen, Keith Jones, and
24 Others; Bates CIG_RJ00822377
25 JONES EXHIBIT 16, December 18,    172    3

Page 188

1  2018, e-mail between Debra
2  Thelen, Michael Battistoni,
3  Keith Jones, and Others; Bates
4  CIG_RJ00660992
5  JONES EXHIBIT 17, Spreadsheet;    174    19
6  Bates CIG_RJ00660993
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 189

1  To: Keith Jones
2  Re: Signature of Keith Jones
3  Date Errata due back at our offices: 30 days
4
5  Greetings:
6  The deponent has reserved the right to read and sign.
7  Please have the deponent review the deposition
8  transcript, noting any changes or corrections on the
9  attached Errata.
10 Once the Errata is signed by the deponent and notarized,
11 please mail it to the address below. When the signed
12 Errata is returned to us, we will seal and forward to the
13 hiring attorney for filing with the court.
14 We will also send copies of the Errata to all ordering
15 parties.
16 If the signed Errata is not returned by the date
17 above, the original transcript may be filed with the
18 court without the signature of the deponent.
19
20 Please send completed Errata to:
21 Veritext Production Facility
22 20 Mansell Court, Suite 300
23 Roswell, GA 30076
24 litsup-ga@veritext.com
25 770-343-9696

48 (Pages 186 - 189)

Keith Jones                                    December 15, 2022
RJ, et al. v. Cigna Health and Life Insurance Comp

Page 190

1           ERRATA
2  I, the undersigned, do hereby certify that I have read the
3  transcript of my testimony, and that
4
5  ____There are no changes
6  ____The following changes are noted:
7
   Pursuant to the governing rules of Civil Procedure,
8  any changes in form or substance which you desire
   to make to your testimony shall be entered upon the
9  deposition with a statement of the reasons given for
   making them. To assist you in making any such
10 corrections, please use the form below. If additional
   pages are necessary, please furnish same and attach.
11
12 Page _____ Line _____ Change _____
13 _____
14 Reason for Change _____
15 Page _____ Line _____ Change _____
16 _____
17 Reason for Change _____
18 Page _____ Line _____ Change _____
19 _____
20 Reason for Change _____
21 Page _____ Line _____ Change _____
22 _____
23 Reason for Change _____
24 Page _____ Line _____ Change _____
25 _____

Page 191

1  Reason for Change _____
2  Page _____ Line _____ Change _____
3  _____
4  Reason for Change _____
5  Page _____ Line _____ Change _____
6  _____
7  Reason for Change _____
8  Page _____ Line _____ Change _____
9  _____
10 Reason for Change _____
11 Page _____ Line _____ Change _____
12 _____
13 Reason for Change _____
14 Page _____ Line _____ Change _____
15 _____
16 Reason for Change _____
17 Page _____ Line _____ Change _____
18 _____
19 Reason for Change _____
20
21       _____
         DEPONENT'S SIGNATURE
22 Sworn to and subscribed before me this _____ day of
   _____, _____.
23
   _____
24 NOTARY PUBLIC
25 My commission expires:_____

49 (Pages 190 - 191)

Keith Jones
RJ, et al. v. Cigna Health and Life Insurance Comp
December 15, 2022

[& - 23]

Page 1

| & | | | |
|---|---|---|---|
| **&**  3:12 19:13 19:20 20:5 22:11 90:9 | **12/18/2018** 179:19 | **174**  188:5 | **2018**  90:9 99:4 107:24 108:4 |

**&**

**&**  3:12 19:13
 19:20 20:5
 22:11 90:9

**0**

**0**  150:21
**02255**  1:5
**060**  150:21
**064**  148:25

**1**

**1**  10:16,19 22:8
 57:7,9 103:18
 103:19 166:19
 170:8 185:8,13
**10**  73:23
 141:22 142:3
 185:13,22
 186:24
**10/26/2018**
 103:22
**100**  145:5
**1000**  2:5
**10173**  2:13
**108**  186:10
**10:49**  112:14
**11**  57:3,3 148:3
 148:9,16
 185:18 187:3
**11/30/17**  89:4
**1100**  2:19
**11:08**  42:2
**11:17**  42:5
**12**  44:7 153:6
 153:12 187:8

**12/18/2018**
 179:19
**127**  186:15
**12:18**  73:13
**12:52**  73:16
**13**  160:3,9
 178:15 186:15
 187:13
**136**  186:20
**14**  144:17
 164:17,21
 186:2 187:18
**142**  186:24
**143**  128:2
**144**  130:4
**148**  130:13
 187:3
**15**  1:11 160:12
 167:17,23
 187:20
**153**  187:8
**15th**  3:2 17:1
**16**  172:3,16,25
 179:4 185:16
 187:25
**160**  187:13
**164**  187:18
**167**  187:20
**16a**  165:14,19
**17**  172:23
 174:19,24
 187:18,20
 188:5
**172**  187:25

**174**  188:5
**1775**  2:5
**18**  172:3 185:5
 187:25
**184**  185:8
**19**  180:7,8,10
 185:13 188:5
**19729**  184:20
**1995**  19:7
**1999**  19:7
**1:57**  108:21
**1q16**  136:7
 186:21
**1st**  153:19

**2**

**2**  16:2,4,5 25:9
 78:20 103:18
 116:7 158:10
 170:8,9 185:16
**2-3**  116:22
**20**  147:19
 185:6 189:22
**20006**  2:6
**2002**  18:14
**2005**  22:7
**2012**  22:8
**2014**  30:24
**2016**  42:11,21
 70:15 73:23
 77:18 148:3
 149:3 160:4
 185:19,23
 187:3,14
**2017**  88:14
 90:8 186:3

**2018**  90:9 99:4
 107:24 108:4
 145:22 146:23
 153:6,19 172:3
 173:7,11
 175:15 178:7
 180:14 186:6
 186:10 187:9
 188:1
**2019**  109:10
 110:9 112:14
**202-677-4030**
 2:6
**2021**  127:13
 167:17 186:16
 187:21
**2022**  1:11 3:2
 10:19 17:1
 184:14 185:14
**2024**  184:23
**21**  10:19
 185:13
**212-547-5333**
 2:13
**21st**  112:14
**22**  42:11
 112:15 113:6,9
 113:10 185:18
**225-376-0279**
 2:20
**228**  112:9
**22nd**  42:21
 112:13 184:13
**23**  185:22

Veritext Legal Solutions

Keith Jones
RJ, et al. v. Cigna Health and Life Insurance Comp
December 15, 2022

**[230 - accountant]**                                                          Page 2

| | | | |
|---|---|---|---|
| **230** 110:8 | **400** 2:19 71:23 | **746** 64:4 | aaron.modiano |
| **231** 110:20 | 71:24 | **770-343-9696** | 2:7 |
| **232** 116:24 | **42** 185:18 | 189:25 | **abby** 88:15,25 |
| **238** 120:6 | **4:28** 171:23 | | 89:3,5,24 |
| **240** 121:25 | **4:33** 102:24 | **8** | 97:12 186:3 |
| 122:2 | **4:38** 172:1 | **8** 55:25 127:13 | **ability** 79:5 |
| **26** 43:14 | **4:40** 100:15 | 127:20 148:25 | 163:17 |
| 115:23 116:2 | **4th** 149:3 | 153:12 178:14 | **able** 6:20 10:6 |
| **29** 117:3 | | 186:15 | 10:7 75:15 |
| **2:07** 108:24 | **5** | **806071** 160:11 | 88:22 109:16 |
| | **5** 45:6,9 88:14 | **80th** 58:11,15 | 109:16 111:21 |
| **3** | 88:19 148:25 | 58:18 59:6,14 | 127:22 132:17 |
| **3** 42:8,10,11 | 185:16 186:2 | 59:21 103:2,12 | 137:9 148:12 |
| 57:23 110:7 | **5/5/2016** | 103:14 | 157:12 168:2 |
| 170:9 185:18 | 150:25 | **822390** 167:24 | **absolutely** |
| 186:24 187:3 | **5/9/2016** 151:1 | **88** 186:2 | 113:3 147:21 |
| 187:13,25 | 151:10 | | **accepted** 20:19 |
| **30** 88:14 186:2 | **50** 109:12,20 | **9** | 20:22,25 |
| 189:3 | **50th** 102:25 | **9** 136:6 137:3 | **access** 23:7 |
| **300** 189:22 | 103:11,14 | 186:20 | 32:21 38:19 |
| **30076** 189:23 | **5:20** 1:5 | **90th** 58:11,15 | 40:22 41:1 |
| **340** 2:12 | | 58:18,18 59:6 | 54:9,15,19 |
| **35** 117:9 | **6** | 59:14,21 | 57:22 59:22 |
| **378** 170:6 | **6** 99:4,9,10 | 153:23 | 63:14 79:25 |
| **379** 170:7 | 186:6,20 187:8 | **99** 186:6 | 80:6 81:5,9 |
| **38** 177:23,24 | **660992** 172:25 | | 82:14 101:9 |
| **3:27** 147:23 | **67** 148:17 | **a** | 111:19,21 |
| **3:37** 148:1 | | **a.m.** 1:12 3:3 | 112:2 124:4 |
| | **7** | 112:14 | 174:16 |
| **4** | **7** 108:4 109:3 | **a1** 178:7 | **account** 22:5 |
| **4** 73:21,23 | 186:10 | **a21** 178:24 | 92:20 162:20 |
| 130:7 131:8 | **70802** 2:20 | **aaron** 2:4 3:8 | **accountancy** |
| 167:4,7,9 | **73** 185:22 | 4:24 5:22 | 18:21 |
| 184:23 185:5,6 | **739** 44:23 | 15:18,21 | **accountant** |
| 185:22 186:6 | **742** 55:25 | 114:11 136:16 | 17:7,11 18:23 |
| 186:10 | **745** 57:4 | 138:4 165:1 | |
| | | 172:19 | |

Keith Jones
RJ, et al. v. Cigna Health and Life Insurance Comp
December 15, 2022

[accountant - analyses]                                    Page 3

20:4,5,6,10,13
20:14,16 24:2
**accountants**
19:25 20:7
21:2
**accounting**
19:3,14,15
20:20,23,25
21:4,6 22:7,18
22:20 24:6
25:10,13,14,15
25:17,17,19,20
25:21,25 26:21
27:4 28:19
31:20 34:22
138:18 181:1
181:12 182:22
**accounts** 89:11
90:20 95:16
97:7
**accrued** 92:24
93:4,4
**acct** 137:13
**accurate** 16:18
16:19 19:7,8
117:11,15
184:7
**achieve** 29:14
**achieved** 117:4
143:25
**achieving**
29:18
**acknowledge**
3:21,25

**acquaint** 175:6
**acronym** 20:18
**acronyms**
177:7
**act** 84:15 86:9
**actionable**
38:14
**actual** 12:11
90:25 91:2
139:7 140:23
153:2
**actuals** 141:7
**ad** 41:10 54:1
121:17
**adam** 43:1
**add** 76:2
**added** 76:20
86:2 88:19
117:5 139:2,5
**addition** 31:20
105:8 139:8
**additional** 77:2
86:5 190:10
**address** 100:7
119:3 189:11
**addresses**
99:18
**adequacy** 98:3
**adjunct** 25:9
**adjusted** 116:6
116:8
**adjustment**
68:18 113:11
116:14

**administer** 4:2
**administered**
4:1 18:20
**administrative**
32:25
**admitted** 85:24
**advised** 183:18
**aetna** 120:10
121:2
**affixed** 184:13
**agg.com** 2:7
**aggregated**
28:1
**aggregation**
163:20
**aggregations**
144:1
**ago** 8:8,9 30:12
31:11 74:16
141:17 149:5
**agree** 4:3
**agreed** 6:1
139:12
**agreement**
149:10
**agreements**
35:25 164:2
**ahead** 8:21
104:23 121:24
**aid** 61:12
**al** 1:3,7 2:2
**alerting** 157:14
**alexander** 2:18
3:15,15 5:22
6:8 7:9 183:10

**allow** 38:24
39:3,7,10,14
162:6
**allowable** 33:8
34:17 80:20
113:11 116:6
123:19 126:7
127:2 132:17
135:24 136:1
154:9
**allowables**
60:10,16 150:8
**allowed** 13:4
61:9 123:10,13
128:10,19,21
129:1,11,13,19
**alphanumerics**
100:1,4
**alternative**
53:6 54:2
**ambulatory**
169:23
**amended** 10:20
10:23 11:7
185:14
**amount** 29:21
36:9 67:11,22
97:15 123:10
123:13,14,20
139:16,16
**amounts** 36:13
**analyses** 12:23
83:6,10 84:13
98:10 106:5,5
106:20 135:6

Keith Jones
RJ, et al. v. Cigna Health and Life Insurance Comp

December 15, 2022

[analysis - area]

Page 4

| | | | |
|---|---|---|---|
| **analysis** 13:23 27:6,15 31:20 37:13 38:23,25 39:3,8,11 49:5 51:16,21 52:1 52:7,12,20 53:1,17,24 54:11 59:4,11 60:10,16,21,24 61:10,20 62:5 62:16,20,24 70:2 72:5 74:21,22,24,25 76:7,23,25 77:2 78:15,25 82:24 83:2 84:18,23 86:6 86:9,15 87:2,4 87:22 93:1 94:22 95:1 96:7 97:6 98:9 98:16 99:1 106:12,23 115:12,13,17 120:16,18 122:17,19,22 122:24 123:23 125:20 126:16 129:20,25 130:7,10 132:1 132:5,10,14,14 133:5,6,12,16 133:19,24 134:11,19 135:11,13 | 136:7 137:17 137:19 140:13 140:19,20 141:3,5,6,8,13 141:16 150:15 150:16 152:24 164:1,9 167:8 171:8,10 176:12,16 186:21 **analyst** 31:3 132:11 134:13 **analysts** 135:10 **analytics** 16:20 30:15 31:17 37:21,22 **analyze** 39:15 163:23 **analyzed** 86:2 126:12 140:21 140:25 **analyzing** 182:10 **ann** 99:23 100:16,19 101:11 102:24 127:15 130:6 130:23 131:9 186:18 **ann's** 130:12 **annette** 148:4 148:23 150:20 151:7 162:2 163:9 187:4 | **annette's** 163:5 **annual** 21:15 **annually** 18:3 **answer** 5:16,16 6:17 7:13,13 14:22 18:1 22:2 36:1 47:23 53:15 55:13 75:13 76:15 94:15 98:23 101:21 142:24 144:24 146:17 **answered** 6:20 114:10 119:25 129:17 158:20 159:3 **anthem** 120:11 121:3 **anybody** 5:7 9:16 15:12 **apart** 106:7 **apc** 169:8,8,18 169:23 **appear** 107:1 117:17 137:11 142:8 **appearances** 2:1 **appearing** 1:10 1:16 2:4,12,18 7:7 11:6 183:7 **applicable** 6:5 117:5 | **application** 26:15,17,18 51:13 62:14 105:10,23 **applies** 5:7 **apply** 104:12 135:3 **applying** 118:2 133:8 **appreciate** 10:17 31:5 68:22 136:4 154:6 179:4 **approach** 75:22,24,25 169:9 **appropriate** 29:21 109:23 **approval** 131:10 139:25 **approximately** 8:9 14:18 16:25 20:11 30:12 65:10 **april** 22:7 127:13 160:3 167:17 186:16 187:14,20 **archived** 63:22 **area** 24:6 28:8 28:19 31:19 37:21 44:6 47:24 57:12 100:2 111:13 |

**areas** 21:6
**arguing** 12:14
**arnall** 2:3 3:8
  4:25
**arrangement**
  45:14
**arrived** 71:19
**asked** 5:15 6:24
  52:20 54:14
  60:20 61:20
  98:24 114:9
  119:25 129:16
  154:9 158:20
  159:3 169:11
  175:17 182:3
**asking** 43:2
  53:15 54:19
  69:24 70:1
  84:8 87:10,12
  87:16,20 88:11
  92:4 95:21
  100:16,21,24
  114:3 119:19
  129:8 151:25
  152:4 165:16
**asks** 7:13
  130:14
**aso** 34:15 35:2
  35:19,25 65:13
  90:15 162:19
**asset** 21:15
  128:17
**assigned** 99:20
**assignments**
  21:14

**assist** 190:9
**assisting** 134:9
**associated** 69:4
**assume** 7:1
**assuming**
  135:21 157:3
**attach** 190:10
**attached**
  113:21 136:18
  138:6 141:23
  142:20 164:23
  189:9
**attachment**
  109:9 136:20
  172:9,21
  173:17 174:24
  174:25
**attempt** 157:9
**attempts** 146:5
**attendee** 149:3
**attorney** 7:12
  11:18 12:8
  27:11 189:13
**attorneys** 2:2,8
  2:16 3:20 14:4
  45:3
**attributable**
  92:16
**attribute**
  113:20
**attributes**
  41:13,15 85:8
  85:12,16,17
  86:1,6,13,19

**audit** 20:17
**audits** 19:22
**author** 46:25
  111:1,7 118:21
  136:24 142:1
  164:24 165:3,5
  165:8
**authored**
  166:17
**authors** 42:22
  43:22 111:3
**automatically**
  66:22
**available** 45:25
  46:17,18 47:1
  63:8,21
**avenue** 2:5,12
**average** 69:7
  69:10 143:24
  163:21
**averages** 117:8
**aware** 15:10
  37:6 48:1,3,4,5
  48:6,7,9,14
  49:18 67:13
  125:12,13
  140:11 160:21
  161:7 164:4

**b**
**b** 185:11
**b2** 142:17
**b7nc** 99:23
  100:14
**bachelor** 19:2

**bachelor's**
  18:19 19:3
**back** 34:18,20
  35:17 42:6
  63:12,16 65:1
  69:7 73:17,18
  107:16 108:25
  110:2 115:7
  136:15 148:2
  149:22 150:18
  157:18 158:13
  172:2,11
  178:13 179:4
  189:3
**background**
  149:8,20 150:4
**balance** 32:22
  34:10 35:10,15
  46:13 47:15
  55:5 64:24
  70:22 122:4,7
  122:11,18,19
  122:21,25
  123:3,11,24
  124:1,6,18
  125:3,7,16,21
  125:25 126:4,9
  127:3 136:2
  150:10 154:10
**ball** 108:5
  186:12
**bank** 162:19
**based** 13:11
  26:3,10 30:24
  49:15 63:3

