FILED

MAR 27 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RJ, as the representative of her beneficiary son, and on behalf of all others similarly situated and SJ, Behavioral Health Patient,<br><br>   Plaintiffs - Petitioners,<br><br> v.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY and MULTIPLAN, INC.,<br><br>   Defendants - Respondents. | No. 24-1028<br><br>D.C. No. 5:20-cv-02255-EJD<br>Northern District of California, San Jose<br><br>ORDER |

Before: VANDYKE and MENDOZA, Circuit Judges.

The petition for permission to appeal is denied.  *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952, 959-60 (9th Cir. 2005) (describing factors this court considers in analyzing a Rule 23(f) petition).