# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| RJ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> VIANT, INC., et al., <br><br> Defendants. | Case No. 5:20-cv-02255 EJD (VKD) <br><br> **ORDER REFERRING MOTIONS TO MAGISTRATE JUDGE** <br><br> Re: ECF Nos. 240, 241 |

The Court hereby refers the following motions to Magistrate Judge Virginia K. DeMarchi pursuant to Federal Rule of Civil Procedure 72 and N.D. Cal. Civil Local Rule 72-1:

- Motion to Retain Confidentiality Designations (ECF No. 240)
- Administrative Motion to File Under Seal (ECF No. 241)

The October 31, 2024, motion hearing is VACATED.

**IT IS SO ORDERED.**

Dated: September 12, 2024

EDWARD J. DAVILA
United States District Judge