Keith Jones
RJ, et al. v. Cigna Health and Life Insurance Comp
December 15, 2022

**[based - bottom]** Page 6

| | | | |
|---|---|---|---|
| 70:1 89:24 116:5,9 | **bcbs** 120:11 121:3 | **beneficiary** 25:18 | **billing** 32:22 46:13 47:16 |
| **basically** 12:1 102:4,13,17 116:15 147:9 168:21 | **bear** 46:10 **beat** 43:8 **beats** 71:5 **becoming** 104:18 | **benefit** 26:25 47:14 52:14 104:12 153:23 | 64:24 70:23 122:4,7,11,18 122:19,21,25 123:4,11 |
| **basis** 88:7 90:1 90:2 94:21 107:23 118:12 119:5,9 147:3 | **beg** 156:24 **began** 25:14 84:5 | **benefits** 34:15 97:7,14 131:21 **best** 118:10,11 **better** 62:4 | 124:18 125:16 125:21,25 126:4 127:3 136:2 150:11 154:10 |
| **bates** 42:13 44:23 45:4 55:25 73:25 88:16 99:5 108:6 110:8 112:9 116:24 120:6 121:25 127:15 136:14 141:21 142:4 148:5,25 150:21 153:8 160:5,10,10 164:17,22 167:19 170:5,7 172:5 174:19 185:21,25 186:5,8,13,18 187:1,6,11,17 187:19,24 188:3,6 | **beginning** 5:7 5:14 83:19 130:14 158:21 **begins** 44:7 **behalf** 3:13,16 **behavioral** 60:25 61:1,8 61:11,25 84:18 84:24 146:12 146:15,18 **believe** 4:24 10:9 11:3 32:13 38:4 57:3 60:9 62:25 79:18 117:10,14 132:5 133:15 134:1 141:24 165:14 181:17 182:11 | **beyond** 155:23 171:8 **big** 85:2,25 **bigger** 86:19 87:1 **bill** 35:15 55:5 56:18 102:20 103:8 105:8 107:23 122:11 124:1,7 151:8 **billed** 33:8,13 34:8,10,17 35:2,4,5 46:12 49:19,22 50:1 50:6,19,20,24 51:4,12,21 52:11,19,21,24 53:12 54:2,5,9 54:15,20 59:12 59:19,25 60:11 60:16 61:9 80:19 105:9,22 107:10 122:12 123:9 125:7 126:7,10 156:14 | **bills** 35:10 98:3 113:16 114:14 123:24 125:3 **binders** 24:19 **bit** 22:17 43:16 114:4 120:5 156:18 166:5 **blue** 150:19 156:21 **board** 18:20 **bob** 142:12,15 **bolded** 117:2 **book** 22:22 142:4,15,16 144:10 145:17 145:19 147:3 186:25 **books** 26:21 29:20 181:2,12 **bottom** 19:1 56:8 99:14 100:14 112:13 122:3 153:17 158:9 168:25 |
| **baton** 2:20 **battistoni** 172:5 180:17 188:2 | **benchmark** 60:4 **benchmarks** 60:2 | | |

Keith Jones
RJ, et al. v. Cigna Health and Life Insurance Comp
December 15, 2022

[bottom - category]                                                      Page 7

170:5,7,9
**box** 143:17,20
  146:22
**boxes** 23:9
**brandy** 180:20
**break** 5:8,8,12
  5:17 10:11
  41:22 73:8
  108:11,17
  147:20 182:1,4
**brief** 19:19
  42:4 73:15
  108:23 147:25
  171:25
**bring** 15:15
  46:10 108:3
  160:1 167:25
**bringing** 15:16
  85:8
**brittany** 2:18
  3:15 183:9
**brittany.alexa...**
  2:21
**broader** 22:6
  61:13 66:11
  157:13
**broadly** 110:14
  110:17
**brought** 128:10
  129:19
**bucket** 56:21
**building** 76:7
  100:3 135:1
**buildup** 140:14

**bullet** 25:9 37:9
  41:13 57:10,13
  57:16 58:13
  64:6 97:6
**bunch** 53:14
  108:16
**business** 16:20
  22:23 28:25
  29:1,3 30:15
  31:17,19 85:9
  94:20 95:17,19
  95:23 96:2
  125:11 142:4
  142:15,17
  144:11 145:17
  145:19 147:3
  168:15 186:25
**businesses**
  25:18

**c**

**c** 27:2 166:19
**calculate** 66:7
  68:13
**calculated** 36:9
  39:18,22 67:10
  68:14 79:20
  123:8
**calculates**
  36:23 51:3
  66:10 79:16
**calculating**
  116:9
**calculation**
  36:14 66:23

**calculations**
  66:18,22,25
  67:5 68:19
**caleb** 2:23
**california** 1:2
**call** 31:11
  130:6
**called** 9:7 31:2
  36:23 37:4
  62:8 75:10
**calling** 20:14
**calls** 35:23 39:6
  40:25 47:8
  55:12 65:24
  68:4 69:22,23
  69:24 79:4
  81:19 86:22
  88:2 98:13,22
  117:21 123:16
  133:17 159:23
**cannon** 160:5
  187:16
**capital** 27:25
  28:6 29:14,16
  29:18
**capitals** 37:11
**capture** 102:5
  102:14,17
  115:24 116:3
  135:23,23
  143:23 146:25
  147:1
**captured** 55:19
  55:23 102:19
  155:21

**capturing**
  104:9
**carolina** 184:5
  184:15
**carroll** 38:10
  92:2 182:16,21
**carrying** 29:21
**case** 1:5 8:14
  8:18,19,24 9:1
  15:1 48:19
  53:6,7 55:14
  69:13 72:22
  75:6 85:18
  86:8 90:1,1,2,2
  90:3,5,8,10,13
  90:25 91:4
  92:3 104:11
  118:12,12
  119:4,4,9,9,10
  119:11,12,12
  119:14,14
  132:12 140:22
  150:5 160:21
  161:8 175:15
**cases** 110:24
**cash** 27:19,20
  28:3,7,24
  29:23,24 33:20
  33:25 52:5
  126:14 164:3
**categories**
  80:14 145:22
  146:8
**category**
  145:25 146:13

Keith Jones
RJ, et al. v. Cigna Health and Life Insurance Comp

December 15, 2022

[category - cites]

Page 8

146:19

cause 55:4
184:10

cc 150:21
180:12

ccosillos 2:14

ccw 128:10,12

cell 137:15
178:2,7,24

census 96:13

certain 21:4
44:13 135:2
150:5 177:21
178:11,19

certainly 70:8
169:1

certificate
184:1 185:8

certified 17:7,9
17:10 18:22

certify 184:6,8
190:2

chain 148:11

challenging
157:12

chance 16:15
74:6 99:12
165:25 166:4
172:17 173:3

change 16:23
17:4 25:7
30:11 31:7,15
67:21 68:2
71:14,14
126:18,22

127:8 128:4
190:12,14,15
190:17,18,20
190:21,23,24
191:1,2,4,5,7,8
191:10,11,13
191:14,16,17
191:19

changed 17:3
30:17 67:10,11
138:22

changes 52:13
67:25 118:3
134:15 189:8
190:5,6,8

character
178:16

characterize
85:21

characterizing
116:4

characters
99:18

charge 33:8,13
34:9,17 35:3,4
49:19,23 50:6
50:19,21,24
51:4,12,17,21
52:11,19,21,24
53:12 54:2,5
54:10,15,20
74:24 105:9,22
115:24 116:2
117:6 122:13

charged 116:10

charges 35:19
46:12 50:1
57:11 59:13,19
59:25 60:11,16
61:9 75:4
80:19 116:18
123:9 126:7
147:3 156:14

chelsea 2:11
3:12 14:5

chief 25:17

chip 38:11

choice 170:2

choices 52:14
118:5

choose 32:10

cig 42:13 73:25
88:16 99:6
108:6 127:16
136:8,15
141:21 142:5
148:5,16,17
153:8,12 160:6
160:11 164:18
164:22 167:20
167:24 172:6
174:20 185:21
186:1,5,9,14,19
186:23 187:2,7
187:12,17,19
187:24 188:4,6

cigna 1:6 2:9
3:13 8:5,19
15:8 22:6,10

22:15,18,20
27:5 28:2 29:1
29:25 30:6,8
30:11 31:13
32:8,20,25
33:2,6,24 34:4
34:10,18,20
35:18,19 36:2
36:9,15,16,20
36:22 39:1
45:14 47:4,11
47:19 48:15,17
48:19,21,23
60:1 62:21
63:4,7,12 65:2
65:11 67:23
68:1,9 72:15
77:23,25 78:5
78:14,22 80:23
89:13,14 92:7
100:3 111:19
117:2,8 118:8
118:14 120:16
120:19 124:14
125:2,7 128:14
139:12 163:17
180:15

cigna's 6:4 28:5
31:21 32:3,7
33:20 35:20
50:12 117:5
124:10 126:13
164:2

cites 130:13

**city** 2:19
**civil** 190:7
**claim** 33:9,14
  33:15 37:4
  38:22 39:11,15
  39:18,23,25
  40:3,4,6,8,8,10
  40:14 44:12,15
  44:16 48:18
  55:18 56:1,1
  58:17 61:8
  62:3,10,18
  63:4 67:8,16
  68:7 74:24
  75:4 79:7,20
  79:25 80:25
  82:11,14,17,17
  82:20,21,25,25
  83:3,20,23,24
  83:25 84:3,4
  84:14 85:6,7
  85:19,22,23,23
  94:3,6,8,9,10
  94:11,12,16
  101:18 105:13
  105:22 106:13
  106:14,25
  107:4 113:20
  116:12,12
  117:22 119:22
  123:10,17,19
  125:8,10 126:7
  127:7,7 128:15
  128:16,18
  130:14 132:20

  135:21,22
  137:21 139:7
  147:5 149:10
  153:21 158:4,7
  166:25 167:2
  170:13,19
**claimant**
  163:19
**claimants**
  163:20
**claims** 8:6
  38:19 44:14,14
  45:24 46:16
  48:18 50:12
  52:3 53:3,8
  56:21 57:25
  58:25 59:11,19
  59:20 60:1,11
  60:25 61:2
  62:10,21 63:7
  63:12 64:11,22
  83:19,21 84:7
  84:16,19,24
  85:3 97:16,25
  98:1 101:8,13
  101:25 102:19
  104:9 107:11
  112:16 113:7,9
  113:16 114:3
  114:12,13,14
  114:14 115:1
  115:13,18,22
  116:5,8,14,18
  124:19 125:16
  126:2 128:14

  131:17,23
  132:16 135:19
  146:12,19
  147:13 154:11
  154:12,17,24
  155:3,11,21
  157:4,10
  163:20 169:4
**clarification**
  100:25 101:11
  105:20
**clarify** 165:9,12
**clarity** 114:4
**class** 23:17,20
**classification**
  169:24
**clear** 11:19
  47:21 94:12
  104:18 105:7
**clearly** 6:19
  145:8
**click** 136:15
**clicking** 15:23
**client** 27:11
  41:7 49:16
  52:13 55:2
  58:14 64:10,21
  72:8,20 76:11
  76:12,20,21
  77:4,14,14
  90:6,10,13,15
  90:20 92:8
  96:14 115:6
  117:22 118:5
  118:10 119:6

  119:11,22
  131:20 139:13
  147:6,9,12
  150:4 151:24
  152:3 154:12
  157:11 158:4,7
  161:9,11
  177:25 181:9
**client's** 72:24
  120:2 151:24
  153:1,2
**clients** 20:1
  49:19 65:10,13
  65:17 66:8,12
  66:14,19 76:12
  90:16 95:5,6
  114:23 115:8
  119:3 127:4
  152:9,18
  163:17
**clm** 74:21,22
**close** 26:14,16
  26:18,21 28:20
  57:19 171:19
**closed** 70:10
**closing** 26:21
  181:2
**code** 60:17,21
  61:2,11,16
  62:4,11 77:6,6
  77:9,9 79:8
  80:2 81:6,10
  83:25 84:1
  96:5,6,15,16
  100:4 135:21

Keith Jones
RJ, et al. v. Cigna Health and Life Insurance Comp
December 15, 2022

[codes - contain]                                                          Page 10

codes  40:7 81:1
  84:7,7 130:7
  130:14 131:9
  131:13 133:1,3
collaborate
  24:8
collateral  56:5
collaterals
  46:23
colleague  125:6
colleague's
  125:10
collector  21:23
college  19:2,9
  19:10 20:8
columbia
  184:14
column  64:5
  130:16,17,21
  139:15 140:24
  140:24 166:19
  177:8,24,25
  178:14
columns
  146:22
come  20:4
  50:12,13,13
  80:10,11 97:4
  121:3 127:7
  130:18 139:24
comes  36:7
  50:15 70:19
  120:10 121:2
  141:7 169:6

comfortable
  160:15
comfortably
  109:17
coming  31:12
  121:15,18
  167:12 169:15
commission
  184:23 191:25
communicate
  152:23
communicated
  61:22
communication
  121:14,17
company  1:6
  2:9 28:10 34:1
  89:17 128:17
  164:5
compare  53:2
compared
  59:13 60:1
  120:19 131:14
compares
  159:10,15
comparing
  54:2 59:18
  120:16
comparison
  53:5 60:5
competitive
  120:8 121:6,10
  121:14,18
competitiven...
  120:18

compilation
  49:25 146:3
compiles  51:3
  159:6
complete
  165:13 184:7
completed
  189:20
complex  44:12
complication
  133:20
component
  21:8,10 122:20
  122:21
compound
  106:16
comprised
  21:18
computer  9:12
  10:4 12:1
conceptual
  134:12
concern  119:3
  120:2 129:24
concerns  119:6
  149:8
concierge  2:23
concluded
  28:20 183:21
concludes
  183:16
conclusion
  35:24 55:12
  98:14,22

conditions  7:17
  7:22
conduct  30:14
  123:23
confidential
  83:17
configuration
  53:4
confirm  59:7
confirmation
  150:24
confirmed
  123:24
congratulations
  74:20
connecticut
  17:11,23 18:8
  18:12 20:2
  21:22
connection
  17:4
consider  11:23
  20:24 97:5
consist  75:1
consisted  19:20
consolidate
  27:18
consolidating
  29:4
constituent
  27:25
constituents
  27:19
contain  78:23
  138:21

Case 5:20-cv-02255-EJD    Document 224-32    Filed 02/09/24    Page 61 of 103
Keith Jones
December 15, 2022
RJ, et al. v. Cigna Health and Life Insurance Comp

[contained - couple]                                                    Page 11

**contained** 80:5
80:15 166:11
**containment**
32:21 44:4,6
44:12,19 45:22
46:2,3,7 47:19
47:20 48:1
55:20,24 64:12
64:23 70:21
71:3,4 75:5
85:20 89:19,23
89:25 92:14,16
95:4 97:16,17
97:21 109:10
110:9 119:4
121:7 126:3
132:16 135:23
139:13 141:1,2
150:9 152:7
174:11 179:2
181:2,9 182:23
**content** 16:13
174:9
**contents**
166:12
**context** 13:5,7
13:10,14 92:1
124:20 138:8
142:23 149:6
151:6 154:5
156:11 165:17
166:23
**continuation**
129:21

**continue** 37:2
77:25
**continues** 70:7
78:5 117:7
170:7
**continuing**
17:16,19 95:8
161:17 162:17
**contract**
149:10
**contractual**
45:13
**contrast** 53:2
**contributed**
110:23,25
**control** 140:16
181:11
**convention**
2:19
**conversation**
121:22
**conversations**
11:17 27:9
176:6
**conversion**
168:8
**convey** 38:14
**copied** 150:20
162:2,25 163:1
168:25 173:8
173:21 174:1,5
174:15
**copies** 189:14
**copper** 58:8

**copy** 16:9
**corner** 45:5
**corp** 30:11
**corporate**
87:18
**corporation**
28:2,5
**correct** 17:7,8
42:23 79:21
89:1,2 161:9
161:11 164:10
164:11
**corrections**
189:8 190:10
**correctly** 79:21
100:18 104:5
116:12 155:9
**corresponded**
15:8 129:23
**corroborate**
176:14
**cosillos** 2:11
3:13
**cost** 32:20
42:12,17 44:4
44:6,12,18
45:22 46:1,3,6
47:13,18,20,25
55:20,23 64:12
64:22 70:20,22
71:3,4 75:5
85:20 89:19,22
89:25 92:14,16
95:4 97:16,17
97:21 109:10

110:9 119:4
121:7 126:3
128:8 132:16
135:22 139:13
140:25 141:1
150:8 152:6
174:11 179:2
181:2,9 182:23
185:19
**costs** 41:6
62:14 92:7,7
107:22
**cothron** 153:7
153:18 160:4
160:20 175:21
180:19 187:10
187:15
**cough** 110:1
**coughing**
108:10
**counsel** 1:14
2:1 3:4 6:5
11:13 14:19
15:4,9,13
184:9
**count** 116:14
**counting**
116:18
**counts** 96:15
**county** 184:14
**couple** 26:9
30:12 43:17
74:9 127:24
175:7 182:1

Keith Jones
RJ, et al. v. Cigna Health and Life Insurance Comp
December 15, 2022

[course - debra]                                                    Page 12

| | | | |
|---|---|---|---|
| **course** 17:19 | 132:13,18 | **cv** 1:5 | 170:14,19,20 |
| 24:5 61:19 | 134:14 | **d** | 170:24 174:16 |
| 68:6 70:5 | **crosswalk** 62:9 | | 176:21,25 |
| 140:17 176:15 | 62:12,13 | **d** 185:1 | 181:1 182:11 |
| **courses** 17:16 | 130:16,17,21 | **damboise** | 182:20 |
| 17:19 | 131:5,24 | 88:15,25 186:4 | **database** 60:3 |
| **court** 1:1 3:18 | 133:24 | **dash** 25:9 37:9 | 60:3 |
| 3:20 4:10,17 | **crosswalking** | **data** 28:14 | **dataset** 57:18 |
| 6:14 8:15 26:5 | 62:7,7 131:10 | 40:13,15,22 | 59:2 101:25 |
| 26:11,25 33:11 | **crr** 1:15 184:22 | 41:2 48:5 50:6 | 133:4 |
| 33:15,17 137:1 | **curious** 21:17 | 50:12,15,19,21 | **datasets** 38:14 |
| 137:4,6 189:13 | 99:16,24,25 | 50:25 51:12,17 | 38:15,18,21,24 |
| 189:18,22 | 100:9 | 51:21,25 52:7 | 39:2,7,14 |
| **courtroom** 9:8 | **current** 16:18 | 52:11,19 53:7 | 40:12,15,18 |
| **cov** 74:21,22 | 17:13,14,17,24 | 53:11,12 54:1 | **date** 1:11 3:1 |
| **cover** 55:17 | 18:3 74:21 | 54:5,6,10,15,20 | 20:12 107:24 |
| 61:24 97:24 | 95:16 141:4,6 | 57:20 58:19 | 189:3,16 |
| 147:2 | **currently** 53:5 | 59:5,6,21 | **dated** 42:21 |
| **covered** 74:23 | 118:9,15 | 62:18,19,20,21 | **dates** 30:24 |
| 75:4 159:4 | 161:18 | 63:4,7,12,14,20 | **david** 160:5 |
| **covid** 83:11,19 | **curve** 135:4 | 76:6,7,17 | 187:16 |
| 83:21,25 84:3 | **custodian** | 79:24 80:6 | **day** 35:13,13 |
| 84:4,7 85:18 | 136:24 142:1 | 81:6,9,10,14,25 | 102:13 104:8 |
| 85:22 86:14,15 | 165:6 | 82:3,13 84:14 | 130:1,2,2 |
| 87:4 | **customary** | 85:3 91:5,7 | 181:16 184:13 |
| **cpa** 16:10 17:6 | 155:18,24 | 102:21 105:9 | 191:22 |
| 18:7,11,13,16 | 156:4,14 | 107:18 120:16 | **days** 87:6 |
| 18:18,24 21:11 | **customer** | 123:2 124:5,9 | 129:23 189:3 |
| **cpt** 60:17 | 122:12 | 124:13 128:17 | **dc** 2:6 |
| **created** 101:10 | **customers** | 133:7,20 | **deb** 169:1 |
| 139:17 | 30:20 41:15 | 134:10 135:4,6 | 170:13 176:24 |
| **creating** 135:7 | 52:2,8 95:12 | 139:2,4,6 | 179:16 181:8 |
| **criteria** 157:9 | **cut** 73:7 | 141:7 146:4 | **debra** 99:5 |
| **cross** 61:21 | **cuts** 76:3 | 158:15,22 | 103:20 167:18 |
| 62:3,3,4 | | 159:1,6,10,12 | 172:4 173:18 |
| | | 159:15 169:2 | |

Keith Jones
December 15, 2022
RJ, et al. v. Cigna Health and Life Insurance Comp

[debra - discussed]                                    Page 13

| | | | |
|---|---|---|---|
| 175:16,21 | delegated | description | 122:12 123:8 |
| 176:1,2,3 | 168:21 | 37:14 80:14 | 126:6 140:23 |
| 186:8 187:22 | deliver 28:24 | descriptions | differences |
| 188:1 | department | 23:8 | 120:10 121:2 |
| december 1:11 | 24:2,12 25:6 | designed 26:19 | different 28:1 |
| 3:2 172:3 | 37:14,17,18 | 35:14 179:9 | 32:9 41:14 |
| 180:14 184:14 | 111:2,7 162:10 | desire 190:8 | 53:4 61:24 |
| 184:23 187:25 | 164:1 | desk 23:21 | 76:3,6 103:8 |
| decision 72:1 | departments | detail 62:23 | 114:19 117:25 |
| deck 42:17 64:4 | 27:23 30:18 | detailed 169:2 | 118:1 130:13 |
| decline 64:5,15 | 180:14 | details 13:13 | 131:21 134:2 |
| 64:17 68:25 | depiction 56:9 | 86:25 149:4 | 135:5 143:23 |
| 69:5 | deponent 189:6 | determined | 175:19 |
| decrease 67:15 | 189:7,10,18 | 71:9,20 106:2 | digital 37:21 |
| 67:19,22 | deponent's | 130:25 139:17 | direct 25:4 |
| decreased | 191:21 | 146:1 | 37:23 38:1,6 |
| 67:11 | deposed 8:1 | develop 41:5 | directly 64:13 |
| default 58:16 | 21:24 | 83:18 | 92:15 |
| 118:2 | deposition 1:9 | developed | director 16:20 |
| defendant 2:8 | 3:4,21,23,24 | 41:11 77:2 | 30:15 31:17 |
| 2:16 | 5:6,9 7:12 9:13 | 89:24 95:3 | 180:18 |
| defendants 1:8 | 10:20,23 11:4 | developing | dis 150:25 |
| define 47:22 | 11:8,10,12,15 | 88:6 | 151:9 |
| 122:24 | 11:21 14:4,20 | deviate 118:8 | disagree 12:13 |
| defined 57:18 | 15:1,5,9,11,13 | 118:15 | disappeared |
| 146:1 | 158:21 183:17 | device 9:14 | 172:13 |
| defining 123:1 | 183:21 185:15 | devices 9:10 | discount 47:4 |
| definitely 75:9 | 189:7 190:9 | diagnosis 84:7 | 47:10,12 162:5 |
| definition | depositions 6:2 | diagnostic | discounts 45:25 |
| 45:11 84:4 | 9:4,6 | 44:13 | 46:11,17,19 |
| 114:4 | describe 96:11 | dictionary 82:1 | 47:1 143:25 |
| definitions 84:6 | described | 82:4 | discrete 26:20 |
| degree 18:19 | 84:23 97:19 | difference | discussed 53:12 |
| 19:3 | 107:5 114:2,3 | 30:13 35:6 | 54:22 60:3 |
| | 155:9 182:9 | 69:14 103:13 | 82:18 106:20 |

Keith Jones
December 15, 2022
RJ, et al. v. Cigna Health and Life Insurance Comp

[discussed - education]                                              Page 14

106:24 117:24
138:2 149:7
150:3 151:17
**discussing** 8:22
40:13 45:15
57:8 74:13
105:5 182:19
**discussion** 27:9
120:3 135:9
143:20,22
149:6
**discussions**
61:13,18 69:17
151:16 175:23
**disparate** 146:6
**displace** 132:15
**disseminated**
144:11
**dissemination**
111:25
**dist** 137:13
**distinguish**
115:13 170:1
**distribute** 95:8
**district** 1:1,2
**dividend** 28:4
**division** 1:1
**divisions** 28:1
**document** 11:1
11:23 13:11
43:3,7 45:4,6
109:18 110:8,8
110:11,13,18
110:22 112:4
112:10 121:5

136:17,24
137:9,10
142:22 143:5
165:13,16
172:20
**documents**
11:20,21 12:4
12:5,11,17,21
12:23 14:1
136:21
**doing** 15:18
98:20 122:23
148:14 157:15
182:10
**dollars** 116:8
116:10,13
**dot** 149:21
**drawn** 176:19
**drive** 70:21
97:20
**driver** 69:17
**drivers** 75:6
97:19
**driving** 145:22
**drop** 104:13
**drove** 69:20
**drug** 29:10
**due** 189:3
**duly** 4:19
**dunbar** 2:17
3:16
**duties** 19:21
66:7

**e**

**e** 11:25 12:22
27:2 38:4,4
73:24 74:8,10
74:11,19 75:23
88:15,21,24
89:9 90:13
92:14 99:4,18
103:16,20
104:7 105:3,21
107:24 108:4
109:7 112:8,12
112:19,22
127:14 129:5
129:14 130:5
130:22 136:18
138:5 141:24
142:21 148:3
148:10,11,20
148:23 149:2
150:19 153:7
153:17,18
154:7,21
156:19,19,20
158:3,8,12
159:16 160:4
160:19 162:1,4
162:24 164:24
165:4 167:18
168:24 170:5,6
170:12,18
172:4,8 173:4
173:9 179:6,19
180:13 185:1
185:11,23

186:3,7,11,16
187:4,9,14,21
188:1
**earlier** 45:19
54:24 56:12
79:19 82:18
104:19 106:20
138:2 181:16
**earnings** 27:16
27:18 28:10
29:8 31:21
33:24 34:4
64:5,15,17
68:24 69:4,10
69:15,17,17
75:6 76:23
77:23 78:1,2,6
78:15 89:25
91:4 95:4
126:13 140:8
141:2 143:14
143:16,20
164:3 182:23
**ease** 10:8
**easier** 45:7
**eason** 38:11
**east** 177:17
**eastern** 3:3
**ecp** 136:6
137:16,19,21
186:20
**edits** 44:13
**education**
17:16,18,19
19:1

800.808.4958                                              770.343.9696

Keith Jones
RJ, et al. v. Cigna Health and Life Insurance Comp
December 15, 2022

[effect - excuse]    Page 15

effect 70:9
  164:2,3
efficiency
  29:15,17,18
effort 87:1,21
efforts 85:1
eight 31:5 46:8
either 9:3 29:23
  45:3 54:14
  56:7,24 58:15
  98:8 176:3
ejd 1:5
elaborate 44:2
  61:15 64:17
  83:13,16
  105:15
elect 49:16,20
  55:2,15 64:10
  72:12,21
  114:25 115:1,6
elected 69:9,11
  72:9,24 114:23
  144:22 145:2
  153:23
electing 114:24
  151:24
election 76:12
  76:21 77:14
elections 58:11
  147:6,9,12
electronic 23:7
  24:16,19
elects 58:15
  131:20

element 33:20
elements 76:6
  139:2,4,6
eliminated
  182:15
else's 125:14
embezzled
  21:23
emergency 8:6
  98:2 113:16
  114:13
emerging 41:5
  83:11
emery 2:10
  3:12
employee 96:14
employees
  96:13
enable 38:22
  62:14
encapsulates
  149:20
encouragement
  75:17
encouraging
  75:18 76:5
ends 55:25
  116:24
enhanced
  113:9,12,14,15
  113:19,22
  114:3,5,8,12
  115:1,18
ensure 36:17
  71:4

enter 96:14
entered 190:8
enterprise
  118:9,16
entirely 37:5
  115:2
entities 27:17
  29:4,5,7
entity 25:25
equals 86:19
errata 189:3,9
  189:10,12,14
  189:16,20
  190:1
ers 48:6 151:11
essentially
  101:12 155:21
estimate 128:5
  128:6 130:15
et 1:3,7 2:2
ethics 18:23
  21:8,10
evaluate
  153:21
events 74:12
  184:10
eventually
  182:15
evernorth
  16:21,22 30:1
  30:6,8,10,11
  31:4,7,12
  37:10,19 38:13
  89:13 180:15

evidence
  124:18 183:3
evolving 84:5
exact 20:12
exactly 20:15
  44:24 46:24
  65:21 75:25
  79:10 87:19
  141:12
exam 18:20,24
examination
  4:20 185:6
example 83:11
  99:21 114:13
  114:15 135:1
examples 98:6
excel 89:24
  136:13 141:20
  141:22 142:8
  164:21 173:13
  174:24 175:3
exception
  16:19
exchange
  104:19
exclude 97:7
exclusively
  44:15 151:7
excuse 17:22
  21:16 37:20
  45:22 50:3
  52:12 61:23
  101:7 111:5
  141:1 152:16
  157:16 161:14

Keith Jones
December 15, 2022
RJ, et al. v. Cigna Health and Life Insurance Comp

[excuse - fees]                                                    Page 16

175:9
**exhibit** 10:15
  10:16,18,19
  15:17 16:2,4,5
  19:1 41:19,21
  42:8,10,11
  73:1,6,20,21,23
  88:13,14,19
  99:3,4,9,10
  108:3,4,9,14
  109:3 127:11
  127:13,20
  136:5,6,11
  137:1 140:23
  141:22 142:3
  147:17 148:3,9
  148:16 153:5,6
  153:12 160:2,3
  164:17 167:17
  167:23 172:3
  172:11,12,16
  174:19,24
  179:4 185:13
  185:16,18,22
  186:2,6,10,15
  186:20,24
  187:3,8,13,18
  187:20,25
  188:5
**exhibit's** 10:25
**exhibits** 10:2,8
  10:8 11:14
  73:7 175:1
**existence** 31:12

**existent** 146:7
**existing** 90:7
**exists** 82:1,5,9
**expand** 125:5
**expect** 28:3
**expectation**
  159:20,24
**expectations**
  36:18
**expected** 27:18
**expecting**
  100:12
**expense** 28:12
  28:12 91:14,20
  91:24,25 92:3
  92:5,10,13
  93:12,19,23
**expenses** 92:24
  93:3,18
**experience**
  18:22 30:1,8
  37:10 62:10
  86:24
**expert** 69:25
  100:12
**expires** 184:23
  191:25
**explain** 55:9
  97:13 105:2
  129:6 154:5
**expose** 35:9
**exposed** 35:5
  126:6
**exposure** 64:24
  163:18

**expound**
  112:23
**expressing**
  145:9,11
**extent** 12:8
  35:23 49:4
  55:11,16 69:23
  70:13 80:4
  86:13 98:13
  138:6,7 142:21
  158:20
**external** 137:21

**f**

**face** 60:11
**facet** 37:4
  181:16
**facets** 37:3
  166:24 167:1
  181:15
**facility** 54:9
  56:20 58:17
  59:11,12,25
  101:1,10,12,16
  101:18,19,24
  104:9 154:25
  155:11 157:4
  189:21
**fact** 35:1 40:6
  116:7,9 143:20
**failing** 135:25
**fair** 47:3 50:20
  51:7,11,17,25
  52:7,10,18
  53:7,25 54:5
  57:20 59:1,5

59:20 60:3
  86:18 92:21
  97:2 101:10,17
  104:10 155:1,5
  155:8 158:5,8
  158:15 159:1,5
  159:9,11,15,17
**fairly** 133:4
  135:13,16
**falling** 147:4
**familiar** 48:25
  49:3 110:11,13
  163:10,12
**familiarize**
  43:15 166:5
**family** 8:7
  165:15,18
**far** 63:11 98:11
**fashion** 144:12
**favis** 38:11
**february** 42:11
  42:21 73:23
  185:18,22
**federal** 8:14
**fee** 18:4 79:14
  80:22 117:8,8
  139:8,10,11
  161:9,11
  173:19 174:18
  174:18 175:23
  182:9
**feel** 160:15
**fees** 38:25 68:8
  92:15 93:21
  94:3 97:17,21

Keith Jones
RJ, et al. v. Cigna Health and Life Insurance Comp
December 15, 2022

**[fees - form]**                                                   Page 17

106:7 107:4,22
117:4,5,19,23
118:1 127:3,4
139:13 150:9
150:10 154:10
174:10 175:14
181:9
**fell** 153:23
**field** 129:19
165:8
**fields** 22:14
38:21 80:5,14
85:13
**fifth** 44:17
**figure** 73:11
151:12
**figuring** 74:20
**file** 12:1 96:6
96:16 136:13
155:3 157:17
**filed** 189:17
**filing** 189:13
**fill** 138:17
**filling** 25:7
61:13,17
**finance** 31:21
44:4 75:16
89:7,10,15
95:16 125:15
138:18
**financial** 21:7
27:6,15 28:20
31:19 37:12
53:2 98:25
164:9

**financials**
126:14
**find** 24:17 58:2
81:17
**fine** 16:17
109:21
**fingertips**
144:5
**firm** 19:14,15
25:25
**first** 4:19 18:11
18:13 20:7
22:5 30:2 64:6
74:11,18 81:21
93:4 97:5
99:15 109:7
112:9 116:12
127:24 128:2,3
137:13,15
142:12 145:23
148:22 149:19
150:18 156:19
158:8,12 161:6
162:3 168:25
173:14 175:10
**fiscal** 145:21
146:23
**fit** 118:10
**five** 38:7 65:10
65:19,21 66:8
171:18 183:15
**fix** 179:9,11,15
180:4
**fixed** 21:15

**fixing** 180:1
**flow** 27:19,20
28:3,7,24
29:23,24 33:20
33:25 52:5
56:1 126:14
164:3
**focus** 157:10
**focuses** 60:10
**follow** 100:22
**following** 190:6
**follows** 4:19
**font** 156:21
**foregoing**
184:6
**forgive** 144:25
**forgo** 65:1
**forgot** 175:18
**forgotten** 12:24
**form** 13:2,9,15
13:21 14:13,21
16:24 17:25
23:5 24:22
28:17 30:9
31:6 32:5 33:4
33:21 34:5,24
35:11,22 36:11
39:5,12,19
40:16,24 45:17
46:4,20 47:7
48:2,16 49:2
49:13 50:8,16
51:1,9,18 52:9
52:17 53:13
54:7,16,25

56:4,15 57:14
58:5,20 59:3
59:16 60:6,18
61:5 63:2,9,23
64:19 65:7,24
66:15 67:2,12
68:3,15 69:6
69:21 70:4,16
71:11,21 72:4
72:16 74:14
75:2,12 76:14
77:7,15 78:3
78:12,21 79:3
79:13,22 80:7
80:16 81:3,12
82:12,19 83:1
83:7 84:20
85:4 86:3,10
86:21 87:8
88:1 90:11,17
91:8,17 92:11
92:22 93:6,13
93:25 94:14
95:14,24 96:22
97:22 98:12,21
100:23 101:4
101:22 102:6
104:16 105:17
106:9,16 107:2
107:15,25
110:16 111:10
111:23 112:24
113:23 114:9
115:3,16
116:16 117:12

Veritext Legal Solutions
800.808.4958                                                 770.343.9696

Keith Jones
December 15, 2022
RJ, et al. v. Cigna Health and Life Insurance Comp

**[form - general]**

Page 18

| | | | |
|---|---|---|---|
| 117:20 118:18 | **formal** 23:17 | 120:21 122:9 | **front** 9:11 |
| 118:25 119:15 | **forms** 23:7 | 123:16 124:3 | **full** 165:18 |
| 119:24 120:20 | **forth** 149:22 | 128:24 129:17 | 169:8,18 |
| 121:12,20 | **forward** 120:5 | 132:23 133:15 | **fun** 15:24 |
| 122:8 123:5,15 | 189:12 | 139:22 140:6 | **function** 25:20 |
| 124:2,11,22 | **foundation** | 141:10 144:9 | 25:22 31:15 |
| 125:18 126:15 | 18:1 33:5,22 | 146:16 151:5 | **functionally** |
| 128:23 129:7 | 34:6,25 35:12 | 154:19 156:2 | 30:13 |
| 131:1,16 132:4 | 35:23 36:12 | 157:25 159:3 | **functions** 22:22 |
| 132:22 133:14 | 39:6,13,20 | 159:23 160:25 | 25:16 181:22 |
| 133:25 134:20 | 40:17,25 46:5 | 161:13 162:13 | **funds** 21:23 |
| 137:24 138:15 | 46:21 47:8 | 162:23 163:3 | **funnel** 56:8,14 |
| 138:23 139:21 | 50:17 51:19 | 168:10,19 | 64:12 104:13 |
| 140:5 141:9 | 54:17 57:15 | 169:13 170:22 | 105:7 131:18 |
| 143:9,18 146:2 | 58:21 59:17 | 173:16 174:7 | 135:23 154:14 |
| 146:14 147:11 | 60:7,19 61:6 | 176:23 177:12 | **funny** 21:25 |
| 149:13 150:1 | 63:10,24 64:20 | 177:20 179:14 | **furnish** 190:10 |
| 151:4,18 152:2 | 65:8 67:3 68:4 | 180:2 | **further** 3:25 |
| 152:8,19,22 | 68:16 69:22 | **foundations** | 4:3 63:15 |
| 154:18 155:6 | 70:4 72:17 | 143:2 | 184:8 |
| 156:1,10 | 77:16 78:4,13 | **four** 18:19 | **fuzzy** 166:15 |
| 157:24 158:19 | 79:4,23 80:8 | 99:18,24 | |
| 159:2,13,22 | 80:17 81:4,13 | 130:13 166:7 | **g** |
| 160:24 161:12 | 83:8 84:21 | **fp&a** 37:10,11 | **g** 27:2 |
| 161:21 162:12 | 85:5 86:4,11 | 37:12 | **ga** 189:23,24 |
| 162:22 163:3 | 86:22 87:9 | **framework** | **gaap** 20:18,21 |
| 166:14 168:9 | 88:2 90:18 | 21:1 | 22:21 |
| 168:18 169:12 | 91:9,18 92:12 | **fraser** 148:5 | **gain** 135:19 |
| 169:21 170:21 | 93:14 94:1 | 187:6 | 179:7 |
| 171:4 173:15 | 95:25 96:23 | **fraud** 21:14,17 | **gaining** 131:10 |
| 173:25 174:8 | 102:7 105:18 | 21:20 | **gap** 61:13,17 |
| 176:4,22 | 107:3 111:11 | **frequency** | **gapfill** 130:7,9 |
| 177:19 178:3 | 115:4 117:13 | 24:24 | 130:10 |
| 179:14 181:23 | 117:21 118:19 | **frequently** | **gather** 30:23 |
| 183:1 190:8,10 | 119:1,16,25 | 126:17 174:2 | **general** 13:4,7 |
| | | | 35:14 41:10 |

Case 5:20-cv-02255-EJD    Document 224-32    Filed 02/09/24    Page 69 of 103
Keith Jones
December 15, 2022
RJ, et al. v. Cigna Health and Life Insurance Comp

[general - half]                                                           Page 19

85:22 92:19
156:25
**generally**  20:19
  20:22,25 28:12
  37:16 46:9
  57:19 80:18
  86:20 119:3
**generate**  28:9
  29:23 32:24
  33:24,25 34:4
  34:8 71:6
  126:3
**generated**  69:9
  122:17 137:22
  137:25 139:19
  143:8,10
  173:24
**generating**
  97:17 133:9
**generic**  100:8
**genpact**  26:24
**geographic**
  57:12
**geography**  41:6
**getting**  27:12
  27:13 34:16
  35:5 83:14,16
  97:16 102:5,13
  102:17,19
**give**  13:19
  19:19 20:7
  27:13 57:12
  58:12 80:13
  83:10 88:20
  89:20 99:11,21

101:20 104:14
109:8 136:14
165:12 169:10
**given**  20:10
  38:20 62:25
  84:6 124:6
  132:18 133:18
  139:14 157:9
  165:2 175:14
  190:9
**gives**  45:11
**giving**  38:8
  54:23
**global**  25:6
  26:2,7,19,23
**glover**  180:19
**go**  5:4 22:10
  24:17 42:1
  44:17 55:24
  57:2 73:10
  103:15,16
  104:23 107:16
  108:19 109:20
  112:8,9 115:7
  116:22,23
  120:5,6 121:24
  125:9 131:17
  141:19 150:18
  156:18 161:25
  167:4,6 170:4
  171:18,20
  177:2,3,9
  179:4 183:14
**goal**  46:17

**god**  4:15
**goes**  141:8
  176:20
**going**  7:1,1
  8:20,21 10:3
  11:16 27:8
  30:6 41:18,20
  41:22 43:2
  44:19 50:10
  73:3 99:2
  108:8,9,14,16
  127:10,12
  136:4 137:12
  146:21 147:15
  147:16,18
  157:11 160:13
  162:1 164:16
  167:16 172:22
**golden**  2:3 3:9
  4:25
**good**  4:23 5:3
  41:18,21 73:2
  73:8 108:11,12
  110:5 147:19
**gotten**  55:18,19
  135:22
**govern**  21:2,5
**governing**
  190:7
**grantham**
  19:10
**granular**  40:15
  133:4
**granularity**
  86:25 107:18

**great**  23:22
  122:3
**greater**  86:12
**greetings**  189:5
**gregory**  2:3 3:9
  4:25
**ground**  5:4
  9:21
**group**  121:11
  130:20 164:1,9
  169:19 175:19
  176:12 179:25
**groups**  25:15
  59:20
**grow**  84:5
**guess**  34:20
  55:9,24 77:20
  87:18 92:4
  105:12 119:19
  145:3 148:22
  158:13 161:1
  161:23 170:10
**guessed**  38:5
**guessing**
  167:12
**guice**  2:23
**guidance**  19:24
  134:12
**guided**  134:2
**guiding**  134:8

**h**

**h**  130:7,14
  131:8 185:11
**half**  88:8
  112:13

Keith Jones
RJ, et al. v. Cigna Health and Life Insurance Comp
December 15, 2022

**[hand - health]**                                                                 Page 20

| | | | |
|---|---|---|---|
| **hand**  4:13 45:5 | 50:16 51:1,9 | 106:16 107:2 | 159:2,13,22 |
| 184:12 | 51:18 52:9,17 | 107:15,25 | 160:24 161:12 |
| **handful**  14:11 | 53:13,18 54:7 | 108:13,17 | 161:21 162:12 |
| **handle**  21:3 | 54:16,25 55:11 | 109:14,22 | 162:22 163:3 |
| 109:18 | 56:4,15 57:14 | 110:16 111:10 | 165:1,11,22 |
| **handles**  68:18 | 58:5,20 59:3 | 111:23 112:24 | 166:14 168:9 |
| **handling**  171:9 | 59:16 60:6,18 | 113:23 114:9 | 168:18 169:12 |
| **handoffs** | 61:5 63:2,9,23 | 115:3,16 | 169:21 170:21 |
| 157:20 | 64:19 65:7,24 | 116:16 117:12 | 171:4,22 |
| **happen**  117:23 | 66:15 67:2,12 | 117:20 118:18 | 172:19,24 |
| 148:14 | 68:3,15 69:6 | 118:25 119:15 | 173:15,25 |
| **happens**  98:17 | 69:21 70:4,16 | 119:24 120:20 | 174:7 175:25 |
| **happy**  5:10,11 | 71:11,21 72:4 | 121:12,20 | 176:4,22 |
| 6:25 10:12 | 72:16 73:4 | 122:8 123:5,15 | 177:12,19 |
| 41:25 118:10 | 74:14 75:2,12 | 124:2,11,22 | 178:3 179:13 |
| 147:21 165:10 | 76:14 77:7,15 | 125:18 126:15 | 180:2 181:23 |
| **hard**  103:25 | 78:3,12,21 | 128:23 129:7 | 183:1,8 |
| **harrisburg** | 79:3,13,22 | 129:16 131:1 | **hca**  149:8 |
| 19:11 | 80:7,16 81:3 | 131:16 132:4 | 150:5,17 151:6 |
| **haskel**  2:11 | 81:12,19 82:12 | 132:22 133:14 | 151:15,17,20 |
| 3:11,11 12:7 | 82:19 83:1,7 | 133:25 134:20 | 152:11,15 |
| 13:2,9,15,21 | 84:20 85:4 | 136:16 137:24 | **hcfa**  168:7 |
| 14:13,21 15:18 | 86:3,10,21 | 138:3,15,23 | **hcpc**  60:17 |
| 16:24 17:25 | 87:8,17,24 | 139:21 140:5 | **he'll**  109:23 |
| 23:5 24:22 | 88:1 90:11,17 | 141:9 142:18 | **head**  6:15 |
| 28:17 30:9 | 91:8,17 92:11 | 143:1,9,18 | 65:18 |
| 31:6 32:5 33:4 | 92:22 93:6,13 | 144:9 146:2,14 | **headed**  64:5 |
| 33:21 34:5,24 | 93:25 94:14 | 146:16 147:11 | **header**  158:7 |
| 35:11,22 36:11 | 95:14,24 96:22 | 147:18 148:14 | **heading**  22:6 |
| 39:5,12,19 | 97:22 98:12,21 | 149:13 150:1 | 166:20 |
| 40:16,24 41:20 | 100:23 101:4 | 151:4,18 152:2 | **health**  1:6 2:9 |
| 43:1,11 44:22 | 101:22 102:6 | 152:8,19,22 | 7:21 32:25 |
| 45:17 46:4,20 | 103:23,25 | 154:18 155:6 | 34:15 50:20 |
| 47:7 48:2,16 | 104:2,16 | 156:1,10 | 51:7,17,25 |
| 49:2,13 50:8 | 105:17 106:9 | 157:24 158:19 | 52:7,11,18 |

53:7,25 54:5
55:4 57:20
59:1,5,20 60:3
60:25 61:2,8
61:11 84:19,24
101:10,17
104:10 122:14
146:12,18
155:1,5,8
158:5,8,15
159:1,6,10,11
159:15,17
**health's**  51:11
**healthcare**
22:14 27:17
45:12
**hear**  7:11 26:6
45:2
**heard**  4:24
101:9
**hearing**  4:10
**held**  42:4 73:15
108:23 147:25
171:25
**help**  4:15 28:2
52:12 56:6
70:21 89:25
96:16
**hendewich**
38:11 66:2
127:15 167:18
182:17 186:17
187:22
**hendrickson**
43:23 44:5

**hereunto**
184:12
**hhhh**  99:23
**hi**  162:5 169:1
170:13
**hierarchy**
45:23 56:1,7
56:14 70:6
126:18,22
143:24 144:1
**high**  29:21 33:6
34:3,7 44:10
53:3 77:3
85:19,21 89:25
132:11 134:6
135:13,16,18
140:14,15,16
146:8 147:4
149:14,19
163:16
**higher**  80:13
163:21
**highlighting**
136:1
**hiring**  189:13
**history**  128:18
130:15 135:19
**hits**  162:19
**hmo**  22:22 24:5
28:19,25 29:3
29:5,7
**hoc**  41:10 54:2
121:17
**holt**  2:18

**hospital**  45:12
85:24
**hour**  41:23
73:2 108:10
147:19
**hours**  14:11
87:6 88:3
**house**  26:20
29:9
**housed**  90:25
128:18
**huh**  43:20
166:8 177:5
**huhs**  6:16
**hypothetical**
47:9 68:5
86:23

**i**

**identification**
10:21 16:6
42:14 74:1
88:17 99:7
108:7 127:17
136:9 142:6
148:6 153:9
160:7 164:19
167:21 172:7
174:21
**identified**
136:23 141:25
178:24
**identifier**  82:11
**identify**  3:5
25:14 83:24
84:2,7

**ids**  82:25 83:3
**ii**  2:19
**imagine**  104:5
**immediately**
169:7
**impact**  62:12
125:19,20,25
126:1,13,21
127:2,2,3
130:15 132:12
151:24 152:24
154:10,10
161:18
**impacting**
146:23
**impacts**  53:2
**implementati...**
21:15 26:14
**improper**  69:25
**improved**
42:12,17
185:20
**incessant**  15:23
**include**  29:1
40:13 78:18
106:23 114:25
171:2
**included**  19:23
21:20 29:2
62:11 135:17
146:13
**includes**  82:11
108:15
**including**  21:14
131:19

Keith Jones
RJ, et al. v. Cigna Health and Life Insurance Comp
December 15, 2022

[income - jeffery]                                                    Page 22

income  28:9,11
incomplete
  68:4 142:22
incorrectly
  155:9
increase  64:23
incremental
  70:22
incur  163:20
incurred  93:3
  93:21,24 94:3
independently
  6:6
index  2:25
india  26:3,10
individual  8:6
  29:5 35:25
  59:19 60:17
  66:9 117:22
  123:17 136:17
  163:19 173:18
individuals
  25:15 111:7
  151:15 180:12
inflow  33:25
informal  23:17
information
  28:14,15 29:7
  29:9 49:5 52:3
  81:1 83:20,21
  83:23,24 84:1
  120:16,25
  123:23 138:21
  146:6,7 157:18
  176:15,19

inherited
  137:20 147:13
  155:20 156:5
initial  113:11
  130:12
initially  67:9
  88:6 115:19
insight  83:10
insights  38:14
installing
  130:15 132:13
instance  119:17
  119:17,21
  125:12
instances  13:4
  151:22 152:16
instructed  5:16
insurance  1:6
  2:9 22:14
  163:18
intelligence
  121:6,10,14,18
intention
  167:13
intentional
  98:1
intentions
  110:19
interact  151:19
interacted
  151:14
interaction
  72:6
interest  28:9

interested
  184:10
interesting
  22:2
interface  164:7
internal  23:14
  27:19 30:20
  41:15 48:19
  52:8 95:12
  100:6 110:18
  155:19 165:20
internally  58:4
  150:3
interrupt  5:23
  6:9 23:13
  174:14
intervening
  12:24
introduce  4:25
  15:25 160:2
  164:16 167:16
introduced
  99:9 127:19
  136:11 141:21
  148:9 153:11
  160:9 164:20
  167:23 172:15
invest  28:8
investigation
  21:14,18,20
investment
  28:8
investments
  28:5

involve  8:10
  122:18
involved  8:12
  8:23 28:7 29:4
  60:25 75:3
  87:6 88:4
  134:9 135:3
  168:14,16
involvement
  87:11
involving  62:7
ip  100:7
ipr  9:2,3 48:7
  56:12,13,16,24
  78:19,23 79:1
  150:24 151:8
  151:25,25
  152:4 177:14
isight  48:5
issue  10:10
  104:6 149:12
  149:15 181:9
issues  149:6
item  139:8
items  54:3 97:4

j

january  77:18
jaysun  2:23
jeff  180:20,23
  180:24 181:7
  181:10,17
  182:5
jeffery  73:25
  185:25

Veritext Legal Solutions

Keith Jones
December 15, 2022
RJ, et al. v. Cigna Health and Life Insurance Comp

**[jo - know]**                                                                 Page 23

**jo** 99:23 100:16
  100:19 101:11
  102:24 127:15
  130:6,12,23
  131:9 186:18
**job** 23:6,15,18
  31:17 135:11
  158:17
**joining** 155:20
**jones** 1:9 3:4
  4:12,18,23
  6:12 10:19
  16:5,6,10 42:9
  42:11 43:4
  45:2 53:15
  73:19,23,24
  88:14,16 99:4
  99:5,22 100:14
  104:5 108:4,6
  109:3,14
  127:13,14
  133:15 136:6
  136:23 141:24
  142:3 143:4
  148:3 153:6,7
  160:3,5 162:23
  164:17,24
  165:24 167:17
  167:19 172:3,5
  173:4 174:19
  185:5,13,16,17
  185:18,22,24
  186:2,4,6,7,10
  186:13,15,17
  186:20,24

  187:3,8,10,13
  187:15,18,20
  187:23,25
  188:3,5 189:1
  189:2
**july** 18:13
**jumping** 8:21
**june** 167:17
  187:21
**junior** 19:25
  20:3,14
**jurisdiction**
  18:8

### k

**karen** 38:1
**keep** 17:17,24
  18:2 73:3
**keeps** 63:12
**keith** 1:9 3:4
  4:18 15:19
  16:6,10 73:24
  88:15 99:5,22
  100:14 108:6
  127:14 153:7
  160:4 167:19
  172:5 185:5,17
  185:23 186:4,7
  186:13,17
  187:9,15,23
  188:3 189:1,2
**kept** 63:8
**kevin** 183:13
**key** 120:10
  121:2 144:3,3

**kim** 43:23 44:5
**kind** 5:5 40:14
  43:14 98:10
  100:6
**kinds** 77:3
**knew** 99:19
  171:13
**know** 5:5,10,11
  5:13,24 6:16
  6:17,25 8:13
  8:15,16,21 9:8
  10:3,3,5,12
  11:18,24,25
  15:22 16:2
  19:18 20:11,17
  20:23 24:11,11
  24:13,15,16,20
  27:1,20 28:10
  29:13 30:3,6,7
  31:12 34:4,22
  35:20 36:9,20
  38:16 39:17,17
  39:21,24 40:11
  40:12 42:8
  44:13 46:2,19
  47:18 49:4
  50:5,14,18
  51:2,7 52:2,3
  53:24 54:1,13
  56:12,23 57:5
  57:24 58:19,22
  59:1 60:2,5
  61:16 62:3,6
  62:17,21 63:11
  63:13 66:11,12

  66:21,21,22
  67:8,19 68:12
  69:13,14 71:8
  73:20 74:3,5
  74:20 78:11
  79:11 81:8,10
  81:14,25 82:3
  82:5,7,8,9,10
  82:16 83:15
  84:17 85:18
  86:17 87:13,14
  88:22 89:4,8
  89:12 90:22
  91:6,6,10 92:9
  93:22 95:22,23
  96:8,10,18,18
  97:10,12,19
  99:12,24
  100:18 103:21
  105:3 106:11
  107:8,13,21,22
  107:22,23
  109:3,13,16
  111:2,8,17,19
  111:20,22,24
  117:7 118:20
  119:21 120:17
  121:9,25
  122:17 123:24
  123:25 124:9
  124:12,19
  126:9 127:21
  128:25 130:20
  131:6,22 132:9
  132:19 133:11

Keith Jones
December 15, 2022
RJ, et al. v. Cigna Health and Life Insurance Comp

**[know - likewise]**                                                                Page 24

133:19 135:5
137:8 139:20
140:3,7,17
141:16,23
142:2 143:15
144:18 145:7
145:24 147:8
148:12 149:7
150:21 151:16
151:25 152:25
158:4,6 159:5
159:11,14
161:2,4,14
162:14,18
163:4,25 164:3
164:6,23
165:10,24
166:6,16,17
167:25 168:1,7
169:14,25
170:19,23
171:5,8,12,13
172:16 174:4
174:17 175:4,6
176:18,19,19
176:21,24
177:13,17
178:4,20,22,25
179:15,24
180:8,10,14
183:2
**knowledge**
8:25 24:9 35:9
50:5,24 56:24
57:1 63:6 64:9

66:25 67:4,18
67:20 69:19
71:18 72:11,14
72:18 76:25
78:1 82:7
87:10 97:18
107:21 111:15
111:18 114:20
120:25 124:17
125:2 130:24
131:12 146:11
152:14,17,21
159:8,9
**knows**  70:3
87:21

**l**

**l**  38:4,4
**la**  2:20
**label**  137:16
**labeled**  145:25
177:25
**lacks**  92:11
**laid**  110:19
**landscape**
120:8
**language**  98:8
98:15,25
113:15 137:20
147:13
**laptop**  9:23
**large**  38:13,15
38:18 124:21
184:5
**largely**  19:23
30:20 38:22

40:18 44:15
60:10 63:14
180:25
**larger**  47:4,5
47:11,12,13,14
156:22 157:6
**largest**  179:7
**laura**  162:5
**lead**  19:22
31:18 44:4
75:16 89:10
95:16
**leading**  14:15
**leads**  165:14
**learn**  102:12
**leave**  5:17
**lebel**  99:23
100:16,17,17
100:19,20
102:24 127:15
186:18
**lebel's**  130:19
**led**  64:22
120:25
**ledger**  92:20
**left**  77:1
**legal**  27:8,10,17
29:3,5,7 30:4
35:24 55:12
98:13,22
**length**  12:22
**level**  23:1,21
29:21 33:6
34:3,7 38:22
39:11,15,18,23

39:23 40:3,3,4
40:4,5,8,13,14
40:19,21 41:2
44:10 53:3
57:23,24 58:3
60:22 61:2
75:5 77:3
78:23 79:1,7,8
80:1,2,13 85:7
85:19,22 90:1
90:3,8,25 91:4
92:3 94:22
95:1 96:17,21
97:6 132:11,20
132:20 133:6
133:19 134:6
135:13,16,18
139:1 140:14
140:15,16
145:20 146:8
147:4 149:14
149:19 163:16
170:13,19
180:25 181:4,6
**leverage**  45:23
**liabilities**  29:22
**liability**  92:20
**licensed**  18:22
**lieu**  3:25 6:6
**life**  1:6 2:9
**lift**  85:2,7,25
86:19
**likewise**  24:7
36:3

Case 5:20-cv-02255-EJD    Document 224-32    Filed 02/09/24    Page 75 of 103

Keith Jones
RJ, et al. v. Cigna Health and Life Insurance Comp

December 15, 2022

[limit - mail]

Page 25

**limit** 55:4,10,16
104:12 153:24
163:18
**limited** 144:4
**limits** 55:8
**line** 5:25 36:18
39:23 40:3,4,5
40:13,19,21
41:2 79:7
100:21 115:21
132:20 139:8
150:21 163:5
169:14 173:10
185:3,12
190:12,15,18
190:21,24
191:2,5,8,11,14
191:17
**linear** 135:3
**lines** 29:1,2
40:8 59:12,13
180:12
**link** 82:25
83:20 85:3
**linkage** 85:6
**linked** 82:21
84:10,14
**linkedin** 16:5,9
16:12,14
185:16
**links** 83:3
**liquidity** 28:9
**lisa** 148:4 187:5
**listed** 30:24
145:23

**literally** 34:21
123:1
**litsup** 189:24
**little** 21:25
29:19 43:16,16
62:23 100:8
114:4,8 135:14
143:19 145:8
166:5,15
**liz** 38:10 92:2
141:12 182:16
182:21
**llp** 2:3,10,17
3:12 19:14
**loaded** 16:1
**loads** 88:20
**location** 1:13
20:1
**locations** 100:2
**long** 8:8 14:9
73:11 74:16
108:13
**look** 16:11,12
43:6 57:5 61:3
76:5,11,16,20
77:3,8,13,25
78:5 98:8
105:11 109:6
123:2,6,7
126:20 127:1
127:21 148:11
148:13 150:8,9
150:10,11
153:13 156:22
157:7 160:13

165:25 168:1
172:18 173:3
175:5 179:10
**looked** 13:11
59:12,25 60:15
61:1,7 70:2
77:5 178:12
**looking** 20:12
52:2,3 75:3
80:10 93:2
123:3 131:6
166:2,10
170:11 173:9
178:14
**looks** 16:13,17
42:16,22 78:14
88:24 99:15
100:15 103:20
106:6 137:15
144:16 153:17
153:19 167:5
**looped** 160:23
**loss** 162:19
163:9,12 164:2
164:5,9
**lost** 89:16
170:10
**lot** 41:10 99:17
100:10 150:16
**loushin** 2:23
**lower** 34:17
35:3 45:5
62:13 68:8,9,9
97:20

**lowering** 70:19
**lunch** 73:5,8

**m**

**m** 1:15 184:3
184:22
**madison** 2:12
**mail** 11:25 74:8
74:10,11,19
75:23 88:15,21
88:24 89:9
90:13 92:14
99:18 100:5
103:16,20
104:7 105:3,21
107:24 112:12
112:19,22
129:5,14 130:5
130:22 136:18
138:5 141:24
142:21 148:10
148:11,20,23
149:2 150:19
153:17,18
154:21 156:19
156:19,20
158:3,8,12
159:16 160:19
162:1,4,24
164:24 165:4
168:24 170:5,6
170:12,18
172:4,8 173:4
173:9 179:6,19
180:13 186:3
188:1 189:11

Keith Jones
RJ, et al. v. Cigna Health and Life Insurance Comp
December 15, 2022

[mails - mechanical]                                                    Page 26

| | | | |
|---|---|---|---|
| **mails** 12:22 | **mansell** 189:22 | **matters** 12:18 | 156:8 176:1 |
| 73:24 99:4 | **manual** 66:23 | 12:20 | **means** 22:25 |
| 108:4 109:7 | 157:15 | **maximize** | 29:19 32:6 |
| 112:8 127:14 | **manuals** 23:14 | 45:25 46:16,18 | 38:18 40:7,9 |
| 148:3 153:7 | 24:11,12 25:2 | 46:25 | 57:13 63:16 |
| 154:7 160:4 | **map** 96:16 | **mccann** 148:4 | 64:10,10 74:23 |
| 167:18 185:23 | **mapped** 131:15 | 187:5 | 82:8 91:16 |
| 186:7,11,16 | 131:15 | **mcdermott** | 92:6 103:5 |
| 187:4,9,14,21 | **mapping** 96:6 | 2:10 3:11 | 105:3,6,16 |
| **main** 95:22 | 96:16,20 | **mean** 5:23 | 112:18 113:8 |
| **maintain** 17:19 | **march** 127:13 | 23:13 30:3 | 118:24 119:2 |
| 111:8 | 160:3 186:15 | 31:24,25 32:2 | 128:8 129:1,13 |
| **maintains** | 187:13 | 34:13,20,21,23 | 144:21 154:4 |
| 111:3 128:17 | **mark** 153:8,18 | 35:18 44:9 | 155:25 156:13 |
| **making** 29:19 | 187:10 | 46:9 49:23,25 | 178:18 180:10 |
| 105:19 190:9,9 | **marked** 10:16 | 51:24 52:25 | **meant** 25:12 |
| **man** 87:6 | 10:20 16:6 | 53:1 55:9 | 26:16 29:16 |
| **manage** 44:10 | 42:14 73:21 | 57:17 61:16 | 30:13 31:15 |
| 66:16 71:15 | 74:1 88:16 | 71:1 74:15 | 32:18 38:16 |
| 164:5 | 99:6 108:7 | 77:22 80:18 | 40:4 46:3,25 |
| **managed** 22:21 | 127:16 136:8 | 85:14,17 90:3 | 64:8 74:22 |
| 24:7,7 48:22 | 142:5 148:6,9 | 90:5 92:10 | 76:1 102:16,19 |
| 50:11 152:16 | 153:9 160:6 | 94:8,12,13,16 | 104:15,17 |
| **management** | 164:18 167:20 | 101:3 111:20 | 116:1 118:21 |
| 162:6,9 | 172:6 174:20 | 113:5,13 | 119:12,14 |
| **manager** 22:7 | **marker** 60:4 | 119:11 124:20 | 130:9,10 131:5 |
| 22:18,20 24:8 | **marketable** | 126:1,2 134:21 | 143:16 151:3 |
| 27:5,5,14 66:6 | 32:23 | 134:24 135:15 | 154:2,3 155:5 |
| **managing** | **match** 96:6 | 140:19 144:19 | 157:5 162:8,15 |
| 19:23 42:12,17 | **matching** 21:21 | 145:5 149:19 | 178:10 |
| 185:19 | **math** 118:3 | 151:3 160:19 | **measure** |
| **manipulate** | **matter** 5:2 8:4 | 160:22 168:20 | 125:21 |
| 38:13 | 8:5 21:25 30:5 | 174:13 181:5 | **meat** 5:6 |
| **manner** 4:8 | 149:25 | **meaning** 94:8 | **mechanical** |
| 93:5 107:12 | | 119:21 134:13 | 133:6 |

| | | | |
|---|---|---|---|
| **mechanics** 35:20 84:10 | 145:15,16,17 145:18,19 150:12 | **millions** 38:20 **mind** 27:1 29:13 31:1 | **modiano** 2:4 3:8,8 4:21,24 6:7,10,11 |

mechanics 35:20 84:10
medical 7:21 41:6 47:13 62:14 70:22 94:9 118:11 128:8
medicare 49:15 49:17 55:3,16 61:12,17,23 71:23,24,25 131:8,8
medication 7:16
meet 5:2 14:3 62:8 135:24
meeting 14:6,8 14:10,12,14 149:2,5
meetings 14:10
meets 71:4
member 25:10 34:10 35:4,15 47:14 55:6 65:20 69:10,15 81:22 88:5 95:4 113:17 114:15 123:25 124:6 125:6 126:6 180:24
members 32:22 35:9 46:12 64:25 71:7 125:2 134:3 144:22 145:12

145:15,16,17 145:18,19 150:12
membership 145:10,10,12
memory 80:10
mental 84:18
mention 121:21
mentioned 7:9 11:10 24:10 27:8 32:12 41:13 51:6 54:4,24 56:11 86:9 152:16
messiah 19:2,9 19:10
met 14:5,19
metadata 136:25 141:25 164:25 165:7
method 111:25
methodology 169:8,18,19
metrics 110:25 126:19,24 144:3
michael 172:4 180:17 188:2
mid 157:2
middle 117:1 146:22 162:1,4 179:6
migration 68:25 69:3

millions 38:20
mind 27:1 29:13 31:1 38:2,8 43:17 44:19 54:23 70:19 167:12 169:7 175:6
mine 24:6
minute 43:18 57:5
minutes 149:3 171:18
misleading 165:2
mispronounce 104:4
misunderstood 104:18
model 62:12 134:15,16 135:2,7,20 150:2,7 154:9 163:22
modeled 126:12 132:12 132:18 133:2 151:23
modeling 132:19 133:8 133:21 134:18 134:22,25 135:7,9,25 149:22,25 152:10,14

modiano 2:4 3:8,8 4:21,24 6:7,10,11 10:14,22 12:13 12:16 13:6,12 13:17 14:2,17 14:24 15:15,24 16:7 17:2 18:5 23:10 24:25 26:12 28:21 30:16 31:9 32:11 33:10,18 34:2,12 35:7 35:16 36:6,19 39:9,16 40:1 40:20 41:3,17 41:24 42:7,15 43:8,12 44:24 45:1,20 46:14 47:2,17 48:13 48:24 49:6,21 50:9,22 51:5 51:14,22 52:15 52:23 53:9,16 53:21 54:12,21 55:7,21 56:10 56:22 58:1,9 58:24 59:9,23 60:13,23 61:14 63:5,18 64:2 65:3,12 66:3 66:20 67:7,17 68:11,20 69:12 70:1,12,24 71:17 72:2,10

72:25 73:10,18
74:2,17 75:7
75:20 76:18
77:10,19 78:8
78:17,24 79:9
79:17 80:3,12
80:24 81:7,16
81:24 82:15,22
83:4,12 84:25
85:11 86:7,16
87:3,16,20,25
88:10,18 90:14
90:21 91:12,21
91:23 92:18,25
93:9,17 94:5
94:17 95:18
96:3 97:1 98:4
98:18 99:2,8
101:2,14 102:2
102:10 103:24
104:1,3,21
105:25 106:10
106:19 107:7
107:19 108:2,8
108:15,19
109:1,19 110:3
110:6,21
111:14 112:3
113:2 114:1,17
115:11,20
116:19 117:16
118:6,22 119:7
119:18 120:4
120:23 121:16
121:23 122:15

123:12,21
124:8,15,16,25
125:23 126:23
127:10,18
129:3,10 130:3
131:3,25 132:7
132:25 133:22
134:4,7,23
136:3,10,19
137:3,5,7
138:9,19 139:3
140:2,10
141:14,19
142:10,25
143:3,12 144:6
144:15 146:10
146:20 147:15
147:21 148:7
148:18,21
149:16 150:13
151:13,21
152:5,13,20
153:4,10
154:22 155:12
156:7,17
157:21 158:2
158:24 159:7
159:18 160:1,8
161:3,16,24
162:16,25
163:7 164:12
164:20 165:7
165:19,23
166:3,18
167:14,22

168:5,13,23
169:17 170:3
170:25 171:11
171:16 172:8
172:22 173:1,2
173:22 174:3
174:13,22
176:1,8 177:1
177:16,22
178:6 179:17
180:5 181:25
183:5,12 185:7
**modifier**
171:13,14
**modifiers**
171:2,3,5,6
**moment** 16:16
**monday** 151:1
151:10 157:1
**monitor** 9:24
**month** 74:21
95:5 173:20
174:11 175:14
181:3
**monthly**
107:23 182:23
182:24
**months** 88:9
**morabito** 43:24
44:3 73:24
75:15 138:1
185:24
**morning** 4:23
5:3 159:4

**morrill** 38:10
**move** 41:20
72:25 88:12
99:2 127:10,12
127:12 147:15
147:17 153:4
167:14
**moving** 73:1
**mpv** 135:1
**mrc** 48:21 49:1
49:4,8,17,20
51:13 55:2
58:7,16 64:13
65:5,11,15
69:9,11 85:21
101:6 114:21
123:6,14,19,19
126:5 131:19
132:17,17
144:23 147:8
154:13
**mrc1** 49:10,18
50:7 51:8,10
53:6 56:7,21
57:7,9 59:14
59:14 69:1,3,9
69:15 70:8
72:3,7,23 77:4
94:22 95:1,5
101:1,7,12,19
101:24 103:1,9
105:10,24
125:2 147:14
153:23 155:10
155:21 156:4,6

Keith Jones
RJ, et al. v. Cigna Health and Life Insurance Comp
December 15, 2022

**[mrc1 - non]**                                             Page 29

156:16 158:4,7
**mrc1/2** 76:12
**mrc2** 49:10,15
54:22,24 55:15
56:8 62:15
69:1,4,11,16
70:9,10 71:22
72:22 77:4
94:22 95:2,6
112:15 113:6
113:10,21
114:6,22,23
115:13,18,19
115:23 116:2
125:2 134:16
136:1 144:17
144:18,21,22
145:3,11,13
147:14 162:6
**mrd** 90:9,22,24
91:10
**multiplan** 2:16
3:16 6:5 15:4,5
48:8 50:21,25
51:3 53:11
54:5,9,15,20
56:16 58:19
60:4 105:13,21
106:8,13,22,25
107:11,23
155:2 156:25
157:18,19
159:12 168:15
169:4

**multiplan's**
48:3,5,7,10
**multiple** 38:20
40:7,8 117:18
128:18 157:19
**multiplying**
129:25
**municipal** 20:1
**municipalities**
19:23
**municipality**
21:22
**mwe.com** 2:14
2:14

**n**

**n** 27:2 177:24
177:25 185:1
**n38** 178:2
**name** 4:23 8:17
26:22 36:20
37:5 38:3 89:1
104:4
**named** 152:12
**names** 38:9
**narrow** 111:21
**narrowed**
69:16
**narrowing**
69:20
**national** 23:1
89:7,11 90:19
94:22 95:1,16
**native** 136:12
141:22

**natively** 174:25
**natives** 136:22
**nature** 11:14
62:1 98:1
**necessarily**
165:5
**necessary**
142:24 190:10
**need** 5:8 10:11
16:16 17:18
29:22 38:23
43:6 49:4 85:9
109:15 110:3
134:6 153:21
154:6 156:23
157:7 160:15
164:14 171:17
172:10
**needed** 5:13
25:6 27:20
28:10,14 63:15
83:18 85:18,21
86:6,14,19,25
129:2 133:4
157:17 164:13
171:7
**needs** 109:24
165:9
**negotiation**
48:20 56:18
102:20 103:8
151:8
**negotiations**
105:9

**natively** 174:25
**neither** 184:8
**net** 70:9 117:3
**network** 8:10
8:11,12 31:19
32:3,7,9 37:20
38:19 41:6
45:24 46:16
48:4,9,9 52:14
64:11 66:11
72:19,20 97:7
97:14,24,25
98:3 113:17
114:16 125:8
125:16 131:20
**never** 29:13
38:5 98:24
**new** 2:13 94:20
95:17,19,23
96:1,14 102:12
135:25 136:5
136:11 147:17
160:2
**nice** 5:2
**nods** 6:15
**noise** 135:4
**nomenclature**
155:20 156:5
**non** 29:7 31:18
31:23,24,25
32:1,23 33:9
33:14,15 34:16
40:6 44:4,18
45:10,11,16,22
45:24 46:16
47:19,24,25

Veritext Legal Solutions

Keith Jones
RJ, et al. v. Cigna Health and Life Insurance Comp
December 15, 2022

**[non - objection]**                                                    Page 30

48:18 52:20
53:3 55:17
57:25 63:4,7
64:22 71:13
81:22 92:16
94:16 97:15
110:9 113:9
115:8 123:8
126:2,20 140:1
140:3,15 141:1
144:13 145:22
146:7,24 147:5
152:6 154:12
180:18
**nonpar** 109:9
110:9 136:6
137:16,19
142:3,16
186:20,24
**nonstandard**
139:8,10,11
**northern** 1:2
**notarized**
189:10
**notary** 4:5,6
184:4 191:24
**note** 165:20
**noted** 190:6
**notes** 171:21
**notice** 10:20,23
11:7 185:14
**noting** 32:8
189:8
**november**
10:19 88:14

153:6,19 157:2
179:8 185:13
186:2 187:8
**number** 45:4,5
67:25 86:13
106:23 107:11
116:5,7,24
129:23 136:14
137:2 164:22
**numbers**
110:25 160:10
**nw** 2:5
**ny** 2:13

**o**

**o** 103:1
**o'clock** 183:16
**oakland** 1:1
**oath** 4:1,2 7:6
**object** 12:7
13:2,9,15,21
14:13,21 16:24
23:5 24:22
28:17 30:9
31:6 32:5
33:21,21 34:5
34:5 35:22,22
35:23 36:11,11
39:5,5,12 48:2
48:16 49:2,13
50:8,16 51:1,9
52:9 53:13
54:7,25 55:11
56:4,15 60:18
60:18 61:5,5
63:2,9,23 65:7

65:7,24 66:15
70:16 71:11,21
72:4,16,16
75:12 76:14
77:7 78:21
79:13,13 81:12
82:12 90:11,17
91:17 92:11
93:6,13,25
95:14 97:22
100:23 101:4
102:6 104:16
105:17,17
106:9,16 107:2
107:15,25
110:16 111:10
112:24 114:9
115:3,16
116:16 117:12
117:20 121:12
121:20 123:5
123:15,15
124:11,22
125:18 126:15
128:23 129:7
129:16 131:1
131:16 132:4
133:14,14,17
133:25 134:20
137:24 138:5
138:15,23
139:21 140:5
142:21 143:9
143:18 144:9
146:2,14,16

149:13 150:1
151:4,18 152:8
152:19,22
154:18 155:6
156:1,1,10
157:24 158:19
158:19 165:15
166:14 168:9
173:25 176:4
178:3 181:23
183:1
**objecting** 6:6
**objection** 3:6
3:10 4:7 6:7
17:25 33:4,5
34:24 35:11,12
39:19 40:16,24
45:17 46:4,5
46:20,21 47:7
47:8 51:18
52:17 54:16
57:14 58:5,20
59:3,16 60:6
64:19 67:2,12
68:3,15 69:6
69:21,22 74:14
75:2 77:15
78:3,12 79:3
79:22 80:7,16
81:3,19 82:19
83:1,7 84:20
84:21 85:4,5
86:3,4,10,21
87:8,24 88:1
91:8 92:22

Keith Jones
RJ, et al. v. Cigna Health and Life Insurance Comp
December 15, 2022

[objection - okay]                                                    Page 31

| | | | |
|---|---|---|---|
| 94:14 95:24 | 127:9 | 19:6,13,17 | 74:9,18,25 |
| 96:22 98:12,13 | **occurred** 14:14 | 20:3,9,18 21:8 | 75:21 76:2,9 |
| 98:21,22 | 30:23 70:18 | 21:12,12 22:10 | 76:19 77:5,11 |
| 101:22 111:23 | **october** 22:7 | 22:13,17,24 | 77:20,25 78:9 |
| 113:23 118:18 | 30:24 99:4 | 23:3,11,15,22 | 78:18,25 79:10 |
| 118:25 119:15 | 107:24 186:6 | 24:1,10,14 | 79:18 80:4,13 |
| 119:24 120:20 | **offer** 97:14 | 25:1,8,23 26:4 | 81:17,25 82:5 |
| 122:8 124:2 | 112:15 113:6 | 26:22 27:22 | 82:10,23 84:8 |
| 132:22 141:9 | 115:21,23 | 28:13,22 29:6 | 86:1,17 88:10 |
| 143:1 147:11 | 116:2 131:19 | 29:13,25 30:22 | 88:23 89:6,12 |
| 152:2 159:2,3 | **offers** 48:21 | 31:10,13,14,23 | 89:18 90:7,22 |
| 159:13,22 | 49:18 163:17 | 32:12 33:2,10 | 91:13 93:1 |
| 160:24 161:12 | **officers** 25:17 | 33:19 34:3 | 94:6,6,18 96:4 |
| 161:21 162:12 | **offices** 189:3 | 35:8,17 36:7 | 96:18 98:5,7 |
| 162:22 169:12 | **official** 184:13 | 36:25 37:6,8 | 98:19 99:2,13 |
| 169:21 170:21 | **oh** 9:21 31:10 | 37:18,23 38:8 | 100:9,11,20 |
| 171:4 173:15 | 42:16 77:11 | 38:12,24 39:17 | 101:15 102:22 |
| 174:7 175:25 | 91:21 142:14 | 40:2,11 41:4 | 103:10,15,24 |
| 176:22 177:12 | 142:16 170:12 | 41:17 42:16,25 | 104:25 105:11 |
| 177:19 179:13 | 173:4 | 43:11,13,21,22 | 106:4 107:8,13 |
| 179:13 180:2 | **ok** 102:12 | 44:8,17 45:21 | 107:20 108:2 |
| **objections** 3:14 | **okay** 4:22 5:21 | 46:15 47:3,25 | 108:19 109:2 |
| 3:17 6:4 7:10 | 6:8,23 7:5,9,16 | 48:25 50:2,23 | 109:25 110:4,7 |
| 7:11 53:18 | 8:1,8,10,13,17 | 51:6,15 53:10 | 110:14,22 |
| 168:18 | 8:20 9:2,4,7,10 | 54:13,22 55:8 | 111:4,15 112:4 |
| **obtain** 28:13 | 9:16,20 10:1 | 55:22 56:11,23 | 112:12,23 |
| 40:21 46:11 | 10:10,13,14,23 | 57:2,6,7,10 | 114:18 115:12 |
| 134:10 | 11:1,5,10,16 | 58:2,10,17,25 | 115:21 116:11 |
| **obtaining** | 12:5,20,25 | 59:10 60:14 | 116:20,25 |
| 21:11 133:7,20 | 13:7 14:3,6,9 | 62:2,16 63:6 | 117:1,17 118:7 |
| **obtains** 159:1 | 14:12,25 15:3 | 64:3,14 65:4 | 118:23 119:8 |
| **obviously** 43:3 | 15:7,15 16:1,8 | 65:16,22 66:4 | 120:5,8,14,24 |
| **occasion** 125:4 | 16:15,21 17:3 | 67:8 68:12,21 | 121:8,17,24 |
| **occur** 14:12 | 17:6,9,12,15,21 | 70:13 71:18 | 122:6,16 |
| 44:15 62:24 | 18:6,10,15,25 | 72:11,25 73:18 | 123:22 124:15 |

125:9 127:10
127:23,24
128:9,19 129:4
130:4,24 131:4
131:12 132:1,8
133:1 134:4,8
134:17 135:14
136:3 137:6,14
138:3,10,13,20
139:15 140:18
141:3,15,19
142:11,17,25
143:4,7 144:16
145:1,14,16,21
146:11,21
147:15,16
148:8,18,19,22
149:1,17,24
150:14,22
151:14,22
153:4,11,15,16
154:15,23
155:13 156:18
157:22 158:3
158:15,25
159:8 160:1,16
160:17,18
161:4,17,25
162:17 163:8
163:14,25
164:8,12 166:9
166:19 167:1
167:14,14,16
167:22 168:3,6
168:14,24

169:18 170:4
170:17 171:1
171:12,16,16
172:15 173:6
174:4,23 175:4
175:9,22,22
176:9,18 177:2
177:23,23
178:7,13,20,23
179:3,6,24
180:6,11,22
182:1,8,18
183:5
**once**  44:14
141:17 152:23
189:10
**ones**  23:17
121:6 177:14
**op**  101:16,17
101:19 104:9
154:25 155:13
157:4
**open**  9:11 10:4
108:8 137:9
172:17 174:23
**opened**  137:10
**operate**  92:7
**operating**
91:19,21,24,25
92:3,5,9,9,13
92:23 93:3,18
93:19
**operation**
105:7

**operationalized**
48:22
**operations**
47:24 52:20
71:13 72:6,20
81:22 91:14,22
107:17 115:9
126:20 140:1,4
140:15 144:13
180:18
**opex**  91:14
**opinion**  69:24
117:11
**opinions**  69:19
**opposed**  106:15
154:13
**opr**  8:22,23 9:1
48:7 56:12,13
56:16,19,24
78:19,23 79:1
102:4,13,17,20
102:25 104:9
104:11 105:8,9
105:22 150:24
151:8,25,25
152:4 155:10
177:14
**ops**  44:6,8,12
**optimizations**
70:10,14,18
**optimized**  70:7
**option**  49:10,10
49:18 50:15
57:7,9 115:1

**options**  48:21
49:1,4,8,12,15
50:7 118:11
**order**  6:2 18:24
28:4,9,14 71:5
76:6 98:25
**ordering**
189:14
**organization**
46:24 50:20
89:17
**original**  189:17
**outflow**  33:25
**outpatient**
56:20 101:1,24
154:25 155:11
**outside**  87:9
**outsourced**
25:20,24,24
26:1,2,7
**outsourcing**
25:10
**overall**  66:13
120:9 121:1
**overhead**  92:15
**overturn**
112:15 113:6
115:23 116:1
**overturned**
68:8 116:4
**overview**  19:19
27:14
**owners**  164:4

Keith Jones
RJ, et al. v. Cigna Health and Life Insurance Comp
December 15, 2022

**[p - percent]**                                    Page 33

| p |
|---|

**p**  27:2 32:17
103:1
**p.m.**  100:15
102:24 183:22
**page**  16:9,12,14
22:8 25:9 44:7
78:20 103:18
103:18,19
110:7 112:10
112:13 116:23
117:1 128:2
130:4,13
148:24,25
150:19 156:19
158:10 161:6
162:1 168:25
170:8,8,9,9
172:20 185:3
185:12 190:12
190:15,18,21
190:24 191:2,5
191:8,11,14,17
**pages**  43:14
74:4 109:7,12
109:20 121:24
153:13 160:12
190:10
**paid**  44:14,16
92:24 93:4,5
93:21 94:4,7
105:13,22
106:7,13,25
113:10 115:19
122:14 123:25

147:5 162:19
**pandemic**
83:20 84:5
**paper**  11:25
**par**  31:18,23,24
31:25 32:23
33:9,14,15
34:16 40:6
44:4,18 45:11
45:16,22,24
46:16 47:19,24
47:25 48:18
52:20 53:3
55:17 57:25
63:4,7 64:22
71:13 81:22
92:16 94:16
97:15 113:9
115:8 123:8
126:2,20 140:1
140:3,15 141:1
144:13 145:22
146:24 147:5
152:6 154:12
180:18
**paragraph**
26:14 94:19
97:3 110:20
162:18
**parameters**
21:1 133:8
**pardon**  156:24
**parrotti**  148:4
148:24 150:20
162:2 187:5

**part**  11:3,21
17:16 25:19
44:6 56:18
64:25 85:20,20
105:8 129:5
132:14 135:8
135:11 138:4
142:20 151:15
158:13,16,17
161:2,23
163:23 165:15
171:6 181:7
**participated**
21:13
**participating**
3:21 32:1,3,7
45:10
**parties**  4:3
189:15
**partners**  36:4,8
36:10 47:24
52:21 126:20
127:1 138:18
**parts**  18:19
104:23 143:23
182:2
**party**  4:7 184:9
**pass**  18:19,23
**passing**  121:22
**patient**  94:9
169:23
**paul**  38:10
148:4 187:5
**pause**  110:1

**pay**  18:3
**payers**  120:17
**paying**  35:2,3
**payment**  48:18
107:1 113:11
**payments**
106:14 174:18
**peer**  23:24 24:1
24:8
**peers**  24:6 25:3
25:5
**pend**  180:7,8
180:10
**pending**  5:18
184:10
**penetration**
143:14,16
144:17,19,21
145:4
**pennsylvania**
2:5 19:11,12
**people**  22:21
27:23 30:17,18
31:18 41:25
56:6 73:2
87:12 104:4
**people's**  99:18
**percent**  35:19
66:7,10,13
71:23,24,25
106:15,21
112:15 113:6,9
113:10 115:23
116:2,5 117:3
117:9 144:21

Case 5:20-cv-02255-EJD    Document 224-32    Filed 02/09/24    Page 84 of 103
Keith Jones
RJ, et al. v. Cigna Health and Life Insurance Comp
December 15, 2022

[percent - please]                                           Page 34

145:5,9,10,12
145:12 147:2
**percentage**
33:7 34:11,14
36:3,4,8 49:17
55:3,15 116:9
**percentile**
57:11 58:11,15
58:18 59:1,14
59:21 72:9,24
103:1,2,11,12
103:14,14
**percentiles**
50:1 59:7
**perfect** 6:8
**perform** 25:15
31:16 38:25
39:3,10 52:1
52:11 62:19
75:16 78:25
79:1 98:25
115:12 132:10
133:4 134:11
164:8
**performance**
143:14,16
146:24
**performed**
36:15 51:16
53:24 59:11
60:15 62:6
66:18,22 67:1
106:11,12
115:18 120:15
120:18 122:17

132:2,6 135:6
135:11 141:15
150:15,16
176:13
**performing**
62:16,17 98:9
106:5 153:21
181:21
**performs**
125:19 164:1
**period** 143:22
143:22 158:18
**permutations**
115:5,14
**person** 4:1 14:6
75:14 165:4
**personal** 50:5
50:23 82:7
107:20 120:24
124:17 125:1
125:10 159:9
**personally**
87:10 133:23
134:2
**perspective**
34:23
**pertained**
181:1
**pharmacy** 29:9
**phelps** 2:17
3:16
**phelps.com**
2:21
**phone** 9:14

**phrase** 26:6
32:14
**physically** 3:22
**physician**
45:12 58:25
**piece** 11:24,25
124:13
**pieces** 105:4
182:16,17
**place** 53:5
64:13 100:2
118:9,16
**plaintiff's** 11:7
99:10
**plaintiffs** 1:4
1:14 2:2 3:9
5:1 127:19
153:11 160:9
164:21 167:23
172:15
**plan** 32:8,13,14
34:15 35:2,4
35:19 47:12,14
55:3,4,5,8,10
55:15,17 64:25
71:7 72:9,12
97:24 98:8,15
98:24 119:21
122:14 125:7
144:22 145:2
145:10,13,18
150:11
**plan's** 49:17,20
**planning** 27:6
27:15,25 37:12

**plans** 8:7 28:4
32:9,25 48:21
53:6 66:14
69:8,11 70:9
71:6,23 72:7
97:14 118:11
125:2
**platform** 37:4
68:14 82:2
84:14 128:15
128:16 166:25
**platforms**
36:24 82:17,21
82:25 83:3
85:3,13 128:18
167:2
**playbook**
108:15 109:10
110:10 111:8,9
116:23
**plaza** 2:19
**please** 3:5,19
4:8,12 5:16
6:25 16:2
23:19 33:12
37:2 44:2
61:15 71:1
85:16 88:22
96:11 97:13
103:17 112:10
112:23 125:5
129:6 153:14
154:7 160:15
165:23 166:6
172:18 177:4

Keith Jones
RJ, et al. v. Cigna Health and Life Insurance Comp
December 15, 2022

**[please - process]** Page 35

182:3,4 189:7
189:11,20
190:10,10
**plus** 117:8
**point** 6:13
38:12 41:14
58:13 60:5
63:20 103:7
149:21 182:21
**points** 19:17
**policies** 118:8
118:15
**populates**
78:16
**populating**
176:20
**portion** 33:1,3
39:2 47:5,12
67:20,21
**portions** 25:21
**posed** 6:4
**possible** 76:11
126:18,21
**posted** 10:3
73:19
**potential** 35:5
35:10 46:13
47:15 52:13
55:5 62:12
64:24 67:15
122:20,21,24
123:3,11
125:15,20,24
126:1,5,8,10,11
127:2 134:15

136:2 150:10
151:23 154:9
154:10
**potentially**
29:24 97:15,20
132:15 144:5
150:7
**power** 166:20
166:24
**powerclaim**
36:24
**powermhs**
166:25
**powerpoint**
42:16 44:7
**ppo** 48:9
**practical** 18:22
30:4
**practically**
141:18
**practice** 31:16
**practitioner**
45:13
**praising** 75:17
**preliminary**
4:22
**prep** 11:4,11,12
11:22
**preparation**
69:8
**prepare** 93:2
141:18 146:4
182:24
**prepared** 24:12
69:5

**preparing**
106:5
**presence** 153:3
**present** 2:22
3:22 81:11
82:17
**presentation**
42:13 185:20
**presenters**
42:24 43:23
**presumably**
122:13
**pretty** 9:20
74:16 85:25
88:10 171:19
**prevalence**
124:18
**prevent** 7:17,22
**previously**
135:22
**price** 70:20,25
71:14,22 72:3
72:8,12,21,23
132:15 135:20
135:25 147:14
169:4
**priced** 131:13
131:21,24
154:12,14,17
**prices** 71:19
**pricing** 45:23
53:3 57:24
58:7 59:15
70:6 101:16,18
101:19 103:1

104:12 134:15
137:21 155:1
155:14,15
169:3
**primarily**
28:19 46:11
144:13
**primary**
176:16
**principles**
20:20,23 21:1
**printed** 24:15
24:18
**prior** 6:1 14:4
14:19 15:1
31:11 48:18
112:21 131:24
**privileged**
11:19
**probably** 15:19
20:17 70:8
73:4 88:8
**problem** 6:10
10:6 111:6
165:11 179:20
179:22 180:1,4
**procedure** 40:7
60:21 61:2,11
62:11 77:6,9
79:8 80:1 84:1
84:6,9 133:1,3
135:21 190:7
**proceed** 4:11
**process** 25:7
95:11 134:3

Keith Jones
RJ, et al. v. Cigna Health and Life Insurance Comp
December 15, 2022

**[process - proxy]**                                                    Page 36

| | | | |
|---|---|---|---|
| 146:5 | **program** 32:16 | 168:17 | 39:8 41:9 |
| **processed** | 32:17,19 47:22 | **projected** | 51:25 52:21 |
| 85:19 107:12 | 48:4,5,6,7 52:4 | 139:7 | 54:10 60:21 |
| **processing** | 53:4 75:5 | **projection** | 121:8 140:13 |
| 101:19 119:22 | 78:19 102:5,13 | 89:20,23 | 142:23 152:24 |
| **proclaim** 36:24 | 102:17 113:21 | 139:15,18,19 | 157:17,18 |
| 166:23 167:1 | 114:6,22,24,24 | 139:25 140:9 | **provided** 24:4 |
| 179:9,12,21,23 | 118:4 127:8 | 140:14,24 | 27:23 40:23 |
| 180:1,4 | 138:25 147:7 | **projections** | 52:8 61:21 |
| **produced** | 151:11 | 27:16,19,20,24 | 94:23 165:21 |
| 111:13 136:13 | **programmatic** | 28:8,11,24 | 166:23 |
| 136:21 174:25 | 79:6 | 31:21 140:4,16 | **provider** 8:7,11 |
| **produces** | **programmed** | **projects** 21:16 | 8:11,12 26:3,8 |
| 125:15 | 91:11 | **pronounce** | 26:19,23 32:1 |
| **producing** 88:7 | **programs** | 88:25 100:18 | 32:2,6 41:7 |
| **product** 12:8 | 31:22 32:24 | **pronounces** | 122:11 139:12 |
| 12:12 21:16 | 33:24 34:4,8 | 103:21 | **provider's** |
| 30:19 46:23 | 35:9,14 36:14 | **proposed** | 34:16 123:9 |
| 111:13 112:1 | 44:11 45:23 | 131:15 169:3 | **providers** |
| 115:7 121:4,8 | 46:2,7 47:19 | **proposing** | 32:23 57:11,17 |
| 121:15 | 47:20 48:1,9 | 169:7 | **provides** 32:21 |
| **production** | 48:11 54:3,24 | **prospective** | 32:22 138:8 |
| 189:21 | 64:13 65:6 | 96:14 | 173:19 |
| **products** | 66:12 67:14 | **protect** 35:15 | **providing** |
| 120:19 164:6 | 70:15 71:2 | **protected** | 19:24 25:2 |
| 164:10 | 77:24 78:2,7 | 27:10 83:15,17 | 28:7 54:1 |
| **professional** | 92:17 93:20 | **protecting** | 165:17 |
| 1:15 51:12 | 118:1 119:4 | 46:12 | **provision** 67:14 |
| 52:19 53:8 | 121:7 123:7 | **protection** | **proximity** |
| 101:8 157:4 | 125:17 146:23 | 32:22 34:9 | 57:18 |
| 184:4 | 147:4 149:9 | 47:15 70:23 | **proxy** 104:10 |
| **profile** 16:5,9 | 150:5 152:7,12 | 71:7 126:4 | 104:11 105:14 |
| 16:12,14 69:15 | 164:5,10 | **prove** 157:12 | 155:1,5,8 |
| 185:17 | **project** 25:11 | **provide** 25:4,5 | 159:12,17 |
| | 28:11 89:25 | 28:15 30:19 | |

**[ps - recall]**                                               Page 37

ps  74:20
psych  145:24
  145:25
public  17:7,10
  18:23 111:20
  184:4 191:24
publicly  111:20
pull  10:15
  62:10 87:1
  90:8 91:7
  127:20 135:19
  148:10 153:13
  160:12 169:1
pulled  46:22
  142:7 175:3
pulls  99:11
purchase
  163:17
purchased
  101:17
pure  161:1
purpose  83:6,9
  96:20 167:9
  174:6 181:2
purposes  48:17
  51:8,10 93:12
  101:24
pursuant  11:7
  190:7
put  10:14 41:18
  75:18 109:3
  128:20 136:5
  172:22 173:13
putting  92:19

**q**

qualitatively
  85:2
quantifying
  116:7
question  5:15
  6:18,24 7:2,14
  17:22 22:3
  28:23 30:2
  62:11 68:24
  74:18 77:20
  85:15 93:8
  94:24 100:15
  100:20 102:8
  104:25 106:18
  113:1,25
  114:19 124:24
  130:8 135:8
  145:24 146:24
  148:23 154:24
  162:7 169:6,16
  181:24 182:13
questioning  6:1
  102:18
questions  7:18
  7:23 11:17
  43:17 53:11,14
  58:6 74:9 82:6
  108:16 127:25
  142:11,24
  165:16 175:8
  183:6,11
quite  12:21
  34:20 145:6

quotes  128:20
  129:12

**r**

r  2:4 99:22
  100:14
rachel  180:19
raise  4:12
raised  7:11
  149:8
rapidly  83:10
  84:5
rare  23:20
rate  61:24
  105:13 106:1
  106:13,15,25
  129:24 130:2
  131:8 146:25
  147:1
rates  104:11
  132:13 143:23
  169:5 174:17
  174:18
rawlings  108:5
  186:12
reach  58:3,7
  81:21
read  57:9 74:3
  74:5,8,11,15
  88:21,23 90:12
  97:9 99:11,13
  104:22 109:11
  109:12,15,25
  112:16 118:23
  153:15 154:6
  163:6 168:3,6

183:19 189:6
  190:2
reading  103:6
  150:4
really  82:8 84:8
rear  2:25
reason  10:1
  84:16 126:8
  190:14,17,20
  190:23 191:1,4
  191:7,10,13,16
  191:19
reasons  190:9
recalculated
  67:24
recall  9:3,5
  12:6 13:4,13
  13:14 14:18,23
  14:25 18:10,15
  20:15 21:19
  23:16 24:14,23
  25:23 26:22
  29:6,12 43:24
  51:16 53:24
  54:13,18 59:10
  59:18,24 60:14
  60:24 61:3
  62:6 65:16
  70:14,14 75:1
  75:11,25 76:19
  77:22 80:5
  83:5,5,22 84:2
  84:12 87:5,5
  94:25 96:7
  98:20 106:1

Case 5:20-cv-02255-EJD    Document 224-32    Filed 02/09/24    Page 88 of 103
Keith Jones
December 15, 2022
RJ, et al. v. Cigna Health and Life Insurance Comp

[recall - refund]                                          Page 38

112:17 115:25
126:24 127:6
132:1,8,24
133:11 134:17
137:18 138:11
139:4,6 140:12
144:7,20 149:4
149:5,18,24
150:15 151:14
152:3 154:15
154:20 155:7
155:16 157:22
158:1,6,11
168:7,11,14,16
175:23 176:6
179:18,20,22
180:9,13,22
**recalled** 13:8
**recalling** 84:22
112:22
**recalls** 12:10
**receivables**
29:22
**receive** 23:3
28:18 29:8
123:23
**received** 23:6
27:16 60:1
123:25 150:24
**receiving** 125:3
**recess** 42:4
73:15 108:23
147:25 171:25
**recipients**
148:24

**recognize**
143:4,6
**recollection**
12:9,18 13:1
13:20 69:2
74:12 90:24
97:10 136:22
149:12 154:8
166:11 167:8
168:20 170:18
174:10 176:16
179:11
**reconciliation**
36:16 181:10
182:12,20
**record** 3:5
22:22 25:19,21
38:2 42:1,3,6
43:3 73:11,14
73:17 108:20
108:22,25
109:13,20
136:14 138:4
142:19 147:24
148:2,15
171:24 172:2
172:25 183:17
184:7
**recorded** 21:3
124:10,13
**recording** 21:7
**records** 181:12
**reduce** 29:24
**reduction**
34:16

**refer** 37:16
45:3 113:16,19
117:18 125:24
147:7 155:21
156:4,6
**reference** 45:18
49:16,19,23
50:19,21,25
51:4 52:22,25
56:17,19 58:16
61:12,17 71:3
71:5,9 101:1
101:10 102:1
102:21 103:7,9
103:10 105:23
155:10 159:6
159:10,15
**references**
101:6,7
**referred** 11:20
36:21 54:11
75:24 77:12
78:19 89:22
94:25 96:8
100:19 113:12
115:14 128:21
159:11,16
168:8 177:15
**referring** 40:6
45:8 58:13
76:4 77:21
90:23 91:3,4
92:5 93:16
94:9 96:10
97:10,12 102:3

103:11,13
112:17 113:4
118:17 119:20
126:17 128:7
128:12 129:9
129:13 130:11
130:12 145:4,7
147:1,2,8,10
155:16 156:16
161:11,15,20
162:11,21
170:20,24
171:14 173:12
177:18 178:17
179:12,16
180:9 181:14
181:15
**refers** 59:1
90:10,13 92:14
114:5 122:7
137:19 166:22
170:19 171:3
178:25
**refresh** 12:18
12:25 15:19
80:9 89:19
97:9 166:11
179:11
**refreshed** 12:9
13:20,22,24
74:12
**refreshes** 167:7
**refund** 139:10
139:11,13

Keith Jones
RJ, et al. v. Cigna Health and Life Insurance Comp
December 15, 2022

**[refunds - responsibility]** Page 39

**refunds** 139:9
**regard** 124:19
**regarding** 15:5
  15:9 51:17
  106:21 118:11
  120:18 121:10
  121:18 122:18
  124:18 125:15
**register** 18:11
  18:16
**registered** 1:15
  17:10 18:7,13
  18:18,24 184:3
**registration**
  17:12,17,17,20
  17:24 18:2,4
**regression**
  135:3
**regular** 9:23
  78:9 125:13
**regularly** 24:20
  112:5,6 158:16
  158:23
**reimbursement**
  32:23 79:15
  173:7,11 178:8
**related** 28:25
  30:8 184:9
**relates** 76:23
  76:24
**relating** 8:5
  179:21
**relationship**
  30:4,5 71:16

**relative** 10:8
**released** 29:23
**relying** 121:4
**remained** 30:21
**remap** 131:10
**remember** 8:17
  8:25 149:15
  175:20
**remembering**
  79:21
**remote** 3:3
  183:16
**remotely** 3:7,24
  4:2
**renewal** 90:7
**repeat** 53:19
**rephrase** 6:25
  13:16 114:22
**replaced**
  138:13,16,20
**reply** 102:11
**report** 22:22
  25:20,21 44:3
  52:1 54:2 78:9
  88:7 89:5 95:3
  95:7,10,13,15
  125:22 133:9
  137:22,25
  138:10,12,14
  143:7 146:4
  173:7,11,20,23
  174:2,5,6,10
  175:18,19
  176:14,20,25
  177:10,24

  178:12 182:24
  183:4,14
**reported** 1:15
  21:3 89:4
  107:14 125:21
  180:19,19,20
  180:21
**reporter** 1:15
  3:18,20 4:10
  4:17 6:14 26:5
  26:11,25 33:11
  33:15,17 137:1
  137:4,6 184:1
  184:4 185:8
**reporting** 3:23
  4:8 22:25 23:1
  23:4,8 41:5,8
  41:11,12 83:19
  85:10 93:12,24
  94:2 125:13
  181:18 182:6
**reports** 25:5
  28:15,18,22
  30:19 38:6
  54:3 78:10
  89:3 93:2
  121:9 122:17
  175:21,24
  176:5,7,11
  182:12
**repository**
  90:25
**represent** 16:8
  41:14

**representing**
  5:1 121:5
**reprice** 155:2
**repriced** 67:9
**repricing**
  153:21 158:4,7
  179:8,21,23
**requested**
  63:22 132:2
**requesting**
  98:15
**required** 82:24
  87:22
**requirement**
  19:4
**requirements**
  18:17 23:2,4
  168:16
**requires**
  135:18,19
**reread** 104:25
  112:19
**rereading** 13:3
**reserved** 189:6
**reserves** 29:20
**respect** 13:24
  53:11
**response** 4:9
  101:15 102:23
  103:7 119:5
  131:23
**responsibilities**
  181:7
**responsibility**
  139:24

Keith Jones
RJ, et al. v. Cigna Health and Life Insurance Comp

December 15, 2022

**[responsible - savings]**                                                     Page 40

**responsible**
  25:1 131:9
  179:25 180:4
  182:18
**rest** 154:7
**restart** 28:23
**restate** 93:7
**result** 68:8
**resulted** 149:21
**resulting**
  135:24
**results** 76:11
  76:20 77:3,5,8
  77:11,13,13,17
  77:18,21,22
  78:15 79:6
  91:1,2,3 97:8
  136:7 138:25
  182:23 186:22
**retains** 183:3
**retrieval** 63:13
  63:17
**returned** 171:7
  189:12,16
**revenue** 77:6,9
  81:1,6,10
  83:25 90:8
  126:13
**reverse** 162:5
**review** 11:20
  12:6 16:16
  43:5 44:13
  142:20 189:7
**reviewed** 12:3
  12:17,21 14:25

57:6 175:9
**revolves** 126:17
**richland**
  184:14
**right** 4:13 5:19
  6:3,21 7:3,14
  9:24 12:15
  22:4 29:15
  44:25 45:5,21
  74:7 75:8,21
  91:13 102:4
  106:24 110:2
  115:22 127:24
  128:19 165:22
  172:24 175:3
  180:6 183:12
  183:19,20
  189:6
**rj** 1:3 2:2
**rj00024228**
  108:6 186:14
**rj00621060**
  148:5,17 187:7
**rj00660992**
  172:6 188:4
**rj00660993**
  174:20 175:2
  188:6
**rj00806057**
  160:6,11
  187:17
**rj00813735**
  42:13 185:21
**rj00813761**
  73:25 186:1

**rj00813783**
  136:8,15
  186:23
**rj00813792**
  88:16 186:5
**rj00817910**
  99:6 186:9
**rj00818794**
  141:21 142:5
  187:2
**rj00822377**
  167:20,24
  187:24
**rj00824143**
  127:16 186:19
**rj00825583**
  164:18,22
  187:19
**rj00845317**
  153:8,12
  187:12
**rodie** 38:11
**role** 17:3 19:18
  19:20,22 22:18
  25:3 27:4,14
  30:5 31:2,3,4
  31:16 46:8
  66:4 75:16
  89:8 112:5,7
  120:14,15
  122:16 123:22
  163:23 180:22
  181:19,21
  182:8,14,15

**roles** 182:10
**room** 3:23 9:17
  9:18
**roswell** 189:23
**rouge** 2:20
**routine** 41:11
  88:7 121:13
**routinely**
  173:19
**routing** 100:1,4
**row** 144:17
  166:20 177:23
  177:24,24
**rows** 178:14
**rpr** 184:22
**rule** 35:14
**rules** 5:5 9:21
  190:7
**run** 66:24
  107:6,8
**runkle** 43:24
  44:5

**s**

**s** 99:23 185:11
**sales** 109:10
  110:9 111:8
  152:25 153:20
**sarah** 43:23
  44:3 73:24
  75:14 77:1
  138:1 185:24
**satisfied** 19:4
**saving** 78:15
**savings** 31:22
  32:13,14,15,19

Keith Jones
RJ, et al. v. Cigna Health and Life Insurance Comp
December 15, 2022

**[savings - sense]** Page 41

| | | | |
|---|---|---|---|
| 32:24 33:1,3,7 | 74:19 76:10 | **scope** 87:9 | 89:6 96:7 |
| 33:23 34:8,11 | 77:12,21 89:6 | **scoping** 171:7 | 104:7 107:17 |
| 34:14 35:8,18 | 89:18,22 90:8 | **scorecard** | 109:4 115:7,9 |
| 35:19,21 36:3 | 91:14 95:1 | 142:3,16 144:4 | 120:12,13 |
| 36:5,8,17,23 | 96:5 97:3,6 | 144:10,11 | 122:3,5 135:20 |
| 39:1,3,8,11,15 | 99:22 100:14 | 186:25 | 141:12 143:21 |
| 39:18,22 42:12 | 101:15 102:4 | **scorecards** | 145:21 149:11 |
| 42:18 47:6,13 | 102:12,24 | 144:8 | 153:25 154:1 |
| 48:4 52:5 65:1 | 103:11 104:8 | **scratch** 48:10 | 157:1 162:2 |
| 65:5,10,11,15 | 105:12 106:13 | **screen** 9:22,23 | 170:16 171:6 |
| 65:15 66:8,10 | 106:24 112:14 | **screens** 9:22 | 171:12 172:20 |
| 66:13,17 67:9 | 115:21,22 | **scroll** 18:25 | 173:7 178:23 |
| 67:11,15,19,21 | 117:2 118:7 | 43:14 45:7 | 178:23 |
| 68:1,7,9,10 | 119:9 120:9 | **scully** 19:13,20 | **seeing** 70:11 |
| 70:22 77:18,24 | 128:3,4,9 | 20:5 22:11 | 94:24 138:4 |
| 78:2,6 79:16 | 137:16 143:13 | **seal** 184:13 | 165:13 176:15 |
| 80:21,22,23 | 144:17 146:23 | 189:12 | **seeking** 63:16 |
| 93:20 106:7,15 | 146:25 147:6 | **season** 20:17 | 101:11 105:20 |
| 106:21 117:3,4 | 149:7 150:23 | **second** 33:11 | **seen** 11:1,3 |
| 117:9 127:3,4 | 153:20 154:23 | 37:9 57:10 | 12:23 99:17 |
| 128:8 139:7 | 160:20 161:7 | 116:13 130:4 | 100:10 |
| 154:9 185:20 | 161:11,18 | 146:22 153:20 | **segment** 89:7 |
| **saw** 108:10 | 162:5,18 | 156:20 162:1 | 89:11 |
| 111:12 | 165:14 168:7 | 169:10 | **selection** 12:11 |
| **saying** 78:20 | 168:15 169:1,6 | **section** 122:4 | **send** 64:11 |
| 102:25 151:8 | 170:12 171:1 | **see** 6:3 10:8,18 | 189:14,20 |
| 165:6,7 | 171:13 178:7 | 10:24,25 11:14 | **sends** 64:21 |
| **says** 16:1,10 | **scale** 87:7 | 19:17 20:18 | **senior** 20:4,10 |
| 17:6 19:2 | 88:12 | 21:12 22:4,8,9 | 20:16 180:18 |
| 21:13 25:9 | **scan** 160:19 | 27:5,7 28:3 | **sense** 24:3 |
| 26:14 29:14 | **scanned** 127:23 | 29:14 41:16 | 47:21 67:24 |
| 38:13 41:4 | 148:19 160:17 | 42:9,10,19,20 | 87:7 88:12 |
| 45:10,21 46:15 | **schedule** 25:7 | 43:23 44:21 | 156:25 160:22 |
| 46:18 57:11 | **science** 19:2 | 45:9 47:13,14 | 161:10 |
| 58:10,11 68:25 | | 57:2 81:23 | |

Keith Jones
RJ, et al. v. Cigna Health and Life Insurance Comp
December 15, 2022

[sent - smaller]                                                                Page 42

**sent**  89:9 165:4
  175:16 180:13
**sentence**  76:10
  96:5 105:12
  118:7,14,23,24
  128:3,9 129:1
  129:22 149:20
  150:23 153:20
  153:25 154:23
  163:6 169:10
  179:7 180:7
**separate**  106:6
  115:2 175:1
**september**  17:1
**series**  78:10
  136:21
**serve**  49:20
  55:16
**serves**  55:3
**service**  8:6 26:3
  26:8,19 41:7
  44:6,8,11
  102:20 103:8
  113:16 114:13
  146:18 151:9
**services**  25:10
  25:13,16 26:23
  32:25 56:18
  61:25 98:2
**session**  159:4
**set**  58:19 71:9
  72:21,23 100:3
**settle**  113:6
  115:22,24
  116:2

**settlement**
  112:15
**setup**  115:6
  119:22 150:2
**setups**  32:9
**sg**  171:13,14
**share**  24:8 33:2
  34:17,19 36:4
  36:17 47:5,11
  64:18 65:10
  80:22,23 117:3
  172:11,12
**shared**  25:10
  25:12,16 31:22
  32:13,13,15,19
  33:23 35:8,18
  36:23 39:1,4,8
  39:11,15,18,22
  47:5 65:15
  66:17 67:21,22
  68:1,9,10
  77:18,24 78:2
  78:6,14 79:16
  93:20,20
  106:21 127:3,4
  152:18
**shares**  33:1,7
  34:11,14 36:2
  39:1 68:1,1
**sharing**  35:21
  36:8 65:1,5
**sheet**  137:16
  141:20 166:19
  167:4,7,9

**sheets**  166:7
**shift**  126:2,4
**short**  170:6
**shorthand**
  74:23 147:13
  155:18,19
  156:5,16
**show**  81:9
**showed**  165:8
**showing**  9:24
  173:16 175:12
  175:14 177:10
**shown**  56:1
  146:9 164:24
  178:2,5
**shows**  19:6,13
  81:6 95:4
  153:2
**shut**  150:24,25
  151:3,9,10,12
  152:1,4
**shutoff**  151:25
**sic**  112:16
  177:25
**side**  9:15 36:22
  70:10 92:20
**sign**  183:19
  189:6
**signal**  84:6
**signature**  89:6
  184:20 189:2
  189:18 191:21
**signed**  149:9
  189:10,11,16

**signoff**  139:25
**similar**  53:24
  54:10 84:16,23
  120:9 121:1,9
  159:20
**simple**  85:15
  135:13,16
**simplification**
  56:6 86:18
**simplify**  106:17
  112:25 124:23
**simply**  87:20
**single**  48:19
  119:5 131:23
**situation**  62:2
  139:11
**situations**  61:8
  61:23 83:11
  163:19
**six**  142:8,8
  149:5
**skew**  97:8
**skim**  109:8
**slice**  76:6
**slide**  44:18 45:9
  46:22 55:25
  56:2 57:3,3,3,5
  64:3 68:25
  69:5
**slide's**  69:8
**slightly**  8:21
**small**  19:24
**smaller**  48:8
  97:15

Case 5:20-cv-02255-EJD    Document 224-32    Filed 02/09/24    Page 93 of 103
Keith Jones
December 15, 2022
RJ, et al. v. Cigna Health and Life Insurance Comp

**[solemnly - straight]** Page 43

solemnly  4:13
solution  71:4
solutions  32:21
  46:10 55:20,24
  64:23 85:20
  97:16 126:3,5
  131:18 132:16
  174:12 179:2
sorry  5:23 6:9
  23:13 26:5
  32:17 47:19
  50:10 91:21,22
  103:19 112:13
  137:5 170:8,9
  172:12 173:4
  174:13 175:17
  181:19
sort  6:15,16
  10:11 21:6
  22:6 43:15
  61:13 76:7
  84:10 100:2
  107:18 111:2
  111:21 117:18
  121:6 124:20
  132:8 133:10
  149:20 155:19
  157:19 175:5
sought  63:22
source  50:6,14
  50:24 62:22
  141:12 176:17
  176:21 181:11
  181:13

south  184:5,15
spanned  12:21
speak  15:3 46:6
  46:24 133:10
  135:14 138:25
  177:14
speaking  60:8
  80:19 110:14
  110:17 141:18
special  21:14
specialty  146:6
  146:7
specific  13:22
  32:8 51:20
  55:14 89:16
  90:5 135:9
  157:10 176:6
  181:9
specifically
  7:12
specificity
  13:19
speculation
  39:6 40:25
  65:25 69:23
  79:4 81:20
  86:22 88:2
  117:21 123:16
  133:17 159:23
spell  27:1
spelling  38:3
spend  145:22
  145:25
spending  73:6

spent  88:5
split  95:5
spoken  15:7,12
spreadsheet
  136:7 142:4
  164:17,21,25
  165:3 166:10
  166:12,13
  167:5 174:19
  175:7,17
  186:22 187:1
  187:18 188:5
staff  19:24 20:6
  20:13
stakeholders
  28:16
stamp  136:12
standard  58:10
standardize
  146:5
standing  143:1
stands  20:20,21
  37:11,12 79:14
  91:19 137:21
  169:23 178:20
start  15:22
  17:22 20:3
  99:14 145:3
  153:16 177:9
started  5:25
  20:6
starting  74:10
  142:12 153:19
  162:5

starts  100:22
  170:5,13
  178:17 180:7
stat  22:21,24
  22:25
state  3:6 4:4,6,8
  7:10 8:14 18:7
  18:20 23:1
  94:22 95:1
  96:6,16,20
  97:6 142:18
  184:5
statement  47:3
  86:18 94:24
  105:19 117:11
  121:1 190:9
states  1:1
statistical
  49:25 135:6
statisticians
  135:12
statutory  22:25
stemming  98:2
stepped  181:21
steps  26:20
  132:9
stood  99:20
stop  100:5
  162:19 163:9
  163:12 164:2,5
  164:9
stored  24:15
  63:8
straight  22:10

Keith Jones
December 15, 2022
RJ, et al. v. Cigna Health and Life Insurance Comp

**[stratified - target]** Page 44

stratified  50:1
streamline  6:2
street  2:19
strict  30:4
struggling
  75:15
sub  157:12
subgroup
  157:10,13
subject  118:4
  131:19 158:3,7
  173:6,10
subjected
  158:11
subscribed
  191:22
subset  154:11
subsidiary
  30:10
substance
  190:8
suburb  19:11
succinctly
  38:14
sufficient
  135:24
suggest  71:13
suggesting
  76:13
suite  2:5,19
  189:22
sum  75:4
  116:14 143:25
summarize
  38:13 41:5

summarized
  38:19,21 40:9
  40:19
summarizing
  181:1
summary
  142:13 175:11
  178:12,13
summing
  116:18
supervisor
  15:10 23:23
  37:24 38:1
supervisors
  37:24
supplies  179:1
supply  27:18
  62:9 130:23
support  31:18
  31:20
supported
  12:14
supporting
  61:10
sure  6:10 10:5
  13:18 29:19
  37:5 38:4,10
  41:24 43:5,6,9
  43:18 51:23
  53:14,22 73:10
  93:10 94:7,10
  94:11 99:22
  100:6 106:20
  110:7 112:20
  114:2,10 125:1

144:24 161:5,8
169:2 171:22
172:11 180:3
181:24 182:5
182:22
surprise  84:15
  98:2 113:16
  114:14
surprises  86:9
surrounding
  151:16
susan  1:15
  183:13 184:3
  184:22
swear  3:19
  4:14
sworn  3:7 4:6
  4:13,19 191:22
system  21:15
  36:15,21,22
  39:24 66:17,23
  67:1,5 68:13
  68:18 79:16
  82:2,4,11
  124:14
systemically
  67:6 156:23
  157:8,16
systems  124:10
  181:11,13,14

**t**

t  27:2 103:25
  185:11
tab  142:12
  175:10,12,13

177:3 178:12
  178:14
table  131:6
tables  80:10
tabs  142:8
  175:5
take  5:8,11,17
  6:15 10:11
  17:16,18 41:22
  43:4,18 47:4
  57:5 73:8
  108:11,17
  109:23 110:1
  147:20 157:11
  160:13,14
  165:25 172:17
  175:5
taken  1:14 7:16
  51:24 66:7
  93:11 132:10
  165:16
takes  60:11
  117:2
talk  58:23
  111:25 118:10
  141:11
talked  45:19
  53:25 72:19
talking  45:15
  47:23 56:2,3
  76:9 98:11
taralyn  108:5
  186:12
target  70:20,25
  71:14,22 72:3

72:8,12,21,23
132:15 134:15
135:20,25
**targeted** 71:5,9
71:19
**targeting** 45:24
46:15
**tax** 21:15,22
28:10,11,12
**team** 13:23
22:21 25:11
31:18 38:18
41:1,8 48:20
51:16 52:10
53:23 54:8,14
54:19 57:21
59:5,11,21,25
60:15,20 61:10
61:20,22 62:9
63:1,13 65:20
66:2,5,10,16
68:7 71:8,13
72:6,20 77:1
78:16 79:25
80:6 81:22
82:24 83:18
87:12,13 88:5
92:2 94:23
95:3,20 98:8
106:6 107:17
110:23 121:4,8
125:14,15,19
130:18 132:3,6
134:3 135:12
137:23 138:1

138:11 139:17
140:1,4,15
143:8,11
144:14 149:23
149:25 151:23
152:15,25
155:20 156:13
175:20 180:24
182:5,14
**team's** 139:23
**teams** 24:7 71:9
152:11
**technically**
8:16 47:22
**technique**
39:25 134:25
**techniques**
45:23 70:7
126:19 134:18
134:22 135:2,9
143:24 144:2
**teeing** 130:6
**tel** 29:10
**telephonic** 29:9
**tell** 4:14 11:11
16:17 22:17
23:18 25:12
26:16 29:16
30:2 31:4,24
32:18 34:13
37:11 38:16
40:3 41:7 46:2
46:17 49:23
51:7 52:25
56:12 58:3

71:1 74:21
75:10,23 76:3
79:11 85:14,17
88:4 90:23
91:3 100:21
105:15 110:15
112:16 113:4
113:13 115:25
118:13,24
125:25 128:6
128:12,20
130:8 137:18
138:22 140:18
141:7 143:15
144:18,19
146:25 147:9
149:17 150:14
153:14 154:2,3
154:16 155:4
155:14,15
157:5 160:20
160:23 167:7
170:17 177:7
181:5,14
**telling** 31:1
85:10 115:8
**tells** 124:5
**template**
138:17,20,24
141:5,6
**templates**
78:16,18,20,22
79:1
**ten** 146:8

**tenet** 8:19
**tenure** 68:7
**teresa** 38:11
66:1 127:14
129:19 130:5
132:12 133:18
167:18 168:22
169:15 170:1
170:18,19
171:9 182:17
186:17 187:22
**term** 31:25
40:5 126:8,12
155:19 163:10
163:12,15
**termed** 25:16
**terminology**
128:1
**terms** 40:3
62:13 71:23
85:1 115:6
116:7 117:23
126:12 133:12
147:5 169:3
182:23
**terri** 153:7,18
156:21 157:17
160:4,20
175:21 176:2,3
180:18,20,20
187:10,15
**testified** 4:19
79:18 133:15
**testify** 9:8
109:16

Keith Jones
RJ, et al. v. Cigna Health and Life Insurance Comp

December 15, 2022

[testifying - transactions]

Page 46

testifying 4:4
  7:18,23
testimony 8:24
  190:3,8
testing 19:25
  21:21 85:23
text 150:19
thank 4:17 6:8
  26:11 27:3
  33:17 49:22
  110:5 137:4
  183:6,11,13,13
thankfully
  104:7
thanks 6:23
  109:2 116:20
  148:8 156:21
  183:12
thelen 99:5
  103:21,23,24
  103:25 104:1
  167:19 172:4
  173:19 186:8
  187:23 188:2
thereof 184:11
thing 5:14 6:16
  9:25 37:8
things 6:3
  44:12 131:9
think 9:20
  12:14 22:1
  31:2 37:4 38:7
  41:17 103:23
  108:14 109:22
  110:18 116:22

117:24 120:1
  127:11 128:4
  136:3 164:12
  165:1,11 170:8
  171:17,19
  181:15
thinking
  109:19 134:25
  158:13 163:5
  169:15
third 20:17
  25:8,8 105:12
thomas 73:25
  180:20,23,24
  185:25
thought 45:6
thread 158:9
three 14:23
  18:21 43:22
  63:14,20
threshold
  139:14
tie 183:3
tied 182:22
time 1:12 3:2
  5:9 12:22
  23:20,21 24:5
  29:10 41:21
  42:2,5 43:4,6
  69:8,16 73:5,8
  73:13,16 74:16
  77:2 88:6
  89:18 93:23
  101:6 102:18
  108:21,24

109:23 120:2
  147:20,23
  148:1 149:10
  158:17 160:14
  171:23 172:1
  180:17,23
  183:7,15
times 14:19,23
  60:20 99:17
title 10:25
  16:20,23 17:4
  20:7,10,14,15
  22:5,6
titled 16:10
  42:17 44:18
  109:9 110:9
  122:4 175:10
tmc 128:4,6
today 3:12 7:6
  7:19,24 8:22
  11:6,15 14:16
  14:20 15:5,9
  15:13 141:6
  177:15
today's 3:1
told 102:25
tom 43:24 44:5
tool 89:24 90:7
  90:24 91:7
  94:20,21 95:17
  95:19,21,23
  96:2,12,15
  101:17
tools 89:20,23

top 65:18 78:19
  103:16,19
  105:3 146:8
  156:19 170:7,8
  170:9 177:9
total 40:9 75:4
  85:7 116:13
  117:8 128:8
  143:25 144:22
  145:9,15,16,17
  145:18,19
totals 140:16
  177:25 181:11
touching 9:1,3
town 21:23
town's 21:22
track 26:19
  89:16
tracked 88:4
  107:14
tracker 26:15
  26:17,18
training 23:3,7
  23:16,19,20
  24:4,10,12
  25:3,4,5
transaction
  19:25 21:21
  180:25
transactional
  21:21 181:4,5
  182:10,20
transactions
  21:2,5

**transcript** 2:25
183:20 184:6
189:8,17 190:3
**transcripts**
15:1
**transition**
30:21,23
**translates** 34:9
**treat** 93:3
**treated** 115:15
**treatment** 21:4
**treats** 116:12
**trends** 41:6
**trial** 7:7
**trisha** 108:5
186:11
**true** 184:7
**truly** 99:25
**truth** 4:14,14
4:15
**truthfully** 7:19
7:23
**try** 104:5 133:2
**trying** 13:18
24:3 34:22
52:6 67:24
68:22 84:9
87:7,19 92:8
93:10 102:15
104:23 105:4
106:22 113:21
114:7,10,18
129:12 133:5
135:4 145:6
170:1

**turnaround**
156:25
**turned** 150:6
152:12
**two** 9:22 31:11
33:12 53:16,20
70:15 74:4
84:23 109:7
121:24 137:11
139:1,6 153:13
157:2 175:1
**tying** 181:10
182:11,19
**type** 11:14
25:25 39:24
62:5,19 83:24
85:22 147:7
**types** 12:3 21:4
**typically** 41:14

**u**

**u** 38:4
**u&c** 154:25
155:13,15,17
155:19 156:3
156:13
**ub** 168:7
**uh** 6:16,16
43:20 166:8
177:5
**uhc** 120:9
121:1
**uhs** 6:16
**ultimately**
71:12

**unclear** 154:4
**uncomfortable**
5:11
**uncommon**
173:20
**underlying**
50:15
**undersigned**
190:2
**understand**
6:24 7:5,8,15
11:13 28:2
46:7 51:11
52:13 56:7,17
56:20 57:16
62:23 68:17
72:7 75:5 79:6
81:8 84:9 85:9
91:15 92:6,8
93:11,22 94:11
94:18 96:1
97:23 102:15
104:24 105:5
106:22 109:17
112:1 113:22
113:24 114:8
116:21 123:18
126:21 127:25
129:2,12,18
133:5 134:5,13
136:4 144:24
145:6 151:7
153:22 162:11
166:24 169:2
174:17 177:10

182:2
**understanding**
7:18,23 11:6,9
44:11 45:16
49:8,9,11,14
50:3,4 52:4,6
54:23 55:1
56:13 57:13
58:12,14 59:8
63:19 64:1,7
64:16 65:4
68:22 69:3
79:19 89:21
90:9 91:25
96:12 101:5,20
103:3,4,6
104:14,20
105:6 107:10
116:11 118:14
119:8,10,13,20
122:6,10 129:4
129:14 131:5,7
134:10 143:15
151:2 155:22
155:23 158:25
159:9 161:19
162:8,20 163:2
163:9,14,16
166:21 169:11
169:20,22
171:2 173:10
173:14 175:11
175:12,13
177:11 178:2,9
178:15

| | | | |
|---|---|---|---|
| **understood** 7:2 31:14 101:23 105:20 182:3 **undertaken** 133:7,23 **underwriters** 96:13 **underwriting** 52:12 89:19,22 96:2,19,25 152:11,24 **unified** 128:17 **unintentionally** 113:18 114:16 **unique** 82:11 100:3 119:6 **united** 1:1 **units** 128:10,10 128:20,21 129:1,11,13,19 **universe** 157:14 **unpack** 105:4 **unstacking** 64:6,8,10,16 **update** 24:23 95:8,17 **updated** 24:21 111:16,17 138:22 172:10 **updates** 121:9 132:14 **updating** 25:2 **uploaded** 42:7 | **uploading** 172:9 **ups** 156:22 157:7 **use** 21:2,5 31:25 32:20 40:5 50:19,20 51:11 52:10 56:5,17 62:18 62:19 70:20 71:2 80:11 83:24 84:2 95:10,20 101:16,18,19 103:1 105:13 110:18 112:5 113:15 126:8 130:14 138:11 138:12 140:8 140:15 144:12 146:4 154:25 155:9 158:22 176:12,14 179:2 190:10 **user** 95:22 **users** 85:9 144:4,7 **uses** 78:23 95:20 102:20 140:4 **usual** 155:18 155:24 156:3 156:13 **usually** 23:22 23:24 50:1 | **v** **v** 1:5 38:4 178:16 **vague** 168:21 **validated** 128:11 129:22 **validates** 179:8 **valsecchi** 1:15 184:3,22 **value** 34:18,20 35:1 60:12 61:12,17,21 62:9,24 71:6 96:19 130:18 130:19,20,22 130:25 131:11 131:13,14 132:18 134:14 134:16 **values** 130:16 130:17 **variance** 70:11 76:23 136:6 137:17,19 140:13,19,20 140:22 141:8 141:13,15 186:21 **variances** 69:18 **variant** 169:8 **varied** 13:10 **variety** 48:11 **various** 20:1 27:17 174:11 | **vary** 36:13 **varying** 140:20 **veilleux** 38:1 **vendor** 36:4,7 36:10,14 38:25 39:1 50:13 55:19 64:22 68:2,10 71:3 71:15 72:15 79:14 80:21,22 92:14 93:21 94:3 107:5,17 117:3,5,8,19 118:3,4 149:9 150:9 162:6,8 173:6,11,19 174:10,17 175:14,23 179:1 **vendors** 36:16 36:17 39:2,4 46:11 47:11 48:12 65:2 67:23 70:21 71:16 117:18 117:23,25 127:5 174:18 **veritext** 189:21 **veritext.com** 189:24 **versus** 25:17 40:8 71:24 77:4 85:23 116:14 139:7 145:11 |

Keith Jones
RJ, et al. v. Cigna Health and Life Insurance Comp
December 15, 2022

**[vfr - witness]** Page 49

**vfr** 36:23 66:17
66:23 67:1
68:13,18 79:6
79:7,10,12,14
79:25 80:6,11
80:15,19 81:6
81:11,15 82:2
82:4,10 83:21
84:14 107:6
161:19 181:15
**viant** 8:22,23
9:1,2 101:16
101:20,25
102:20 154:25
155:10,13
177:3,17 178:7
178:21 179:8
179:21,22
**video** 3:3
**videoconfere...**
1:13
**videographer**
2:23 3:1,18
42:2,5 73:13
73:16 108:21
108:24 147:23
148:1 171:23
172:1 183:15
**videotaped** 1:9
**view** 93:23
101:17
**views** 76:3,6
**virtual** 10:2
14:7,8

**volumes** 127:7
**voluntary**
64:11 97:25
**vtc** 1:9,10,16
2:4,12,18,22

**w**

**waiting** 148:16
**waive** 183:20
**walked** 61:21
62:3,4 132:13
132:18 134:14
**want** 5:4,6,10
11:18,19 27:9
41:25 62:22
73:12 92:5
94:7,10,10
97:5 100:17
104:22 108:11
108:19 109:11
109:12 112:8
126:20 127:1
144:5 162:10
163:1 169:2
171:20,20
173:14 177:8,9
**wanted** 5:13,25
6:3 10:5 40:21
43:9 58:2 64:4
79:2 81:17
88:11 91:15
93:22 99:14
102:15 116:21
148:22 149:11
150:5 153:16
160:21,21

161:7 170:15
174:23
**wants** 96:19
**warehouse**
128:14
**warren** 2:11
3:11 14:5
**washington** 2:6
**water** 110:4
**way** 45:7 62:4
73:5 76:16
87:22 100:17
104:13 136:13
154:16 155:8
155:17 156:14
158:12 159:25
**ways** 131:22
140:8,11
**we've** 6:1 41:22
61:7,9 98:10
106:20 108:9
147:18 152:10
156:11 157:15
177:15
**web** 26:15,17
26:18
**weeks** 14:15
157:2
**welcome** 73:18
110:19
**wendy** 58:7,23
59:8 63:1
**wendy's** 61:10
61:21 62:9,25

**went** 22:14
172:12
**whaskel** 2:14
**wide** 12:22
48:11 111:21
118:9,16
**widely** 13:10
**win** 75:9,11
**witness** 3:6,13
3:19 4:4,5,16
10:18 13:3,10
13:16,22 14:14
14:23 16:4,25
18:2 23:6
24:23 26:10
28:18 30:10
31:7 32:6 33:6
33:13,16,23
34:7 35:1,13
36:2,13 39:7
39:14,21 40:18
41:1 42:10
45:18 46:6,22
47:10 48:3,17
49:3,14 50:18
51:2,10,20
52:10,18 53:19
54:8,18 55:1
55:14 56:5,16
57:16 58:6,22
59:4,18 60:8
60:20 61:7
63:3,11,25
64:21 65:9
66:1,16 67:4

| | | | |
|---|---|---|---|
| 67:13 68:6,17 | 123:6,18 124:4 | **wolf**   19:14,20 | **worksheets** |
| 69:7 70:5,17 | 124:12,23 | 20:5 22:11 | 137:11 142:9 |
| 71:12,22 72:5 | 125:19 126:16 | **wondered** | **world**   124:21 |
| 72:18 73:22 | 128:25 129:18 | 100:13 | **worry**   22:1 |
| 74:15 75:3,14 | 131:2,17 132:5 | **wondering** | **worth**   12:14 |
| 76:16 77:8,17 | 132:24 133:18 | 87:18 99:19 | **writ**   124:20 |
| 78:5,14,22 | 134:1,5,21 | **word**   27:8 | **write**   38:15 |
| 79:5,14,24 | 137:25 138:16 | **words**   19:19 | **writes**   161:4 |
| 80:9,18 81:5 | 138:24 139:23 | 20:24 22:19 | **writing**   94:21 |
| 81:14,21 82:13 | 140:7 141:11 | 26:9 32:15 | 105:21 |
| 82:20 83:2,9 | 142:7 143:10 | 33:12 170:2 | **written**   130:9 |
| 84:22 85:6 | 143:19 144:10 | **work**   12:8,11 | **wrong**   32:17 |
| 86:5,12,24 | 146:3,15,18 | 13:24 22:13 | **wrote**   103:4,5 |
| 87:18 88:3 | 147:12 148:19 | 25:19 27:20 | 104:15 157:6 |
| 90:12,19 91:10 | 149:14 150:2 | 29:4 30:14,14 | 158:8 163:9 |
| 91:19 92:13,23 | 151:6,19 152:3 | 30:19 37:19,20 | **x** |
| 93:7,15 94:2 | 152:9,23 | 61:19 71:2 | **x**   38:4 185:1,11 |
| 94:16 95:15 | 154:20 155:7 | 83:14 88:4 | **y** |
| 96:1,24 97:23 | 156:3,11 158:1 | 140:4,9,17 | |
| 98:15,24 | 158:22 159:5 | 149:22,25 | **yeah**   6:7 15:24 |
| 100:24 101:5 | 159:14,24 | 152:10,15 | 20:13 38:5 |
| 101:23 102:8 | 161:1,14,22 | 163:11 180:25 | 43:8,13 60:2 |
| 104:17 105:19 | 162:14 163:4 | 181:8,10 | 74:15 82:9 |
| 106:17 107:4 | 166:1,15 168:3 | 182:16,17,19 | 84:8 127:11 |
| 107:16 108:1 | 168:11,20 | **worked**   11:13 | 137:20 142:16 |
| 109:25 110:5 | 169:14,22 | 19:16 29:6 | 147:21 164:14 |
| 110:17 111:12 | 170:23 171:5 | 46:8 84:11 | 165:11 170:23 |
| 111:24 112:25 | 173:18 174:1,9 | 87:14 88:8 | 177:13 |
| 113:24 114:12 | 174:15 176:5 | 101:12 111:12 | **year**   8:9 20:7 |
| 115:5,17 | 176:24 177:13 | 151:11 180:16 | 28:4 38:20 |
| 116:17 117:14 | 177:21 178:4 | **working**   30:5 | 94:21 97:5 |
| 117:24 118:20 | 179:15 180:3 | 52:4 64:9,15 | 145:22 146:23 |
| 119:2,17 120:1 | 183:2,18 | 167:5 179:9 | 175:14 |
| 120:22 121:13 | 184:12 | **works**   182:21 | **years**   12:24 |
| 121:21 122:10 | | | 18:21 20:11 |

Keith Jones                                    December 15, 2022
RJ, et al. v. Cigna Health and Life Insurance Comp

**[years - zoom]**                                          Page 51

30:12 31:5,11
46:8 63:15,20
70:6 141:17
149:5
**yep**   9:21 173:1
173:5
**yesterday**
14:15 150:25
**yield**   134:16
**york**   2:13
**ytd**   177:25

**z**

**zelis**   48:8
178:24,25
179:1
**zelis's**   48:6
**zero**   145:5
**zip**   57:23 96:5
96:6,15,16
**zipadelli**   153:8
153:18 187:11
**zoom**   1:13

Veritext Legal Solutions
800.808.4958                                          770.343.9696

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.